STUART F. DELERY
Assistant Attorney General
COLIN A. KISOR
Acting Director
ELIZABETH J. STEVENS
Assistant Director
JENNIFER A. BOWEN
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3558
Email: *Jennifer.Bowen@usdoj.gov*

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., *et al.*,<br><br>  Plaintiffs,<br><br>  vs.<br><br>U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, *et al.*,<br><br>  Defendants. | Case No. 3:13-cv-05878-EMC<br><br>**JOINT STIPULATION REGARDING SCHEDULE FOR BRIEFING ON MOTION TO CERTIFY CLASS (ECF NO. 14) AND HEARING ON MOTION UNDER CIVIL L.R. 6-2; [PROPOSED] ORDER**<br><br>**Hearing:**<br>**Date:** April 3, 2014<br>**Time:** 1:30 pm, Courtroom #5<br>**Judge:** Edward M. Chen |

STIPULATED REQUEST FOR ORDER TO ENLARGE TIME
No. 3:13-cv-05878-EMC

The Parties in the above-titled action hereby file this Joint Stipulation for an Order under Civil L.R. 6-2 to set the briefing schedule on Plaintiffs' Motion for Class Certification (ECF No. 14) ("Motion"). The Parties stipulate to the following: Defendants will be allowed until Friday, **February 21, 2014**, to respond to the Motion; Plaintiffs will be allowed until Friday, **March 7, 2014**, to reply in support of the Motion; and any hearing on the Motion will be reset for **April 3, 2014**. In support of this Joint Stipulation, the parties state the following:

(1) Plaintiffs Audley Barrington Lyon, Jr., Edgar Cornelio, José Elizandro Astorga-Cervantes, and Lourdes Hernandez-Trujillo (collectively, "Plaintiffs") filed a Complaint for Injunctive and Declaratory Relief ("Complaint") on behalf of themselves and all others similarly situated on December 19, 2013. *See* ECF No. 1.

(2) Plaintiffs served the Complaint on the U.S. Attorney for the Northern District of California on December 23, 2013, rendering Defendants' response to the Complaint due by February 21, 2013. *See* ECF No. 6; Fed. R. Civ. P. 12(a)(2).

(3) Plaintiffs filed a Notice of Motion and Motion for Class Certification and Appointment of Class Counsel; Memorandum of Points and Authorities in Support Thereof ("Motion") on January 13, 2014. *See* ECF No. 14.

(4) This Court is scheduled to hold a hearing on February 27, 2014, on the Motion. Defendants' response to the Motion is due by January 27, 2014. *See*

STIPULATED REQUEST FOR ORDER TO ENLARGE TIME
No. 3:13-cv-05878-EMC

Civil L.R. 7-3 ("The opposition must be filed and served not more than 14 days after the motion was filed.").

(5) Absent this stipulated enlargement of time, Defendants' response to Plaintiffs' Motion must be filed with the Court approximately four weeks – twenty-five (25) days – prior to the date by which Defendants must respond to Plaintiffs' Complaint. *See supra.* ¶ 2.

(6) "A Court order is required for any enlargement or shortening of time that alters an event or deadline already fixed by Court order or that involves papers required to be filed or lodged with the Court (other than an initial response to the complaint)." Civil L.R. 6-1(b).

(7) Counsel for Plaintiffs and counsel for Defendants have met and conferred concerning due dates for responsive pleadings and for motions and briefs that are contemplated.

(8) Counsel for Plaintiffs and counsel for Defendants have agreed to extend the deadline for Defendants' opposition to Plaintiffs' Motion and Plaintiffs' reply brief in support of their Motion.

(9) This is the first enlargement of time that the Parties have sought in this action.

(10) This Stipulated Request to Enlarge Time is not intended for the purpose of undue delay or prejudice.

STIPULATED REQUEST FOR ORDER TO ENLARGE TIME
No. 3:13-cv-05878-EMC

THEREFORE, the Parties hereby stipulate to and respectfully request that the Court order the following schedule:

(a) Defendants must respond to Plaintiffs' Motion for Class Certification by **February 21, 2014**.

(b) Plaintiffs must file any reply brief in support of their Motion for Class Certification by **March 7, 2014**.

(c) The hearing on Plaintiffs' Motion for Class Certification, currently scheduled for Thursday, February 27, 2014, is reset for **April 3, 2014**, at 1:30pm.

**IT IS SO STIPULATED.**

//

//

//

STIPULATED REQUEST FOR ORDER TO ENLARGE TIME
No. 3:13-cv-05878-EMC

| | | |
|---|---|---|
| 1 | Dated: January 24, 2014 | U.S. DEPARTMENT OF JUSTICE |
| 2 | | OFFICE OF IMMIGRATION LITIGATION |
| 3 | | By: */s/ Jennifer A. Bowen* |
| 4 | | JENNIFER A. BOWEN |
| 5 | | *Attorneys for Defendants* |
| 7 | Dated: January 24, 2014 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| 9 | | By: */s/ Robert P. Varian* |
| | | ROBERT P. VARIAN |
| 11 | | AMERICAN CIVIL LIBERTIES UNION OF |
| 12 | | NORTHERN CALIFORNIA, INC. |
| 13 | | By: */s/ Julia Harumi Mass* |
| 14 | | JULIA HARUMI MASS |
| | | JINGNI (JENNY) ZHAO |
| 15 | | MICHAEL TEMPLE RISHER |
| 17 | | AMERICAN CIVIL LIBERTIES UNION |
| | | NATIONAL PRISON PROJECT |
| 19 | | By: */s/ Carl Takei* |
| | | CARL TAKEI |
| 21 | | *Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

Dated: 1/27/14      _____
Hon. Judge Edward M. Chen
United States District Court

STIPULATED REQUEST FOR ORDER TO ENLARGE TIME
No. 3:13-cv-05878-EMC

**CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

I, Jennifer A. Bowen, am the ECF user whose ID and password are being used to file this Joint Stipulation Regarding Schedule for Briefing on Motion to Certify Class (ECF No. 14) and Hearing on Motion under Civil L.R. 6-2. In compliance with General Order 45, X.B., I hereby certify that each of the other signatories has concurred in the filing of this document and has authorized the use of his/her electronic signature.

Dated: January 24, 2014         */s/ Jennifer A. Bowen*
                                JENNIFER A. BOWEN
                                Trial Attorney, District Court Section
                                Office of Immigration Litigation
                                Civil Division
                                United States Department of Justice
                                P.O. Box 868, Ben Franklin Station
                                Washington, DC  20044