ROBERT P. VARIAN (SBN 107459)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
Email: rvarian@orrick.com

*Attorneys for Plaintiffs*
[ADDITIONAL COUNSEL ON FOLLOWING PAGE]

STUART F. DELERY
Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
ELIZABETH J. STEVENS
Assistant Director, District Court Section
JENNIFER A. BOWEN
KATHERINE A. SMITH
KATHERINE J. SHINNERS
Trial Attorneys, Office of Immigration Litigation
U.S. Department of Justice – Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3558
Facsimile: (202)305-7000
Email: Jennifer.Bowen@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et. al.,<br><br>Defendants. | Case No.: 13-cv-05878 EMC<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF EDGAR CORNELIO PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii); [PROPOSED] ORDER**<br><br>**[PURSUANT TO CIVIL L.R. 7-12]**<br><br>CLASS ACTION |

*Attorneys for Plaintiffs* (CONTINUED)

CHRISTINE M. SMITH (SBN 267929)
DAVID KEENAN (WA Bar No. 41359 (*pro hac vice*))
ORRICK, HERRINGTON & SUTCLIFFE LLP

JULIA HARUMI MASS (SBN 189649)
MICHAEL T. RISHER (SBN 191627)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org

AMERICAN CIVIL LIBERTIES UNION
NATIONAL PRISON PROJECT
CARL TAKEI (SBN 256229)
915 15th Street, N.W., 7th Floor
Washington, DC 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ctakei@aclu.org

*Lyon, et al. v. U.S. Immigration and Customs Enforcement, et al.,* Case No.: 13-cv-05878 EMC
JOINT STIPULATION OF VOLUNTARY DISMISSAL OF EDGAR CORNELIO AND
PROPOSED ORDER

The Parties in the above-captioned matter hereby file this Joint Stipulation to voluntarily dismiss Edgar Cornelio as a named Plaintiff in this action as permitted by the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).

THE PARTIES SO STIPULATE, THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| Dated: February 4, 2015 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>ROBERT P. VARIAN (SBN 107459)<br>DAVID KEENAN (WA Bar No 41359 (*pro hac vice*))<br>CHRISTINE M. SMITH (SBN 267929)<br>JUDY S. KWAN (SBN 273930)<br>ALEXIS YEE-GARCIA (SBN 277204)<br>MATTHEW R. KUGIZAKI (SBN 286795)<br>JAYA KASIBHATLA (NY Bar No. 5208087 (*pro hac vice*))<br><br>AMERICAN CIVIL LIBERTIES UNION NATIONAL PRISON PROJECT<br>    CARL TAKEI<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA<br><br>By:   */s/ Julia Harumi Mass*<br>      JULIA HARUMI MASS (SBN 189649)<br>      MICHAEL T. RISHER (SBN 191627)<br>      39 Drumm Street<br>      San Francisco, CA 94111<br>      Telephone: (415) 621-2493<br>      Facsimile: (415) 255-8437<br>      Email: jmass@aclunc.org<br><br>*Attorneys for Plaintiffs* |
| Dated: February 4, 2015 | OFFICE OF IMMIGRATION LITIGATION, CIVIL DIVISION<br>U.S. DEPARTMENT OF JUSTICE<br><br>STUART DELERY<br>Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director, District Court Section |

*Lyon, et al. v. U.S. Immigration and Customs Enforcement, et al.,* Case No.: 13-cv-05878 EMC
JOINT STIPULATION OF VOLUNTARY DISMISSAL OF EDGAR CORNELIO AND PROPOSED ORDER

ELIZABETH J. STEVENS
Assistant Director, District Court Section

By: */s/ Jennifer A. Bowen*
JENNIFER A. BOWEN
Trial Attorney, District Court Section
KATHERINE A. SMITH
Trial Attorney
KATHERINE J. SHINNERS
Trial Attorney, District Court Section
P.O Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3558
Email: Jennifer.bowen@usdoj.gov

*Attorneys for Defendants*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/11/15

HONORABLE
United S[tates]

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

*Lyon, et al. v. U.S. Immigration and Customs Enforcement, et al.,* Case No.: 13-cv-05878 EMC
JOINT STIPULATION OF VOLUNTARY DISMISSAL OF EDGAR CORNELIO AND
PROPOSED ORDER