ROBERT P. VARIAN (STATE BAR NO. 107459)
CHARLES J. HA (WA Bar No. 34430 (*pro hac vice*))
DAVID KEENAN (WA Bar No. 41359 (*pro hac vice*))
CHRISTINE M. SMITH (STATE BAR NO. 267929)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759
Email: rvarian@orrick.com

*Attorneys for Plaintiffs*
[Additional Counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et. al.,<br><br>Defendants. | Case No.:  13-cv-05878 EMC<br><br>**PLAINTIFFS' NOTICE AND MOTION FOR PERMISSION TO WITHDRAW THE ACLU-NORTHERN CALIFORNIA, THE ACLU-NATIONAL PRISON PROJECT, AND ORRICK, HERRINGTON & SUTCLIFFE LLP AS COUNSEL FOR LOURDES HERNANDEZ-TRUJILLO**<br><br>[PURSUANT TO CIVIL L.R. 7 AND 11-5]<br><br>CLASS ACTION |

-1-

*Lyon, et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No.: 13-cv-05878 EMC
NOTICE AND MOTION TO WITHDRAW AS COUNSEL FOR
LOURDES HERNANDEZ-TRUJILLO

OHSUSA:761319558.3

Orrick, Herrington & Sutcliffe LLP, and the attorneys thereof; Julia Harumi Mass and Michael T. Risher of the American Civil Liberties Union Foundation of Northern California; and Carl Takei of the American Civil Liberties Union National Prison Project, pursuant to Civil Local Rule 11-5, move for permission to withdraw as attorneys of record for Lourdes Hernandez-Trujillo in the above captioned matter.  The following are grounds for this motion:

1.   On December 19, 2013, Lourdes Hernandez-Trujillo, along with Plaintiffs José Elizondro Astorga-Cervantes, Audley Barrington Lyon, Jr., and former Plaintiff Edgar Cornelio, filed suit as a putative class action against the Defendants in the above-captioned matter.

2.   Plaintiffs' counsel last spoke with Ms. Hernandez-Trujillo on November 17, 2014.  Declaration of Julia Harumi Mass in support of Plaintiffs' Motion for Permission to Withdraw the ACLU-Northern California, the ACLU-National Prison Project, and Orrick, Herrington & Sutcliffe LLP as Attorneys of Record for Lourdes Hernandez-Trujillo ¶ 2.  During this meeting, Plaintiffs' counsel advised Ms. Hernandez-Trujillo that she would be required to respond to outstanding discovery requests for information relating to her as well as a request to take her deposition.  *Id.*

3.   During the November 17, 2014 meeting, Plaintiffs' counsel and Ms. Hernandez-Trujillo scheduled a follow-up meeting for December 17, 2014 to finalize Ms. Hernandez-Trujillo's discovery responses.  Ms. Hernandez-Trujillo did not show up to this meeting.  *Id.* at ¶ 3.

4.   Despite diligent efforts, Plaintiffs' counsel has been unable to locate or communicate with Ms. Hernandez-Trujillo for more than two months.  *See id.* at ¶¶ 3-7.

5.   Plaintiffs' counsel attempted to call and email Ms. Hernandez-Trujillo on several occasions from late November 2014 until February 2015.  *See id.* at ¶ 4.

6.   On December 23, 2014, Plaintiffs' counsel mailed a letter to Ms. Hernandez-Trujillo to the two mailing addresses that Plaintiffs' counsel has on file for her, reminding Ms. Hernandez-Trujillo of her obligations as a Lead Plaintiff in this case.  *Id.* at ¶ 5.

7.   On January 30, 2015, Plaintiffs' counsel mailed a letter to Ms. Hernandez-Trujillo to the two mailing addresses that Plaintiffs' counsel has on file for her and via email, notifying

-2-

*Lyon, et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No.: 13-cv-05878 EMC
NOTICE AND MOTION TO WITHDRAW AS COUNSEL FOR
LOURDES HERNANDEZ-TRUJILLO

OHSUSA:761319558.3

1  her that she would be dismissed from this case if she did not contact counsel by February 5,
2  2015.  *Id.* at ¶ 6.

