ROBERT P. VARIAN (STATE BAR NO. 107459)
CHARLES J. HA (WA Bar No. 34430 (*pro hac vice*))
DAVID KEENAN (WA Bar No. 41359 (*pro hac vice*))
CHRISTINE M. SMITH (STATE BAR NO. 267929)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759
Email: rvarian@orrick.com

JULIA HARUMI MASS (SBN 189649)
MICHAEL T. RISHER (SBN 191627)
MEGAN E. SALLOMI (SBN 300580)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437
Email:  jmass@aclunc.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et. al.,<br><br>Defendants. | Case No.:  13-cv-05878 EMC<br><br>**DECLARATION OF JULIA HARUMI MASS IN SUPPORT OF PLAINTIFFS' MOTION FOR PERMISSION TO WITHDRAW THE ACLU-NORTHERN CALIFORNIA, THE ACLU-NATIONAL PRISON PROJECT, AND ORRICK, HERRINGTON & SUTCLIFFE LLP AS COUNSEL FOR LOURDES HERNANDEZ-TRUJILLO**<br><br>CLASS ACTION |

I, Julia Harumi Mass, declare as follows:

1. I am a staff attorney at the American Civil Liberties Union Foundation of Northern California ("ACLU") and one of the lawyers representing named Plaintiffs Audley Barrington Lyon, Jr. and José Elizandro Astorga-Cervantes and the class of all current and future immigration detainees who are or will be held by Immigration and Customs Enforcement in Contra Costa, Sacramento, and Yuba Counties (collectively, "Plaintiffs") in the above captioned matter. I submit this declaration in support of Plaintiffs' Motion for Permission to Withdraw the ACLU-Northern California, the ACLU-National Prison Project, and Orrick, Herrington & Sutcliffe LLP as Attorneys of Record for Lourdes Hernandez-Trujillo.

2. I last spoke with Ms. Hernandez-Trujillo on November 17, 2014, during a meeting in which I advised Ms. Hernandez-Trujillo that she would be required to respond to outstanding discovery requests for information relating to her as well as a request to take her deposition.

3. During the November 17, 2014 meeting, Ms. Hernandez-Trujillo and I scheduled a follow-up meeting for December 17, 2014 to finalize her discovery responses. Ms. Hernandez-Trujillo did not show up to this meeting.

4. From late November 2014 until February 2015, I directed a fellow at the ACLU, Megan Sallomi, to call and email Ms. Hernandez-Trujillo. Ms. Sallomi told me that she repeatedly called and emailed but has not been able to reach Ms. Hernandez-Trujillo.

5. On December 23, 2014, I directed Ms. Sallomi to mail a letter to Ms. Hernandez-Trujillo to the two mailing addresses that Plaintiffs' counsel has on file for her via U.S. mail, reminding Ms. Hernandez-Trujillo of her obligations as a Lead Plaintiff in this case.

6. On January 30, 2015, I wrote a letter to Ms. Hernandez-Trujillo, notifying her that she would be dismissed from this case if she did not contact counsel by February 5, 2015. My assistant mailed the letter to the two mailing addresses that we have on file for her via U.S. mail, and Ms. Sallomi sent a copy to Ms. Hernandez-Trujillo via email.

7. As of the date of this filing, I have not received any response or communication from Ms. Hernandez-Trujillo since the November 17, 2014 meeting.

-1-

*Lyon, et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No.: 13-cv-05878 EMC
DECLARATION OF JULIA HARUMI MASS IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL FOR LOURDES HERNANDEZ-TRUJILLO

-2-

8. On March 3, 2015, I telephoned Defendants' counsel, seeking a stipulation to dismiss Ms. Hernandez-Trujillo's claims without prejudice and informing Defendants of our intent to seek leave to withdraw as counsel for Ms. Hernandez-Trujillo.

9. On March 3, 2015, Defendants' counsel informed me that, under the circumstances, Defendants agreed to the voluntary dismissal of Ms. Hernandez-Trujillo's claims and Plaintiffs' counsel's withdrawal of representation from Ms. Hernandez-Trujillo.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on March 4, 2015, in San Francisco, California.

*/s/ Julia Harumi Mass*
JULIA HARUMI MASS

-2-

*Lyon, et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No.: 13-cv-05878 EMC
DECLARATION OF JULIA HARUMI MASS IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL FOR LOURDES HERNANDEZ-TRUJILLO