ROBERT P. VARIAN (SBN 107459)
CHARLES J. HA (WA Bar No. 34430 (*pro hac vice*))
DAVID KEENAN (WA Bar No. 41359 (*pro hac vice*))
CHRISTINE M. SMITH (STATE BAR NO. 267929)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759
Email:  rvarian@orrick.com

*Attorneys for Plaintiffs*
[Additional Counsel appear on signature page]

STUART F. DELERY
Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
ELIZABETH J. STEVENS
Assistant Director, District Court Section
JENNIFER A. BOWEN
KATHERINE A. SMITH
KATHERINE J. SHINNERS
Trial Attorneys, Office of Immigration Litigation
U.S. Department of Justice – Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3558
Facsimile: (202)305-7000
Email: Jennifer.Bowen@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et. al.,<br><br>Defendants. | Case No.:  13-cv-05878 EMC<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF LOURDES HERNANDEZ-TRUJILLO PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii); [PROPOSED] ORDER**<br><br>**[PURSUANT TO CIVIL L.R. 7-12]**<br><br>CLASS ACTION |

The Parties in the above-captioned matter hereby file this Joint Stipulation to voluntarily dismiss Lourdes Hernandez-Trujillo as a named Plaintiff in this action as permitted by the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).

THE PARTIES SO STIPULATE, THROUGH THEIR COUNSEL OF RECORD.

Dated:  March 4, 2015            ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    __/s/ Robert P. Varian_____
ROBERT P. VARIAN (SBN 107459)
CHARLES J. HA (WA Bar No. 34430 (*pro hac vice*))
DAVID KEENAN (WA Bar No. 41359 (*pro hac vice*))
CHRISTINE M. SMITH (SBN 267929)
JUDY KWAN (SBN 273930)
ALEXIS YEE-GARCIA (SBN 277204)
MATTHEW R. KUGIZAKI (SBN 286795)
JAYA KASIBHATLA (NY Bar No. 5208087 (*pro hac vice*))

AMERICAN CIVIL LIBERTIES UNION
NATIONAL PRISON PROJECT

CARL TAKEI (SBN 256229)
915 15th Street N.W., 7th Floor
Washington, DC 20005
Telephone:  (202) 393-4930
Facsimile:  (202) 393-4931
Email:  ctakei@aclu.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

By:    __/s/ Julia Harumi Mass_____
JULIA HARUMI MASS (SBN 189649)
MICHAEL T. RISHER (SBN 191627)
MEGAN E. SALLOMI (SBN 300580)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org

*Attorneys for Plaintiffs*

1

*Lyon, et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No.: 13-cv-05878 EMC
JOINT STIPULATION OF VOLUNTARY DISMISSAL OF LOURDES HERNANDEZ-TRUJILLO
AND PROPOSED ORDER

| | |
|---|---|
| Dated:  March 4, 2015 | OFFICE OF IMMIGRATION LITIGATION, CIVIL DIVISION |
| | U.S. DEPARTMENT OF JUSTICE |
| | |
| | STUART DELERY |
| | Assistant Attorney General |
| | |
| | WILLIAM C. PEACHEY |
| | Director, District Court Section |
| | |
| | ELIZABETH J. STEVENS |
| | Assistant Director, District Court Section |
| | |
| | By:    */s/ Katherine J. Shinners*_____ |
| | KATHERINE J. SHINNERS |
| | JENNIFER A. BOWEN |
| | KATHERINE A. SMITH |
| | Trial Attorney, District Court Section |
| | P.O Box 868, Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Telephone: (202) 616-3558 |
| | Email: Jennifer.bowen@usdoj.gov |
| | |
| | *Attorneys for Defendants* |

As the attorney e-filing this document, I, Robert A. Varian, attest that Julie Harumi Mass and that Jennifer A. Bowen have concurred in the filing of this document.

   */s/ Robert P. Varian*_____
      ROBERT P. VARIAN

2

*Lyon, et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No.: 13-cv-05878 EMC
JOINT STIPULATION OF VOLUNTARY DISMISSAL OF LOURDES HERNANDEZ-TRUJILLO
AND PROPOSED ORDER

1
2

**[PROPOSED] ORDER**

3  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4

5  Dated: _____                    _____
                                              HONORABLE EDWARD M. CHEN
6                                                United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

*Lyon, et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No.: 13-cv-05878 EMC
JOINT STIPULATION OF VOLUNTARY DISMISSAL OF LOURDES HERNANDEZ-TRUJILLO
AND PROPOSED ORDER