UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-13-5878 EMC<br><br>**ORDER RE MOTION TO VOLUNTARILY DISMISS LOURDES HERNANDEZ-TRUJILLO'S CLAIMS AND TO WITHDRAW AS COUNSEL**<br><br>**(Docket Nos. 79-80)** |

    On March 4, 2015, counsel for Plaintiff Lourdes Hernandez-Trujillo filed a motion to withdraw as counsel and a joint stipulation to voluntarily dismiss Ms. Hernandez-Trujillo's claims without prejudice. Docket Nos. 79 and 80. Counsel for Ms. Hernandez-Trujillo explained that they have made repeated efforts to get in contact with their client since December 2014, to no avail. *See* Docket No. 79.

    The Court hereby directs counsel to further attempt to provide Ms. Hernandez-Trujillo with the best notice possible regarding the status of her case, and specifically to inform her that her claims will be voluntarily dismissed if she does not contact and cooperate with counsel by a date certain – *i.e.*, 14 days after the best notice possible is given.[1] Counsel shall file a detailed declaration with this Court attesting to such efforts (and any response) no later than April 6, 2015. If

---

[1] The Court is aware that counsel for Ms. Hernandez-Trujillo have averred that they have already attempted to provide such notice.

Ms. Hernandez-Trujillo has not made contact with her attorneys by the given date, the Court will grant the joint stipulation to voluntarily dismiss her claims as well as the motion to withdraw as counsel.

    IT IS SO ORDERED.

Dated: March 6, 2015

_____
EDWARD M. CHEN
United States District Judge