ROBERT P. VARIAN (STATE BAR NO. 107459)
CHARLES J. HA (WA Bar No. 34430 (*pro hac vice*))
DAVID KEENAN (WA Bar No. 41359 (*pro hac vice*))
CHRISTINE M. SMITH (STATE BAR NO. 267929)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759
Email: rvarian@orrick.com


JULIA HARUMI MASS (SBN 189649)
MICHAEL T. RISHER (SBN 191627)
MEGAN E. SALLOMI (SBN 300580)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437
Email:  jmass@aclunc.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et. al., <br><br> Defendants. | Case No.:  13-cv-05878 EMC <br><br> **DECLARATION OF JULIA HARUMI MASS IN SUPPORT OF JOINT STIPULATION AND VOLUNTARY DISMISSAL OF LOURDES HERNANDEZ-TRUJILLO** <br><br> CLASS ACTION |

I, Julia Harumi Mass, declare as follows:

1.      I am a staff attorney at the American Civil Liberties Union Foundation of Northern California ("ACLU") and one of the lawyers representing named Plaintiffs Audley Barrington Lyon, Jr. and José Elizandro Astorga-Cervantes and the class of all current and future immigration detainees who are or will be held by Immigration and Customs Enforcement in Contra Costa, Sacramento, and Yuba Counties (collectively, "Plaintiffs") in the above-captioned matter.  I submit this declaration in support of the parties' Joint Stipulation and Voluntary Dismissal of Lourdes Hernandez-Trujillo.

2.      After a meeting at my office on November 17, 2014 with Ms. Hernandez-Trujillo, in which we discussed upcoming discovery obligations and scheduled a follow up meeting, Plaintiffs' counsel lost touch with Ms. Hernandez-Trujillo for several months.

3.      Ms. Hernandez-Trujillo did not show up for a scheduled meeting on December 17, 2014.

4.      From that time until February 2015, I directed a fellow at the ACLU, Megan Sallomi, to call and email Ms. Hernandez-Trujillo.  Ms. Sallomi told me that she repeatedly called and emailed but was never able to reach Ms. Hernandez-Trujillo.

5.      On December 23, 2014, I directed Ms. Sallomi to mail a letter to Ms. Hernandez-Trujillo to the two mailing addresses that Plaintiffs' counsel has on file for her via U.S. mail, reminding Ms. Hernandez-Trujillo of her obligations as a Lead Plaintiff in this case.

6.      On January 30, 2015, I wrote a letter to Ms. Hernandez-Trujillo, notifying her that she would be dismissed from this case if she did not contact counsel by February 5, 2015.  My assistant mailed the letter to the two mailing addresses that we had on file for her via U.S. mail, and Ms. Sallomi sent a copy to Ms. Hernandez-Trujillo via email.

7.      On March 4, 2015, Plaintiffs' counsel moved this court to withdraw as counsel for Ms. Hernandez-Trujillo and filed a Joint Stipulation and Voluntary Dismissal for Ms. Hernandez-Trujillo. Dkt. Nos. 79 and 80.

8.      On March 6, 2015, the Court ordered Plaintiffs' counsel to provide the "best

notice possible" to Ms. Hernandez-Trujillo regarding the status of her case. Dkt. No. 81.

9.      On March 12, 2015, my office sent letters via certified mail to both of Ms. Hernandez-Trujillo's known addresses. We also tried the telephone number and email address we had for her, but were unable to reach her.

10.      On or about March 27, 2015, we received news from Ms. Hernandez-Trujillo's immigration attorney that Ms. Hernandez-Trujillo had a new telephone number. In the days that followed, we reestablished contact with Ms. Hernandez-Trujillo. We learned that she had moved her residence and her post office box and changed her telephone number. We also learned that she has been extremely busy and distracted due to serious medical problems of several family members.

11.      I met with Ms. Hernandez-Trujillo on April 3, 2015 and we agreed that demands on her time related to the medical care of her family members made it difficult for Ms. Hernandez-Trujillo to continue as a class representative. She agreed that we should voluntarily dismiss her claims and signed an agreement to that effect, a true and correct copy of which is attached hereto as Exhibit "A."

12.      Today, I requested and received Defendants' agreement to the voluntary dismissal of Ms. Hernandez-Trujillo's claims.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on April 6, 2015, in San Francisco, California.


                                                          /s/ Julia Harumi Mass
                                                          JULIA HARUMI MASS

# Exhibit A

**AGREEMENT TO DISMISS CLAIMS**

*Audley Barrington Lyon, Jr., et al. v. U.S. Immigration Customs Enforcement, et al.*;

Case No. 13-CV-05878 (EMC)

In light of my recent difficulty in maintaining contact with my attorneys and significant time pressures that have come up related to care for my family, I agree to withdraw as a class representative in the above-referenced case and I request that my attorneys to file a voluntary dismissal on my behalf.

Dated:  April 3, 2015 _____

Lourdes Hernandez-Trujillo