ROBERT P. VARIAN (SBN 107459)
CHARLES J. HA (WA Bar No. 34430 (*pro hac vice*))
DAVID KEENAN (WA Bar No. 41359 (*pro hac vice*))
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
Email: rvarian@orrick.com

*Attorneys for Plaintiffs*
[Additional Counsel appear on signature page]

STUART F. DELERY
Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
ELIZABETH J. STEVENS
Assistant Director, District Court Section
JENNIFER A. BOWEN
KATHERINE A. SMITH
KATHERINE J. SHINNERS
Trial Attorneys, Office of Immigration Litigation
U.S. Department of Justice – Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3558
Facsimile: (202)305-7000
Email: Jennifer.Bowen@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et. al.,<br><br>Defendants. | Case No.: 13-cv-05878 EMC<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF LOURDES HERNANDEZ-TRUJILLO PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii); [PROPOSED] ORDER**<br><br>**[PURSUANT TO CIVIL L.R. 7-12]**<br><br>CLASS ACTION |

Based on the Declaration of Julia Harumi Mass filed herewith, the Parties in the above-captioned matter hereby file this Joint Stipulation to voluntarily dismiss Lourdes Hernandez-Trujillo as a named Plaintiff in this action as permitted by the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).

THE PARTIES SO STIPULATE, THROUGH THEIR COUNSEL OF RECORD.

Dated: <u>April 6, 2015</u>     ORRICK, HERRINGTON & SUTCLIFFE LLP

        ROBERT P. VARIAN (SBN 107459)
        CHARLES J. HA (WA Bar No. 34430 (*pro hac vice*))
        DAVID KEENAN (WA Bar No. 41359 (*pro hac vice*))
        CHRISTINE M. SMITH (SBN 267929)
        JUDY KWAN (SBN 273930)
        ALEXIS YEE-GARCIA (SBN 277204)
        MATTHEW R. KUGIZAKI (SBN 286795)
        JAYA KASIBHATLA (NY Bar No. 5208087 (*pro hac vice*))

AMERICAN CIVIL LIBERTIES UNION
NATIONAL PRISON PROJECT

        CARL TAKEI (SBN 256229)
        915 15th Street N.W., 7th Floor
        Washington, DC 20005
        Telephone: (202) 393-4930
        Facsimile: (202) 393-4931
        Email: ctakei@aclu.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

        By:   <u>/s/ Julia Harumi Mass</u>
        JULIA HARUMI MASS (SBN 189649)
        MICHAEL T. RISHER (SBN 191627)
        MEGAN E. SALLOMI (SBN 300580)
        39 Drumm Street
        San Francisco, CA 94111
        Telephone: (415) 621-2493
        Facsimile: (415) 255-8437
        Email: jmass@aclunc.org

*Attorneys for Plaintiffs*

-1-

*Lyon, et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No.: 13-cv-05878 EMC
JOINT STIPULATION OF VOLUNTARY DISMISSAL OF LOURDES HERNANDEZ-TRUJILLO
AND PROPOSED ORDER

| | |
|---|---|
| Dated: April 6, 2015 | OFFICE OF IMMIGRATION LITIGATION, CIVIL DIVISION U.S. DEPARTMENT OF JUSTICE |
| | STUART DELERY Assistant Attorney General |
| | WILLIAM C. PEACHEY Director, District Court Section |
| | ELIZABETH J. STEVENS Assistant Director, District Court Section |
| | By:   */s/ Katherine J. Shinners*_____ JENNIFER A. BOWEN Trial Attorney, District Court Section KATHERINE A. SMITH Trial Attorney KATHERINE J. SHINNERS Trial Attorney, District Court Section P.O Box 868, Ben Franklin Station Washington, D.C. 20044 Telephone: (202) 616-3558 Email: Jennifer.bowen@usdoj.gov |
| | *Attorneys for Defendants* |

[~~PROPO~~SED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 7, 2015   _____
HONORABLE
United

*IT IS SO ORDERED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

-3-

## CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES

I, Julia Harumi Mass, am the ECF user whose ID and password are being used to file this Joint Stipulation of Voluntary Dismissal of Lourdes Hernandez-Trujillo and Proposed Order (ECF NO. 83). In compliance with General Order 45, X.B., I hereby certify that each of the other signatories has concurred in the filing of this document and has authorized the use of his/her electronic signature.

Dated:   April 6, 2015                    */s/ Julia Harumi Mass*_____
                                          JULIA HARUMI MASS
                                          AMERICAN CIVIL LIBERTIES UNION
                                          FOUNDATION OF NORTHERN CALIFORNIA
                                          39 Drumm Street
                                          San Francisco, CA 94111

---

-3-

*Lyon, et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No.: 13-cv-05878 EMC
JOINT STIPULATION OF VOLUNTARY DISMISSAL OF LOURDES HERNANDEZ-TRUJILLO
AND PROPOSED ORDER