ROBERT P. VARIAN (SBN 107459)
CHARLES J. HA (*pro hac vice*)
DAVID KEENAN (*pro hac vice*)
JUDY KWAN (SBN 273930)
ALEXIS YEE-GARCIA (SBN 277204)
CHRISTOPHER J. SIEBENS (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759
Email: rvarian@orrick.com

Attorneys for Plaintiffs
[Additional Counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Defendants. | Case No.:  13-cv-05878 EMC <br><br> **JOINT STIPULATION REGARDING SCHEDULE AND PAGE LIMITS FOR BRIEFING ON CROSS MOTIONS FOR SUMMARY JUDGMENT; [~~PROPOSED~~] ORDER** <br><br> **CLASS ACTION** |

The parties to this action hereby file this Joint Stipulation for an order to set the briefing schedule and to seek expanded page limits for the parties' cross motions for summary judgment. The parties seek leave of court to file expanded briefs in this matter for the following reasons:

- The case is factually complex. The claims are brought on behalf of a plaintiff class of several hundred people who are housed at four separate facilities. The claims relate to telephone access provided to immigration detainees at those facilities, which are served by three different telephone companies. In addition, the operative facts have changed over the course of litigation.
- The case is legally complex. Plaintiffs are challenging the adequacy of telephone access provided by Defendants under statutory and constitutional provisions that have not previously been applied to similar facts.
- The parties will seek partial summary judgment based on cross motions and will present four rather than six briefs to the court. Because the Defendants' opening motion and opposition and Plaintiffs' opposition and reply, respectively, will be combined, and because of the complex facts and law presented, the parties' ability to present the issues thoroughly to the Court would be constrained if limited to the typical page limitations.

Accordingly, the Parties propose the following briefing schedule and page limits:

| | | |
|---|---|---|
| Plaintiffs' Motion for Partial Summary Judgment | 40 pages | December 16, 2015 |
| Defendants' Opposition and Cross Motion for Summary Judgment | 50 pages | January 5, 2016 |
| Plaintiffs' Opposition and Reply | 30 pages | January 21, 2016 |
| Defendants' Reply | 20 pages | January 28, 2016 |
| Court Hearing on Cross Motions for Summary Judgment | | February 11, 2016 |

| | |
|---|---|
| Dated: November 25, 2015 | Respectfully submitted, |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By:   */s/ Robert P. Varian*<br>      ROBERT P. VARIAN (SBN 107459) |

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
JULIA HARUMI MASS (SBN 189649)
MICHAEL T. RISHER (SBN 191627)
ANGELICA SALCEDA (SBN 296152)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org

AMERICAN CIVIL LIBERTIES UNION NATIONAL PRISON PROJECT
CARL TAKEI (SBN 256229)
915 15th Street N.W., 7th Floor
Washington, DC 20005
Telephone:  (202) 393-4930
Facsimile:  (202) 393-4931
Email:  ctakei@aclu.org

VAN DER HOUT, BRIGAGLIANO, & NIGHTINGALE, LLP
MEGAN SALLOMI  (SBN 300580)
180 Sutter Street, Suite 500
San Francisco, CA 94104
Main Line: (415) 981-3000
Direct Line: (415) 821-8827
Email: Msal@vblaw.com

*Attorneys for Plaintiffs*

Dated: November 25, 2015

DISTRICT COURT SECTION
OFFICE OF IMMIGRATION LITIGATION
CIVIL DIVISION
U.S. DEPARTMENT OF JUSTICE

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

ELIZABETH J. STEVENS
Assistant Director

By:      */s/ Katherine J. Shinners*
      KATHERINE J. SHINNERS
      BRIAN C. WARD
      JENNIFER A. BOWEN

Trial Attorneys
P.O Box 868, Ben Franklin Station
Washington,  D.C. 20044
Telephone: (202) 598-8259
Facsimile:  (202) 305-7000
Email:  Katherine.J.Shinners@usdoj.gov

*Attorneys For Defendants*

OHSUSA:763990196.1

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Date: 11/25/15   _____

5 HON. EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2015, a true and correct copy of the foregoing JOINT STIPULATION REGARDING SCHEDULE AND PAGE LIMITS FOR BRIEFING ON CROSS MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER was served with the Clerk of the Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to all attorneys of record through the Court's CM/ECF system.

Dated:  November 25, 2015        By:        */s/ Robert P. Varian*
                                          ROBERT P. VARIAN