1  BENJAMIN C. MIZER
   Principal Deputy Assistant Attorney General
2  WILLIAM C. PEACHEY
   Director, District Court Section
3  ELIZABETH J. STEVENS
4  Assistant Director, District Court Section
   KATHERINE J. SHINNERS
5  JENNIFER A. BOWEN
   BRIAN C. WARD
6  Trial Attorneys
7  Office of Immigration Litigation
   Civil Division
8  U.S. Department of Justice
   P.O. Box 868, Ben Franklin Station
9  Washington, D.C. 20044
   Telephone: (202) 598-8259
10 Email: Katherine.J.Shinners@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Case No.: 13-cv-05878 EMC<br><br>**JOINT STIPULATION REGARDING MODIFICATION TO SCHEDULE FOR EXPERT DISCLOSURES AND BRIEFING ON CROSS MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |

The parties to this action hereby file this Joint Stipulation for an order modifying the deadlines for rebuttal expert disclosure and for Plaintiff's Motion for Summary Judgment by one day to accommodate the schedule of Defendants' rebuttal expert and mitigate any resulting prejudice to Plaintiffs.  The current deadline for Rebuttal Expert Disclosure and Exchange of Rebuttal Expert Reports is December 10, 2015 (*see* ECF No. 96); the current deadline for Plaintiffs' Motion for Partial Summary Judgment is December 17, 2015 (*see* ECF No. 110).  The Parties propose a one-day extension of those deadlines as follows:

| | |
|---|---|
| Deadline for Disclosure of Rebuttal Experts | December 11, 2015 |
| Plaintiffs' Motion for Partial Summary Judgment | December 17, 2015 |

Dated: December 7, 2015

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

By: */s/ Julia Harumi Mass*
JULIA HARUMI MASS (SBN 189649)
ANGELICA SALCEDA (SBN 296152)MICHAEL T. RISHER (SBN 191627)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
ROBERT P. VARIAN (SBN 107459)
CHARLES J. HA (*pro hac vice*)
DAVID KEENAN (*pro hac vice*)
JUDY KWAN (SBN 273930)
ALEXIS YEE-GARCIA (SBN 277204)
CHRISTOPHER J. SIEBENS (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
Email: rvarian@orrick.com

AMERICAN CIVIL LIBERTIES UNION NATIONAL PRISON PROJECT
CARL TAKEI (SBN 256229)
915 15th Street N.W., 7th Floor
Washington, DC 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ctakei@aclu.or

VAN DER HOUT, BRIGAGLIANO, & NIGHTINGALE, LLP
MEGAN SALLOMI (SBN 300580)
180 Sutter Street, Suite 500
San Francisco, CA 94104
Main Line: (415) 981-3000
Direct Line: (415) 821-8827
Email: Msal@vblaw.com

*Attorneys For Plaintiffs*

Dated: December 7, 2015

DISTRICT COURT SECTION
OFFICE OF IMMIGRATION LITIGATION
CIVIL DIVISION
U.S. DEPARTMENT OF JUSTICE

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

ELIZABETH J. STEVENS
Assistant Director


By:    */s/ Katherine J. Shinners*
     KATHERINE J. SHINNERS
     BRIAN C. WARD
     JENNIFER A. BOWEN
     Trial Attorneys
     P.O. Box 868, Ben Franklin Station
     Washington, D.C. 20044
     Telephone: (202) 598-8259
     Facsimile: (202) 305-7000
     Email: Katherine.J.Shinners@usdoj.gov

*Attorneys For Defendants*


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date: December 11, 2015

HON. EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

**CERTIFICATE OF SERVICE**
No. 3:13-cv-05878-EMC

I hereby certify that on this 21st Day of February 2014, a true and correct copy of the foregoing **JOINT STIPULATION REGARDING MODIFICATION TO SCHEDULE FOR EXPERT DISCLOSURES AND BRIEFING ON CROSS MOTIONS FOR SUMMARY JUDGMENT** was served with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to all attorneys of record through the Court's CM/ECF system.

*/s/ Katherine J. Shinners*
Katherine J. Shinners
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
United States Department of Justice