ROBERT P. VARIAN (SBN 107459)
CHARLES J. HA (*pro hac vice*)
DAVID KEENAN (*pro hac vice*)
JUDY KWAN (SBN 273930)
ALEXIS YEE-GARCIA (SBN 277204)
CHRISTOPHER J. SIEBENS (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:	(415) 773-5700
Facsimile:	(415) 773-5759
Email: rvarian@orrick.com

Attorneys for Plaintiffs
[Additional Counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., et. al., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br>Defendants. | Case No.: 13-cv-05878 EMC <br><br>**SECOND JOINT STIPULATION REGARDING PAGE LIMITS FOR BRIEFING ON CROSS MOTIONS FOR SUMMARY JUDGMENT, EXPERT DISCOVERY CUT-OFF; [PROPOSED] ORDER** <br><br>**CLASS ACTION** |

The Parties to this action hereby file this Second Joint Stipulation for an order to seek:

- **Expansion of the page limits for the Parties' cross motions for summary judgment.** The Parties previously stipulated to, and the Court granted, Plaintiff up to 40 pages for its Motion for Partial Summary Judgment and Defendants up to 50 pages for its Opposition and Cross Motion for Summary Judgment. (Dkt. Nos. 109, 110.) The Parties have been diligently drafting their briefs, but due to the factual and legal complexities involved in these motions, have determined that each side will need up to an additional ten (10) pages to fully address the issues. Accordingly, Plaintiffs seek leave to file an opening brief of up to 50 pages and Defendants seek leave to file an opposition and cross-motion brief of up to 60 pages.

- **Expansion of the time period for filing declarations in support of administrative motions to seal.** Under Civil L.R. 79-5(d), a party who has designated material as confidential ("Designating Party") has four days after the filing and service of an Administrative Motion to file a declaration supporting the sealing of material that the party has designated as confidential. Based on the timing of Plaintiff's motion for summary judgment, the anticipated volume of material, and the necessity for third-parties to provide supporting declarations, the parties seek an additional six (6) days for any Designating Party to file supporting declarations. Accordingly, Designating Party declarations would be due on or before Monday, December 28, 2015.

- **Extending expert discovery by an additional eight (8) days.** The parties have been diligently conducting expert discovery. However, given the schedule of the parties over the holidays, the parties have been unable to arrange one final expert deposition prior to the December 31, 2016 cut-off set by the Second Amended Case Management Order (Dkt. No. 96). Accordingly, the parties seek an eight (8) day extension of the expert discovery time period through January 8, 2016.

///

1

SECOND JOINT STIPULATION
CASE NO.: 13-cv-05878 EMC

| | | |
|---|---|---|
| 1 | Dated: December 14, 2015 | Respectfully submitted, |
| 2 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | | |
| 4 | | By:   */s/ Robert P. Varian*<br>       ROBERT P. VARIAN (SBN 107459) |
| 5 | | |
| 6 | | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
| 7 | | JULIA HARUMI MASS (SBN 189649)<br>MICHAEL T. RISHER (SBN 191627) |
| 8 | | ANGELICA SALCEDA (SBN 296152)<br>39 Drumm Street |
| 9 | | San Francisco, CA 94111 |
| 10 | | Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437 |
| 11 | | Email: jmass@aclunc.org |
| 12 | | |
| 13 | | AMERICAN CIVIL LIBERTIES UNION NATIONAL PRISON PROJECT |
| 14 | | CARL TAKEI (SBN 256229)<br>915 15th Street N.W., 7th Floor |
| 15 | | Washington, DC 20005<br>Telephone:  (202) 393-4930 |
| 16 | | Facsimile:  (202) 393-4931<br>Email:  ctakei@aclu.org |
| 17 | | |
| 18 | | VAN DER HOUT, BRIGAGLIANO, & NIGHTINGALE, LLP |
| 19 | | MEGAN SALLOMI  (SBN 300580)<br>180 Sutter Street, Suite 500 |
| 20 | | San Francisco, CA 94104<br>Main Line: (415) 981-3000 |
| 21 | | Direct Line: (415) 821-8827<br>Email: Msal@vblaw.com |
| 22 | | *Attorneys for Plaintiffs* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: December 14, 2015 | DISTRICT COURT SECTION |
| 2 | | OFFICE OF IMMIGRATION LITIGATION |
| | | CIVIL DIVISION |
| 3 | | U.S. DEPARTMENT OF JUSTICE |
| 4 | | BENJAMIN C. MIZER |
| | | Principal Deputy Assistant Attorney General |
| 5 | | |
| 6 | | WILLIAM C. PEACHEY |
| | | Director |
| 7 | | |
| | | ELIZABETH J. STEVENS |
| 8 | | Assistant Director |

By:     /s/ *Katherine J. Shinners*
         KATHERINE J. SHINNERS
         BRIAN C. WARD
         JENNIFER A. BOWEN

         Trial Attorneys
         P.O Box 868, Ben Franklin Station
         Washington,  D.C. 20044
         Telephone: (202) 598-8259
         Facsimile:  (202) 305-7000
         Email:  Katherine.J.Shinners@usdoj.gov

*Attorneys For Defendants*

I, Robert P. Varian, am the ECF User whose User ID and password are being used to file this Stipulation.  In accordance with Local Rule 5-1(i)(3), I hereby attest that the other signatories listed here have concurred in the filing of this document.

Dated December 14, 2015          By:  /s/ *Robert P. Varian*
                                      ROBERT P. VARIAN

1                                     **[PRO~~P~~OSED] ORDER**

2   PURSUANT TO STIPULATION, IT IS SO ORDERED.

4   Date: _____12/15/15_____    _____
5                                         HON. EDWARD M. CHEN
                                              United States District Judge

*GRANTED — Judge Edward M. Chen* (seal: United States District Court, Northern District of California)