ROBERT P. VARIAN (SBN 107459)
CHARLES J. HA (*pro hac vice*)
DAVID KEENAN (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759
Email:  rvarian@orrick.com

*Attorneys for Plaintiffs*
[Additional Counsel appear on signature page]

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
ELIZABETH J. STEVENS
Assistant Director, District Court Section
JENNIFER A. BOWEN
KATHERINE J. SHINNERS
BRIAN C. WARD
Trial Attorneys, Office of Immigration Litigation
U.S. Department of Justice – Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9121
Facsimile: (202) 305-7000
Email: Brian.C.Ward@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et. al.,<br><br>Defendants. | Case No.:  13-cv-05878 EMC<br><br>**JOINT STIPULATION REGARDING REDACTION OF WITNESS NAMES EXCEPT INITIALS; [PR~~OPOS~~ED] ORDER**<br><br>**[PURSUANT TO CIVIL L.R. 7-12]**<br><br>CLASS ACTION |

1   The Parties to this action hereby agree to the following regarding the redaction of the names of certain declarants in this litigation as permitted by the Federal Rules of Civil Procedure Rule 5.2(e).  WHEREAS:

Many Plaintiff class members are seeking or have sought relief from removal based on fear of persecution and in their home countries or based on other grounds that could subject them to retaliation here or abroad;

Plaintiff class members seeking such relief may have statutory privacy rights to protect them from harm.  *See e.g.* 8 C.F.R. §§ 208.6, 1208.6 (regulations protecting an asylum-seeker's right to confidentiality);

Plaintiff class members seek to submit declarations in support of Plaintiffs' motion for summary judgment, some of which include references to statutorily protected claims for relief or sensitive facts that create concern regarding harassment and retaliation; and

The Parties agree that protecting Plaintiff class members from potential harm related to disclosure of their identities and the subject matter of their immigration cases can be achieved without prejudice to Defendants by substituting initials for class member witnesses' full names in the parties' briefs and evidentiary submissions.

NOW THEREFORE, the Parties stipulate that:

1. Papers and evidence filed in the public record will be redacted to reveal only initials of Plaintiff class member witnesses who are not named representatives;

2. The names of class representatives will not be redacted;

3. In conjunction with Plaintiffs' Motion for Summary Judgment, Plaintiffs will file under seal a reference list of the declarants' full names and corresponding initials, pursuant to Fed. R. Civ. Pro. 5.2(g); and

4. The Parties need not file unredacted versions of the papers and evidence filed in the public record in accordance with paragraph 1 under seal, serve unredacted versions of such papers or evidence upon each other, or provide such unredacted versions as courtesy copies to the Court.

-1-

THE PARTIES SO STIPULATE, THROUGH THEIR COUNSEL OF RECORD.

Dated:  December 15, 2015

By: __/s/ *Julia Harumi Mass*_____
JULIA HARUMI MASS (SBN 189649)
ANGÉLICA SALCEDA (SBN 296152)
MICHAEL T. RISHER (SBN 191627)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
ROBERT P. VARIAN (SBN 107459)
CHARLES J. HA (*pro hac vice*)
DAVID KEENAN (*pro hac vice*)
JUDY KWAN (SBN 273930)
ALEXIS YEE-GARCIA (SBN 277204)

AMERICAN CIVIL LIBERTIES UNION
NATIONAL PRISON PROJECT
CARL TAKEI (SBN 256229)
915 15th Street N.W., 7th Floor
Washington, DC 20005
Telephone:  (202) 393-4930
Facsimile:  (202) 393-4931
Email:  ctakei@aclu.org

VAN DER HOUT BRIGAGLIANO &
NIGHTINGALE, LLP
MARC VAN DER HOUT (SBN 80778)
MEGAN SALLOMI (SBN 300580)
180 Sutter Street
San Francisco, CA 94104
Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003
Email:  msal@vblaw.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| Dated: December 15, 2015 | OFFICE OF IMMIGRATION LITIGATION, CIVIL DIVISION<br>U.S. DEPARTMENT OF JUSTICE<br><br>BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director, District Court Section<br><br>ELIZABETH J. STEVENS<br>Assistant Director, District Court Section<br><br>By: */s/ Brian C. Ward*<br>BRIAN C. WARD<br>JENNIFER A. BOWEN<br>KATHERINE J. SHINNERS<br>Trial Attorneys, District Court Section<br>P.O Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-9121<br>Email: Brian.C.Ward@usdoj.gov<br><br>*Attorneys for Defendants* |

## [P~~ROPO~~SED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 16, 2015

_____
HONORABLE EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

-3-

**CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

I, Julia Harumi Mass, am the ECF user whose ID and password are being used to file this Joint Stipulation Regarding Redaction of Names Except for Initials and [Proposed] Order. I hereby certify that each of the other signatories has concurred in the filing of this document and has authorized the use of his/her electronic signature.

Dated:  December 15, 2015            */s/ Julia Harumi Mass*_____
                                     JULIA HARUMI MASS
                                     AMERICAN CIVIL LIBERTIES UNION
                                     FOUNDATION OF NORTHERN CALIFORNIA
                                     39 Drumm Street
                                     San Francisco, CA 94111

-4-

*Lyon, et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No.: 13-cv-05878 EMC
JOINT STIPULATION REGARDING REDACTION OF NAMES EXCEPT FOR INITIALS AND [PROPOSED] ORDER