BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
ELIZABETH J. STEVENS
Assistant Director, District Court Section
KATHERINE J. SHINNERS
JENNIFER A. BOWEN
BRIAN C. WARD
Trial Attorneys, Office of Immigration Litigation
U.S. Department of Justice – Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9121
Facsimile: (202) 305-7000
Email: Brian.C.Ward@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., et. al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et. al.,<br><br>                    Defendants. | Case No.:  13-cv-05878 EMC<br><br>**SECOND JOINT STIPULATION EXTENDING EXPERT DISCOVERY CUT-OFF; [PROPOSED] ORDER**<br><br>**CLASS ACTION** |

        The Parties to this action hereby agree to the following and seek an order extending expert discovery by an additional three (3) days.

        The current deadline to complete expert discovery is January 8, 2016.  *See* Dkt. No. 117. The Parties have been diligently conducting expert discovery and arranged for one final deposition for Defendants' rebuttal expert Michael Hackett on January 7, 2016.  Unfortunately, Mr. Hackett has informed Defendants that he is dealing with a family medical crisis and will be unavailable the week of January 7.   However, Mr. Hackett has represented to Defendants that he will be available the following week on Monday January 11, 2016.

1    Accordingly, the parties seek a three (3) day extension of expert discovery to January 11,

2   2016.  This three-day extension of expert discovery will not affect any of the other current

3   deadlines in this case.

4   Dated:  January 4, 2016            By: */s/ Julia Harumi Mass*
                                       JULIA HARUMI MASS (SBN 189649)
5                                      ANGÉLICA SALCEDA (SBN 296152)
                                       MICHAEL T. RISHER (SBN 191627)
6                                      AMERICAN CIVIL LIBERTIES UNION
                                       FOUNDATION OF NORTHERN CALIFORNIA
7                                      39 Drumm Street
                                       San Francisco, CA 94111
8                                      Telephone: (415) 621-2493
                                       Facsimile: (415) 255-8437
9                                      Email: jmass@aclunc.org
10

11                                     ORRICK, HERRINGTON & SUTCLIFFE LLP
                                       ROBERT P. VARIAN (SBN 107459)
12                                     CHARLES J. HA (*pro hac vice*)
                                       DAVID KEENAN (*pro hac vice*)
13                                     JUDY KWAN (SBN 273930)
                                       ALEXIS YEE-GARCIA (SBN 277204)
14                                     405 Howard Street
                                       San Francisco, CA 94105
15                                     Telephone:  (415) 773-5700
                                       Facsimile:  (415) 773-5759
16                                     Email:  rvarian@orrick.com

17                                     AMERICAN CIVIL LIBERTIES UNION
                                       NATIONAL PRISON PROJECT
18                                     CARL TAKEI (SBN 256229)
19                                     915 15th Street N.W., 7th Floor
                                       Washington, DC 20005
20                                     Telephone:  (202) 393-4930
                                       Facsimile:  (202) 393-4931
21                                     Email:  ctakei@aclu.org

22                                     MARC VAN DER HOUT (SBN 80778)
23                                     MEGAN SALLOMI (SBN 300580)
                                       180 Sutter Street
24                                     San Francisco, CA 94104
                                       Telephone:  (415) 981-3000
25                                     Facsimile:  (415) 981-3003
                                       Email:  msal@vblaw.com
26

27                                     *Attorneys for Plaintiffs*

28

Dated:  January 4, 2016            OFFICE OF IMMIGRATION LITIGATION,
                                   CIVIL DIVISION
                                   U.S. DEPARTMENT OF JUSTICE

                                   BENJAMIN C. MIZER
                                   Principal Deputy Assistant Attorney General

                                   WILLIAM C. PEACHEY
                                   Director, District Court Section

                                   ELIZABETH J. STEVENS
                                   Assistant Director, District Court Section

                                   By: */s/ Brian C. Ward*_____
                                   BRIAN C. WARD
                                   KATHERINE J. SHINNERS
                                   JENNIFER A. BOWEN
                                   Trial Attorneys, District Court Section
                                   P.O Box 868, Ben Franklin Station
                                   Washington, D.C. 20044
                                   Telephone: (202) 616-9121
                                   Email: Brian.C.Ward@usdoj.gov

                                   *Attorneys for Defendants*

I, Brian C. Ward, am the ECF user whose user ID and password are being used to file this Stipulation.  In accordance with Local Rule 5-1(i)(3), I hereby attest that the other signatories listed here have concurred in the filing of this document.

Dated:  January 4, 2016            By: */s/ Brian C. Ward*_____
                                   BRIAN C. WARD

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  ___January 6, 2016___        _____
                                   HONORABLE EDW[...]
                                   United States Distr[...]

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SECOND JOINT STIPULATION EXTENDING
EXPERT DISCOVERY CUT-OFF
Case No.: 13-cv-05878 EMC

3