BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
ELIZABETH J. STEVENS
Assistant Director, District Court Section
BRIAN C. WARD
KATHERINE J. SHINNERS
JENNIFER A. BOWEN
LAUREN C. BINGHAM
Trial Attorneys, Office of Immigration Litigation
U.S. Department of Justice – Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9121
Facsimile: (202) 305-7000
Email: Brian.C.Ward@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et. al., <br><br> Defendants. | Case No.: 13-cv-05878 EMC <br><br> **JOINT STIPULATION REGARDING SUBSTITUTION OF DEFENDANTS' EXPERT WITNESS; [PR~~OPO~~SED] ORDER** <br>                               (modified) <br><br> CLASS ACTION |

The Parties to this action hereby agree to the following and seek an order permitting Defendants to substitute their expert witness and allow Plaintiffs to seek permissible discovery from the substitute expert. As good cause for this request, the Parties state the following:

The deadline to complete expert discovery was January 11, 2016. *See* Dkt. No. 140. The parties had arranged for Plaintiffs to depose Defendants' expert witness Michael Hackett on January 11, 2016. The week before the scheduled deposition, Mr. Hackett informed Defendants that he was dealing with a family medical crisis. Several days before the deposition, Mr. Hackett

JOINT STIPULATION REGARDING SUBSTITUTION
OF DEFENDANTS' EXPERT WITNESS
Case No.: 13-cv-05878 EMC

-1-

1  informed Defendants that he had just learned that the medical issue was serious enough that he
2  had to withdraw from the case.  Defendants have confirmed with Mr. Hackett that he continues
3  to be unavailable.  Because Mr. Hackett was forced to withdraw based on a recently-discovered
4  and very serious medical condition of an immediate family member for whom he continues to be
5  the primary caretaker, good cause exists to extend expert discovery and allow Defendants to
6  substitute experts.

7  Defendants immediately proposed to Plaintiffs that the Parties jointly move to allow
8  Defendants to designate a substitute expert, and seek to extend both expert discovery and the
9  briefing schedule for the Parties' cross-motions for summary judgment so that Plaintiffs would
10 have sufficient time to depose the substitute expert before responding to Defendants' Cross-
11 Motion for Summary Judgment.  Plaintiffs, however, did not want to disturb the briefing
12 schedule and instead proposed that, if this case was not resolved at the summary judgment stage
13 and Mr. Hackett remained unavailable, Plaintiffs would agree at that time that Defendants could
14 proffer a substitute expert for trial as long as the substitute expert's opinions did not expand upon
15 or differ from Mr. Hackett's opinions, did not rely on facts or materials that Mr. Hackett did not
16 review, and that Plaintiffs were given an adequate opportunity to conduct expert discovery.

17 The trial in this case is scheduled to begin on May 23, 2016.  *See* Dkt. No. 96.  To
18 provide Plaintiffs with ample opportunity to conduct expert discovery, the Parties propose that
19 (1) Defendants be permitted to substitute Mr. Richard Bryce for Mr. Michael Hackett as rebuttal
20 expert in this case, (2) expert discovery be reopened solely for the purpose of allowing Plaintiffs
21 to serve document requests on and depose Defendants' substitute expert on or before April ~~22,~~ 15
22 2016, and (3) the motion in limine deadline for any challenge Plaintiffs may have to Defendants'
23 proposed substitute expert ~~be extended to May 5, 2016~~. will be discussed at the April 19, 2016 Pretrial Conference.
24 This reopening of expert discovery until April ~~22~~ 15, 2016, is limited to Defendants'
25 substitute expert witness and will not affect any of the other current deadlines in this case.

26
27
28

JOINT STIPULATION REGARDING SUBSTITUTION
OF DEFENDANTS' EXPERT WITNESS
Case No.: 13-cv-05878 EMC

-2-

| | |
|---|---|
| Dated: March 15, 2016 | OFFICE OF IMMIGRATION LITIGATION, CIVIL DIVISION<br>U.S. DEPARTMENT OF JUSTICE<br><br>BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director, District Court Section<br><br>ELIZABETH J. STEVENS<br>Assistant Director, District Court Section<br><br>By: */s/ Brian C. Ward*<br>BRIAN C. WARD<br>KATHERINE J. SHINNERS<br>JENNIFER A. BOWEN<br>LAUREN C. BINGHAM<br>Trial Attorneys, District Court Section<br>P.O Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-9121<br>Email: Brian.C.Ward@usdoj.gov<br><br>*Attorneys for Defendants* |
| Dated: March 15, 2016 | By: */s/ Julia Harumi Mass*<br>JULIA HARUMI MASS (SBN 189649)<br>ANGÉLICA SALCEDA (SBN 296152)<br>MICHAEL T. RISHER (SBN 191627)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437<br>Email: jmass@aclunc.org<br><br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>ROBERT P. VARIAN (SBN 107459)<br>CHARLES J. HA (*pro hac vice*)<br>DAVID KEENAN (*pro hac vice*)<br>JUDY KWAN (SBN 273930)<br>ALEXIS YEE-GARCIA (SBN 277204) |

```
                    AMERICAN CIVIL LIBERTIES UNION
                    NATIONAL PRISON PROJECT
                    CARL TAKEI (SBN 256229)
                    915 15th Street N.W., 7th Floor
                    Washington, DC 20005
                    Telephone:  (202) 393-4930
                    Facsimile:  (202) 393-4931
                    Email:  ctakei@aclu.org

                    MARC VAN DER HOUT (SBN 80778)
                    MEGAN SALLOMI (SBN 300580)
                    180 Sutter Street
                    San Francisco, CA 94104
                    Telephone:  (415) 981-3000
                    Facsimile:  (415) 981-3003
                    Email:  msal@vblaw.com
```

*Attorneys for Plaintiffs*

I, Brian C. Ward, am the ECF user whose user ID and password are being used to file this Stipulation. In accordance with Local Rule 5-1(i)(3), I hereby attest that the other signatories listed here have concurred in the filing of this document.

Dated: March 15, 2016            By: */s/ Brian C. Ward*
                                     BRIAN C. WARD

### [P~~ROPO~~SED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** (as revised above)

Dated: March 16, 2016            _____
                                 HONORABLE
                                 United States

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

**CERTIFICATE OF SERVICE**

No. 3:13-cv-05878-EMC

I hereby certify that on this 15th day of March 2016, a true and correct copy of the foregoing **JOINT STIPULATION REGARDING SUBSTITUTION OF DEFENDANTS' EXPERT WITNESS** was served with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to all attorneys of record through the Court's CM/ECF system.

By: */s/ Brian C. Ward*
BRIAN C. WARD
Trial Attorney, District Court Section
Office of Immigration Litigation
United States Department of Justice