BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
ELIZABETH J. STEVENS
Assistant Director, District Court Section
KATHERINE J. SHINNERS
BRIAN C. WARD
JENNIFER A. BOWEN
LAUREN C. BINGHAM
Trial Attorneys, Office of Immigration Litigation
U.S. Department of Justice – Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3558
Facsimile: (202) 305-7000
Email: Jennifer.Bowen@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et. al.,<br><br>Defendants. | Case No.: 13-cv-05878 EMC<br><br>**JOINT STIPULATION REQUESTING MODIFICATION OF PRETRIAL DEADLINES AND TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** (Denied. See Page 5)<br><br>CLASS ACTION |

The Parties to this action hereby agree to the following and seek an order (1) extending the deadlines for the pretrial filings set forth in the Court's Pretrial Instructions, Parts B & C (*see* ECF No. 96), from March 29, 2016, to April 12, 2016; and (2) permitting counsel for Defendants to appear by telephone at the Case Management Conference scheduled for Wednesday, March 23, 2016. As good cause for this request, the Parties state the following:

Last Friday, March 18, 2016, this Court issued its Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment; and Denying Plaintiffs' Motion for Summary Judgment. *See* ECF No. 167. In so doing, the Court made rulings that will guide the parties' presentation of their cases at trial. *See generally id.* It also ordered the parties "to meet and confer, in order to reach a stipulation to undisputed facts (as found and set forth in this Order) for trial," and set a Case Management Conference for Wednesday, March 23, 2016, at 10:00 a.m. to delineate the scope and nature of the trial. *Id.* at p. 46.

Trial in this case is scheduled to begin May 23, 2016, and the Final Pretrial Conference is currently scheduled for April 19, 2016. *See* ECF No. 96 (scheduling order); ECF No. 107 (rescheduling Final Pretrial Conference to April 19, 2016). The required pretrial filings—including the Joint Pretrial Conference Statement, fully briefed Motions in Limine, Findings of Fact and Conclusions of Law, and Trial Briefs—are due on March 29, 2016. *See* ECF No. 96, Pretrial Instructions, Parts B&C. Plaintiffs are also taking a trial deposition of their own witness during the week of March 21, 2016, in Bakersfield, California as well as a deposition of Defendants' recently disclosed substitute expert witness on April 7, 2016.[1]

The Parties, through counsel, met and conferred regarding preparation of the Joint Pretrial Conference Statement and had agreed upon deadlines for the exchange of the components of that statement. The Parties agreed to staggered deadlines, many of which fall during the week of March 21, 2016, regarding the exchange of proposed undisputed facts, witness and exhibit lists, and deposition designations, and the objections and responses thereto, to allow time for the Parties to meet and confer prior to submitting disputes to the Court.

The Court's recent Order on Summary Judgment impacts these components of the Joint Pretrial Conference Statement, as well as the parties' Proposed Findings of Fact and Conclusions

---

[1] Plaintiffs also intend to file a request for leave to file a motion for reconsideration of one aspect of the Court's Order on Summary Judgment, pursuant to Local Civil Rule 7-9. Plaintiffs represent that this request and any ruling on the requested motion for reconsideration will not impact the denial of summary judgment or the evidence to be presented at trial and therefore will not significantly impact the Parties' pretrial filings, but will require additional time for Plaintiffs to prepare and for Defendants to respond to.

1  of Law and Trial Briefs.  The Parties now jointly request additional time to submit the pretrial
2  filings in light of the Order on Summary Judgment.  A continuance of the March 29 deadline
3  would allow the Parties time to further evaluate the effect of the Order on the Joint Pretrial
4  Conference Statement and related pretrial filings, to conform those filings, as necessary, to the
5  Court's Order and further guidance provided at the Case Management Conference scheduled for
6  May 23, to assert objections and responses thereto, and to engage in a meaningful meet and
7  confer process before submitting objections or disputes to the Court.  Specifically, the Parties
8  respectfully request that the Court allow the Parties until April 12, 2016, to submit the Joint
9  Pretrial Conference Statement and the Pretrial Materials listed in Part C of the Court's Pretrial
10 Instructions.
11     Further, in light of the imminent pretrial deadlines and the preservation deposition
12 currently scheduled to take place in Bakersfield, California, on March 23, 2016, the same day as
13 the Case Management Conference, the Parties respectfully request that counsel for Defendants
14 be permitted to appear by telephone at the Case Management Conference in order to minimize
15 travel time and allow Defendants' counsel to focus on trial preparation.

Dated: March 21, 2016

OFFICE OF IMMIGRATION LITIGATION,
CIVIL DIVISION
U.S. DEPARTMENT OF JUSTICE

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section

ELIZABETH J. STEVENS
Assistant Director, District Court Section

By: */s/ Jennifer A. Bowen*
KATHERINE J. SHINNERS
BRIAN C. WARD
JENNIFER A. BOWEN
LAUREN C. BINGHAM
Trial Attorneys, District Court Section
P.O Box 868, Ben Franklin Station

Washington, D.C. 20044
Telephone: (202) 616-3558
Email: Jennifer.Bowen@usdoj.gov

*Attorneys for Defendants*

Dated: March 21, 2016                    By: _s/ Charles Ha_____

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
JULIA HARUMI MASS (SBN 189649)
ANGÉLICA SALCEDA (SBN 296152)
MICHAEL T. RISHER (SBN 191627)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
ROBERT P. VARIAN (SBN 107459)
CHARLES J. HA (*pro hac vice*)
DAVID KEENAN (*pro hac vice*)
JUDY KWAN (SBN 273930)
ALEXIS YEE-GARCIA (SBN 277204)

AMERICAN CIVIL LIBERTIES UNION
NATIONAL PRISON PROJECT
CARL TAKEI (SBN 256229)
915 15th Street N.W., 7th Floor
Washington, DC 20005
Telephone:  (202) 393-4930
Facsimile:  (202) 393-4931
Email:  ctakei@aclu.org

MARC VAN DER HOUT (SBN 80778)
MEGAN SALLOMI (SBN 300580)
180 Sutter Street
San Francisco, CA 94104
Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003
Email:  msal@vblaw.com

*Attorneys for Plaintiffs*

JOINT STIPULATION REGARDING PRETRIAL DEADLINES
Case No.: 13-cv-05878 EMC

-4-

I, Jennifer A. Bowen, am the ECF user whose user ID and password are being used to file this Stipulation. In accordance with Local Rule 5-1(i)(3), I hereby attest that the other signatories listed here have concurred in the filing of this document.

Dated: March 21, 2016           By: */s/ Jennifer A. Bowen*
                                    JENNIFER A. BOWEN

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Denied. All parties must appear in person at the 3/23/16 10:00 a.m. status conference. Pretrial filings must be filed by 4/7/16.

Dated: _____March 21, 2016_____    _____
                                    HONORABLE EDWARD M. CHEN
                                    United States District Judge



JOINT STIPULATION REGARDING PRETRIAL DEADLINES
Case No.: 13-cv-05878 EMC

**CERTIFICATE OF SERVICE**

No. 3:13-cv-05878-EMC

I hereby certify that on this 21st day of March 2016, a true and correct copy of the foregoing **JOINT STIPULATION REQUESTING MODIFICATION OF PRETRIAL DEADLINES AND TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** was served with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to all attorneys of record through the Court's CM/ECF system.

By: */s/ Jennifer A. Bowen*
JENNIFER A. BOWEN
Trial Attorney, District Court Section
Office of Immigration Litigation
United States Department of Justice