ROBERT P. VARIAN (SBN 107459)
CHARLES J. HA (*pro hac vice*)
DAVID KEENAN (*pro hac vice*)
JUDY KWAN (SBN 273930)
ALEXIS YEE-GARCIA (SBN 277204)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
Email: rvarian@orrick.com

JULIA HARUMI MASS (SBN 189649)
ANGÉLICA SALCEDA (SBN 296152)
CHRISTINE P. SUN (SBN 218701)
MICHAEL T. RISHER (SBN 191627)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org

*Attorneys for Plaintiffs*

[Additional Counsel appear on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et. al., <br><br> Defendants. | Case No. 13-cv-05878 EMC <br><br> **JOINT STIPULATION REGARDING SCHEDULE FOR J.H. DEPOSITION DESIGNATIONS; [PROPOSED] ORDER** |

1   The parties respectfully submit this joint stipulation and proposed order concerning the deadlines for the deposition designations for J.H., a member of the Plaintiff class who was recently deported to the Philippines and is expected to be unavailable for trial. On March 17, 2016, the Court granted Plaintiffs' emergency request to depose J.H. to preserve his testimony, given his then-impending deportation. *See* ECF No. 165; ECF No. 164. Pursuant to the Court's order, the deposition of J.H. occurred on March 23, 2016, with questioning by counsel for both Plaintiffs and Defendants. Plaintiffs requested expedited delivery of J.H's transcript, which was delivered to all parties on March 29, 2016. Plaintiffs will submit J.H's deposition errata by no later than April 4, 2016.

The trial in this case is schedule to being on May 23, 2016 and the Final Pretrial Conference is scheduled for April 19, 2016. *See* ECF No. 96 (scheduling order); ECF No.107 (rescheduling Final Pretrial Conference to April 19, 2016). The Court's recent modification of pretrial deadlines requires the joint pretrial conference statement to be filed by the Parties by April 7, 2016. *See* No. 174. The Parties seek a slight modification of the pretrial deadlines with respect to deposition designations for J.H., specifically:

April 8, 2016 – Parties to exchange deposition designations

April 13, 2016 – Parties to exchange any objections and counter-designations

April 15, 2016 – Parties to exchange responses to objections to designations and any objections to counter-designations

April 18, 2016 – Plaintiffs to file the designations and objections (by 9:00 a.m.)

Dated: April 1, 2016          By: /s/ *Angélica Salceda*
                              ANGÉLICA SALCEDA (SBN 296152)
                              AMERICAN CIVIL LIBERTIES UNION
                              FOUNDATION OF NORTHERN CALIFORNIA
                              39 Drumm Street
                              San Francisco, CA 94111
                              Telephone: (415) 621-2493
                              Facsimile: (415) 255-8437
                              Email: jmass@aclunc.org

|   |   |
|---|---|
| 1 |   |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | ROBERT P. VARIAN (SBN 107459) |
| 3 | CHARLES J. HA (*pro hac vice*) |
|   | DAVID KEENAN (*pro hac vice*) |
| 4 | JUDY KWAN (SBN 273930) |
|   | ALEXIS YEE-GARCIA (SBN 277204) |
| 5 |   |
| 6 | AMERICAN CIVIL LIBERTIES UNION |
|   | NATIONAL PRISON PROJECT |
| 7 | CARL TAKEI (SBN 256229) |
|   | 915 15th Street N.W., 7th Floor |
| 8 | Washington, DC 20005 |
|   | Telephone:  (202) 393-4930 |
| 9 | Facsimile:  (202) 393-4931 |
|   | Email:  ctakei@aclu.org |
| 10 |   |
| 11 | VAN DER HOUT BRIGAGLIANO & |
|   | NIGHTINGALE, LLP |
| 12 | MARC VAN DER HOUT (SBN 80778) |
|   | MEGAN SALLOMI (SBN 300580) |
| 13 | 180 Sutter Street |
|   | San Francisco, CA 94104 |
| 14 | Telephone:  (415) 981-3000 |
|   | Facsimile:  (415) 981-3003 |
| 15 | Email:  msal@vblaw.com |
| 16 |   |
| 17 | *Attorneys for Plaintiffs* |

| | |
|---|---|
| Dated: April 1, 2016 | OFFICE OF IMMIGRATION LITIGATION, CIVIL DIVISION<br>U.S. DEPARTMENT OF JUSTICE<br><br>BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director, District Court Section<br><br>ELIZABETH J. STEVENS<br>Assistant Director, District Court Section<br><br>By: */s/ Brian C. Ward*<br>BRIAN C. WARD<br>JENNIFER A. BOWEN<br>KATHERINE J. SHINNERS<br>LAUREN C. BINGHAM<br>Trial Attorneys, District Court Section<br>P.O Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-9121<br>Email: Brian.C.Ward@usdoj.gov<br><br>*Attorneys for Defendants* |

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. (with modification on page 2 line 21).

Date: 4/4/16                _____
HONORABLE EDWARD M. CHEN
United States District Court Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

## ATTESTATION OF CONCURRENCE IN JOINT FILING

**Pursuant to Local Rule 5-1(i)(3)**

I, Angélica H. Salceda, hereby attest that the other signatories listed here have concurred in the filing of this document.

Dated: April 1, 2016                                     */s/ Angélica H. Salceda*
                                                                       ANGÉLICA H. SALCEDA

## CERTIFICATE OF SERVICE

No: 3:13-cv-05878 EMC

I hereby certify that on April 1, 2016, a true and correct copy of the foregoing **Joint Stipulation Regarding Schedule for J.H. Deposition Designations** was served with the Clerk of the Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to all attorneys of record through the Court's CM'ECF system.

Dated: April 1, 2016                                     */s/ Angélica H. Salceda*
                                                                       ANGÉLICA H. SALCEDA