UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDLEY BARRINGTON LYON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Case No.  13-cv-05878-EMC<br><br>**ORDER RE TRIAL TIME AND WITNESS LISTS**<br><br>Docket Nos. 198, 199 |

The Court has reviewed the proposed witness lists and estimated trial times. Docket Nos. 198, 199-1. Each side will have **24 hours** to present their case. This 24 hour-limit includes opening arguments, closing arguments, direct examination, and cross-examination. The parties are to submit a revised witness list by **Monday, April 11, 2016 at 5:00 p.m. PST**, consistent with this time limitation.

**IT IS SO ORDERED**.

Dated: April 8, 2016

_____
EDWARD M. CHEN
United States District Judge