BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
ELIZABETH J. STEVENS
Assistant Director, District Court Section
KATHERINE J. SHINNERS
BRIAN C. WARD
JENNIFER A. BOWEN
LAUREN C. BINGHAM
Trial Attorneys, Office of Immigration Litigation
U.S. Department of Justice – Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-8259
Facsimile: (202) 305-7000
Email: Katherine.J.Shinners@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et. al., <br><br> Defendants. | Case No.:  13-cv-05878 EMC <br><br> **JOINT STIPULATION REQUESTING TELEPHONIC APPEARANCE OF CERTAIN COUNSEL FOR DEFENDANTS AT FINAL PRETRIAL CONFERENCE; [PROPOSED] ORDER** <br><br> CLASS ACTION |

The Parties to this action hereby agree to the following and seek an order permitting undersigned counsel for Defendants, Katherine J. Shinners, to appear by telephone at the Final Pretrial Conference scheduled for April 19, at 2:30 p.m.  As good cause for this request, the Parties state the following:

1    The Final Pretrial Conference in this matter is scheduled for tomorrow, April 19, at 2:30
2 p.m. *See* ECF No. 96 (scheduling order); ECF No. 107 (rescheduling Final Pretrial Conference
3 to April 19, 2016).

4    Defendants state that undersigned counsel for the Defendants, Katherine J. Shinners,
5 planned to attend the hearing in person, along with co-counsel Brian Ward and Lauren Bingham.
6 This morning (April 18, 2016), Ms. Shinners's close family member passed away.  Under these
7 extraordinary circumstances, Ms. Shinners seeks to appear at the Final Pretrial Conference by
8 telephone, in order to focus on her family obligations and minimize time away from her family.
9 Mr. Ward and Ms. Bingham will still attend the conference in person.  Ms. Shinners, however, is
10 currently designated as lead counsel and has been primarily responsible for conferences
11 regarding the Parties' objections and responses to discovery responses, exhibits, and deposition
12 designations, and for many aspects of the case that will be addressed at the Pretrial Conference,
13 and her appearance at the Pretrial Conference by telephone will be of assistance to the Court.
14 *See* ECF No. 96 (requiring lead counsel to appear at Final Pretrial Conference).

15    Accordingly, the Parties respectfully request that Ms. Shinners be permitted to appear
16 by telephone at the Final Pretrial Conference.

| | | |
|---|---|---|
| 1 | Dated: April 18, 2016 | OFFICE OF IMMIGRATION LITIGATION, CIVIL DIVISION |
| 2 | | U.S. DEPARTMENT OF JUSTICE |
| 3 | | |
| 4 | | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General |

Dated: April 18, 2016                    OFFICE OF IMMIGRATION LITIGATION,
                                         CIVIL DIVISION
                                         U.S. DEPARTMENT OF JUSTICE

                                         BENJAMIN C. MIZER
                                         Principal Deputy Assistant Attorney General

                                         WILLIAM C. PEACHEY
                                         Director, District Court Section

                                         ELIZABETH J. STEVENS
                                         Assistant Director, District Court Section

                                         By: */s/ Katherine J. Shinners*
                                         KATHERINE J. SHINNERS
                                         BRIAN C. WARD
                                         JENNIFER A. BOWEN
                                         LAUREN C. BINGHAM
                                         Trial Attorneys, District Court Section
                                         P.O Box 868, Ben Franklin Station
                                         Washington, D.C. 20044
                                         Telephone: (202) 598-8259
                                         Email: Katherine.J.Shinners@usdoj.gov

                                         *Attorneys for Defendants*


Dated: April 18, 2016          By:  _s/ Julia Harumi Mass_____

                                         AMERICAN CIVIL LIBERTIES UNION
                                         FOUNDATION OF NORTHERN CALIFORNIA
                                         JULIA HARUMI MASS (SBN 189649)
                                         ANGÉLICA SALCEDA (SBN 296152)
                                         MICHAEL T. RISHER (SBN 191627)
                                         39 Drumm Street
                                         San Francisco, CA 94111
                                         Telephone: (415) 621-2493
                                         Facsimile: (415) 255-8437
                                         Email: jmass@aclunc.org

                                         ORRICK, HERRINGTON & SUTCLIFFE LLP
                                         ROBERT P. VARIAN (SBN 107459)
                                         CHARLES J. HA (*pro hac vice*)
                                         DAVID KEENAN (*pro hac vice*)
                                         JUDY KWAN (SBN 273930)

ALEXIS YEE-GARCIA (SBN 277204)

AMERICAN CIVIL LIBERTIES UNION
NATIONAL PRISON PROJECT
CARL TAKEI (SBN 256229)
915 15th Street N.W., 7th Floor
Washington, DC 20005
Telephone:  (202) 393-4930
Facsimile:  (202) 393-4931
Email:  ctakei@aclu.org

MARC VAN DER HOUT (SBN 80778)
MEGAN SALLOMI (SBN 300580)
180 Sutter Street
San Francisco, CA 94104
Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003
Email:  msal@vblaw.com

*Attorneys for Plaintiffs*

I, Katherine J. Shinners, am the ECF user whose user ID and password are being used to file this Stipulation. In accordance with Local Rule 5-1(i)(3), I hereby attest that the other signatories listed here have concurred in the filing of this document.

Dated: April 18, 2016                    By: */s/ Katherine J. Shinners*
                                             KATHERINE J. SHINNERS

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**   Ms. Shinners shall email the Court her direct number by 10:00 a.m. on 4/19/16.

Dated: 4/18/16                    _____
                                  HONORABLE EDWARD M. CHEN
                                  District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

**CERTIFICATE OF SERVICE**

No. 3:13-cv-05878-EMC

I hereby certify that on this 18th day of April, 2016, a true and correct copy of the foregoing **JOINT STIPULATION REQUESTING TELEPHONIC APPEARANCE AT FINAL PRETRIAL CONFERENCE** was served with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to all attorneys of record through the Court's CM/ECF system.

By: */s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Trial Attorney, District Court Section
Office of Immigration Litigation
United States Department of Justice