3      8.    As of the date of this filing, Plaintiffs' counsel has not received any response or
4  communication from Ms. Hernandez-Trujillo since November 17, 2014.  *Id.* at ¶ 7.

5      9.    On March 3, 2015, Plaintiffs' counsel advised Defendants' counsel of their intent
6  to withdraw as counsel for Ms. Hernandez-Trujillo.  *See id.* at ¶ 8.

7      10.    On March 3, 2015, Defendants' counsel informed Plaintiffs' counsel that, under
8  the circumstances, Defendants agreed to the voluntary dismissal of Ms. Hernandez-Trujillo's
9  claims and Plaintiffs' counsel's withdrawal of representation from Ms. Hernandez-Trujillo.  *See*
10  *id.* at ¶ 9.

11      11.    Concurrent with this motion, Plaintiffs' counsel is filing a joint stipulation
12  regarding voluntary dismissal of Ms. Hernandez-Trujillo's claims without prejudice.

13      Based on the foregoing, Orrick, Herrington & Sutcliffe LLP, and the attorneys thereof;
14  Julia Harumi Mass and Michael T. Risher of the American Civil Liberties Union Foundation of
15  Northern California; and Carl Takei of the American Civil Liberties Union National Prison
16  Project request permission to withdraw as Ms. Hernandez-Trujillo's counsel.

17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

-3-

*Lyon, et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No.: 13-cv-05878 EMC
NOTICE AND MOTION TO WITHDRAW AS COUNSEL FOR
LOURDES HERNANDEZ-TRUJILLO

OHSUSA:761319558.3

| | |
|---|---|
| Dated:  March 4, 2015 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

By:     */s/ Robert P. Varian*
ROBERT P. VARIAN (SBN 107459)
CHARLES J. HA (WA Bar No. 34430 (*pro hac vice*))
DAVID KEENAN (WA Bar No. 41359 (*pro hac vice*))
CHRISTINE M. SMITH (SBN 267929)
JUDY KWAN (SBN 273930)
ALEXIS YEE-GARCIA (SBN 277204)
MATTHEW R. KUGIZAKI (SBN 286795)
JAYA KASIBHATLA (NY Bar No. 5208087 (*pro hac vice*))

AMERICAN CIVIL LIBERTIES UNION
NATIONAL PRISON PROJECT

CARL TAKEI (SBN 256229)
915 15th Street N.W., 7th Floor
Washington, DC 20005
Telephone:  (202) 393-4930
Facsimile:  (202) 393-4931
Email:  ctakei@aclu.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

By:     */s/ Julia Harumi Mass*
JULIA HARUMI MASS (SBN 189649)
MICHAEL T. RISHER (SBN 191627)
MEGAN E. SALLOMI (SBN 300580)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org

*Attorneys for Plaintiffs*

As the attorney e-filing this document, I, Robert A. Varian, attest that Julie Harumi Mass has concurred in the filing of this document.

   */s/ Robert P. Varian*
ROBERT P. VARIAN

-4-

*Lyon, et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No.: 13-cv-05878 EMC
NOTICE AND MOTION TO WITHDRAW AS COUNSEL FOR
LOURDES HERNANDEZ-TRUJILLO

OHSUSA:761319558.3

**[PROPOSED] ORDER**

Pursuant to Civil Local Rule 11-5, the Court hereby GRANTS leave to Julia Harumi Mass and Michael T. Risher of the American Civil Liberties Union Foundation of Northern California; Carl Takei of the American Civil Liberties Union National Prison Project; and Orrick, Herrington & Sutcliffe LLP, and the attorneys thereof, to withdraw as counsel for Lourdes Hernandez-Trujillo in the above-captioned matter.

**IT IS SO ORDERED.**

Dated: _____                      _____
                                            HONORABLE EDWARD M. CHEN
                                            United States District Judge

-5-

*Lyon, et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No.: 13-cv-05878 EMC
NOTICE AND MOTION TO WITHDRAW AS COUNSEL FOR
LOURDES HERNANDEZ-TRUJILLO

OHSUSA:761319558.3