# **APPENDIX 4**

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Brooks, Jay Mingnon | 11/25/2014 | 10:22-11:6 | | | |
| Brooks, Jay Mingnon | 11/25/2014 | 11:14-14:5 | | | |
| Brooks, Jay Mingnon | 11/25/2014 | 15:1-20:15 | | | |
| Brooks, Jay Mingnon | 11/25/2014 | 37:10-40:14 | FRE 401 - working group re: 2011 PBNDS implementation not relevant | 176:6-178:13 | **RESPONSE TO OBJ.**: Relevant to implimentation of the standards governing phone system. |
| Brooks, Jay Mingnon | 11/25/2014 | 49:3-52:11 | | | |
| Brooks, Jay Mingnon | 11/25/2014 | 52:15-54:11 | | | |
| Brooks, Jay Mingnon | 11/25/2014 | 74:3-74:14 | | | |
| Brooks, Jay Mingnon | 11/25/2014 | 89:17-90:9 | | | |
| Brooks, Jay Mingnon | 11/25/2014 | 93:19-94:7 | | | |
| Brooks, Jay Mingnon | 11/25/2014 | 102:19-104:22 | | 176:6-178:13 | FRCP 32(a)(6) - Outside of the scope of the designation |
| Brooks, Jay Mingnon | 11/25/2014 | 106:14-107:19 | | | |
| Brooks, Jay Mingnon | 11/25/2014 | 108:10-109:6 | | 109:7-110:16 | |
| Brooks, Jay Mingnon | 11/25/2014 | 110:20-111:17 | | | |
| Brooks, Jay Mingnon | 11/25/2014 | 115:12-116:4 | | 116:5-117:12; 121:3-122:16 | |
| Brooks, Jay Mingnon | 11/25/2014 | 118:20-22 | | | |
| Brooks, Jay Mingnon | 11/25/2014 | 122:17-123:3 | | | |
| Brooks, Jay Mingnon | 11/25/2014 | 136:5-8 | | | |
| Brooks, Jay Mingnon | 11/25/2014 | 165:8-22 | | 176:6-178:13 | FRCP 32(a)(6) - Outside of the scope of the designation |
| Brooks, Jay Mingnon | 11/25/2014 | 181:11-182:11 | | | |
| Brooks, Jay Mingnon | 11/25/2014 | 184:14-185:17 | | | |
| Brooks, Jay Mingnon | 11/25/2014 | 186:22-187:4 | | | |
| Brooks, Jay Mingnon | 11/25/2014 | 189:17-191:8 | | 191:9-192:16 | Propose 189:17-193:18, which encompasses both. |
| Brooks, Jay Mingnon | 11/25/2014 | 192:17-193:18 | | | |
| Brooks, Jay Mingnon | 11/25/2014 | 204:22-206:10 | | | |
| Brooks, Jay Mingnon | 11/25/2014 | 206:14-207:5 | | | |
| Dozoretz, Nina | 11/20/2014 | 8:4-22:21 | | 23:6-14, 23:21-24:7; 106:19-107:22; 160:2-6; 197:22-198:9; 207:22-208:21 | FRCP 32(a)(6) - Outside of the scope of the designation.  The original designation simply identifies the 30(b)(6) topics for which the witness was designated to testify.  The counter-designations are not properly within the scope of the designation simply because they relate to one of the 30(b)(6) topics. |
| Dozoretz, Nina | 11/20/2014 | 24:19-25:13 | | | |
| Dozoretz, Nina | 11/20/2014 | 28:10-29:9 | | 73:20-74:17 | FRCP 32(a)(6) - Outside of the scope of the designation. |
| Dozoretz, Nina | 11/20/2014 | 29:13-30:8 | Foundation objection at 29:15; Beyond scope of testimony | | Witness was designated as 30(b)(6) and testifying on behalf of company in connection with designated topics and not in personal capacity; Deponent testified regarding knowledge and awareness of differences in question; Testimony falls within scope of 30(b)(6) topics; defendant has no standing to raise this objection and/or was waived by testimony at deposition. |
| Dozoretz, Nina | 11/20/2014 | 37:19-38:16 | | | |
| Dozoretz, Nina | 11/20/2014 | 38:18-42:5 | | | |
| Dozoretz, Nina | 11/20/2014 | 49:1-21 | | | |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Dozoretz, Nina | 11/20/2014 | 60:1-63:18 | | | |
| Dozoretz, Nina | 11/20/2014 | 70:10-72:21 | | 130:12-133:1; 150:2-22; 183:4-8 | 130:12-133:1; 150:2-22 - FRCP 32(a)(6) - Outside of the scope of the designation. |
| Dozoretz, Nina | 11/20/2014 | 75:6-11 | | | |
| Dozoretz, Nina | 11/20/2014 | 79:1-82:8 | | | |
| Dozoretz, Nina | 11/20/2014 | 82:12-85:14 | | | |
| Dozoretz, Nina | 11/20/2014 | 89:11-90:14 | | | |
| Dozoretz, Nina | 11/20/2014 | 91:5-94:22 | | | |
| Dozoretz, Nina | 11/20/2014 | 101:10-16 | | 101:17-104:3 | |
| Dozoretz, Nina | 11/20/2014 | 114:10-115:22 | | 119:12-22 | FRE 203 - incomplete designation (question and part of answer omitted); misleading |
| Dozoretz, Nina | 11/20/2014 | 119:13-120:17 | | | |
| Dozoretz, Nina | 11/20/2014 | 120:19-125:8 | | | |
| Dozoretz, Nina | 11/20/2014 | 133:22-136:16 | | | |
| Dozoretz, Nina | 11/20/2014 | 144:21-148:3 | | | |
| Dozoretz, Nina | 11/20/2014 | 152:12-16 | | | |
| Dozoretz, Nina | 11/20/2014 | 155:5-159:18 | | | |
| Dozoretz, Nina | 11/20/2014 | 165:3-18 | This designation stops mid testimony | 165:19-166:6 | |
| Dozoretz, Nina | 11/20/2014 | 166:7-17 | | 166:18-22 | |
| Dozoretz, Nina | 11/20/2014 | 169:9-170:12 | | | |
| Dozoretz, Nina | 11/20/2014 | 175:20-176:21 | | | |
| Dozoretz, Nina | 11/20/2014 | 181:1-11 | | | |
| Dozoretz, Nina | 11/20/2014 | 201:20-204:3 | | 204:4-21; 193:5-21 | |
| Dozoretz, Nina | 11/20/2014 | 227:8-228:12 | | | |
| Fishburn, Dana | 6/9/2015 | 35:1-11 | | | |
| Fishburn, Dana | 6/9/2015 | 63:24-64:4 | | 64:5-24 | |
| Fishburn, Dana | 6/9/2015 | 68:21-69:4 | | 69:5-71:13 | Propose 68:21-71:19, which encompasses both. |
| Fishburn, Dana | 6/9/2015 | 73:17-74:8 | | | |
| Fishburn, Dana | 6/9/2015 | 86:9-89:11 | | 85:25-86:8; 135:3-136:9 | |
| Fishburn, Dana | 6/9/2015 | 93:19-98:8 | | 98:9-21; 135:3-136:9 | |
| Fishburn, Dana | 6/9/2015 | 103:21-105:1 | | 135:3-136:9 | |
| Fishburn, Dana | 6/9/2015 | 105:17-106:6 | | 105:11-16 | |
| Fishburn, Dana | 6/9/2015 | 108:8-19 | | | |
| Fishburn, Dana | 6/9/2015 | 110:16-20 | | | |
| Fishburn, Dana | 6/9/2015 | 116:17-22 | | | |
| Fishburn, Dana | 6/9/2015 | 119:19-25 | | | |
| Fishburn, Dana | 6/9/2015 | 125:24-126:5 | | | |
| Fishburn, Dana | 6/9/2015 | 128:7-13 | | | |
| Gonzalez, Eric | 8/19/2015 | 1:1-25 | | | |
| Gonzalez, Eric | 8/19/2015 | 7:1-22 | | | |
| Gonzalez, Eric | 8/19/2015 | 15:12-19:13 | | | |
| Gonzalez, Eric | 8/19/2015 | 19:20-20:12 | | | |
| Gonzalez, Eric | 8/19/2015 | 20:21-21:15 | | | |
| Gonzalez, Eric | 8/19/2015 | 21:18-24 | | | |
| Gonzalez, Eric | 8/19/2015 | 22:6-15 | | | |
| Gonzalez, Eric | 8/19/2015 | 22:25-24:4 | | | |
| Gonzalez, Eric | 8/19/2015 | 24:17-25:5 | | | |
| Gonzalez, Eric | 8/19/2015 | 25:19-24 | | | |
| Gonzalez, Eric | 8/19/2015 | 39:7-40:22 | | | |
| Gonzalez, Eric | 8/19/2015 | 50:2-10 | | | |
| Gonzalez, Eric | 8/19/2015 | 60:11-62:25 | Irrelevant (FRE 401/403) | | Relevant to availability of phone features and feasibility of implementing changes. |
| Gonzalez, Eric | 8/19/2015 | 63:23-64:6 | | | |
| Gonzalez, Eric | 8/19/2015 | 64:18-20 | | | |
| Gonzalez, Eric | 8/19/2015 | 64:24-65:12 | | | |
| Gonzalez, Eric | 8/19/2015 | 65:20-66:7 | | | |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Gonzalez, Eric | 8/19/2015 | 76:16-21 | | | |
| Gonzalez, Eric | 8/19/2015 | 83:18-22 | Foundation | | Witness was designated as 30(b)(6) and testifying on behalf of company in connection with designated topics and not in personal capacity |
| Gonzalez, Eric | 8/19/2015 | 84:12-24 | | | |
| Gonzalez, Eric | 8/19/2015 | 85:11-17 | | | |
| Gonzalez, Eric | 8/19/2015 | 87:3-10 | | | |
| Gonzalez, Eric | 8/19/2015 | 104:24-105:3 | Irrelevant (FRE 401/403); lack of personal knowledge (FRE 602) | | Relevant to determining phone rates for detainee calls. Witness was designated as 30(b)(6) and testifying on behalf of company in connection with designated topics and not in personal capacity |
| Gonzalez, Eric | 8/19/2015 | 105:7-15 | Irrelevant (FRE 401/403); lack of personal knowledge (FRE 602) | | Relevant to determining phone rates for detainee calls. Witness was designated as 30(b)(6) and testifying on behalf of company in connection with designated topics and not in personal capacity |
| Gonzalez, Eric | 8/19/2015 | 105:17-106:4 | Irrelevant (FRE 401/403) | | Relevant to determining phone rates for detainee calls |
| Gonzalez, Eric | 8/19/2015 | 119:9-120:3 | Irrelevant (FRE 401/403) | | Relevant to phone systems and operations at facility |
| Gonzalez, Eric | 8/19/2015 | 120:9-10 | Irrelevant (FRE 401/403) | | Relevant to phone systems and operations at facility |
| Gonzalez, Eric | 8/19/2015 | 122:5-8 | Irrelevant (FRE 401/403) | | Relevant to phone systems and operations at facility |
| Gonzalez, Eric | 8/19/2015 | 123:3-13 | | | |
| Gonzalez, Eric | 8/19/2015 | 123:22-124:7 | | | |
| Gonzalez, Eric | 8/19/2015 | 127:14-20 | Irrelevant (FRE 401/403) | | Relevant to understanding what is offered to class member detainees with disabilities |
| Gonzalez, Eric | 8/19/2015 | 127:22 | Irrelevant (FRE 401/403) | | Relevant to understanding what is offered to class member detainees with disabilities |
| Gonzalez, Eric | 8/19/2015 | 128:5-20 | | | |
| Gonzalez, Eric | 8/19/2015 | 130:25-131:25 | | | |
| Gonzalez, Eric | 8/19/2015 | 132:2-133:24 | | | |
| Gonzalez, Eric | 8/19/2015 | 134:1-7 | | | |
| Gonzalez, Eric | 8/19/2015 | 135:9-10 | | | |
| Gonzalez, Eric | 8/19/2015 | 135:14-17 | | | |
| Gonzalez, Eric | 8/19/2015 | 135:18-137:9 | | 137:14-138:6 | |
| Gonzalez, Eric | 8/19/2015 | 139:4-6 | | | |
| Gonzalez, Eric | 8/19/2015 | 139:11-20 | | | |
| Gonzalez, Eric | 8/19/2015 | 141:4-14 | | 285:2-19 | |
| Gonzalez, Eric | 8/19/2015 | 147:19-149:10 | Irrelevant (FRE 401/403); lack of personal knowledge (FRE 602); outside scope of 30(b)(6) deposition | | Relevant to the provision of phone services and payment for phone services/rates and commissions;  Deponent has personal knowledge about the relationship between GTL and Praeses; testimony falls within scope of 30(b)(6) topics; defendant has no standing to raise this objection and/or was waived by testimony at deposition |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Gonzalez, Eric | 8/19/2015 | 149:20-21 | Lack of personal knowledge (FRE 602); outside scope of 30(b)(6) deposition | | Deponent has personal knowledge about the relationship between GTL and Praeses; testimony falls within scope of 30(b)(6) topics; defendant has no standing to raise this objection and/or was waived by testimony at deposition. |
| Gonzalez, Eric | 8/19/2015 | 149:23 | Outside scope of 30(b)(6) deposition | | Testimony falls within scope of 30(b)(6) topics; defendant has no standing to raise this objection and/or was waived by testimony at deposition. |
| Gonzalez, Eric | 8/19/2015 | 150:1-9 | Outside scope of 30(b)(6) deposition | | Testimony falls within scope of 30(b)(6) topics; defendant has no standing to raise this objection and/or was waived by testimony at deposition. |
| Gonzalez, Eric | 8/19/2015 | 156:18-157:6 | | | |
| Gonzalez, Eric | 8/19/2015 | 158:4-159:24 | Irrelevant (FRE 401/403) | | Relevant to factors behind phone rates at Facility. |
| Gonzalez, Eric | 8/19/2015 | 165:1-18 | Irrelevant (FRE 401/403); lack of personal knowledge (FRE 602) | | Relevant to showing what types of fees may apply and whether they are necessary or not to the provision of phone service; Witness is familiar with negotiating process for fees and was testifying as 30(b)(6) on behalf of company and not in personal capacity |
| Gonzalez, Eric | 8/19/2015 | 169:21-170:9 | | 169:8-18 | |
| Gonzalez, Eric | 8/19/2015 | 172:18-173:15 | | 172:8-17; 286:9-21 | FRCP 32(a)(6) - Outside of the scope of the designation. |
| Gonzalez, Eric | 8/19/2015 | 173:18-174:8 | Lack of personal knowledge (FRE 602) | 286:9-21 | **RESPONSE TO OBJ.:** Witness was testifying as 30(b)(6) on behalf of company and not in individual capacity; <br><br>FRCP 32(a)(6) - Outside of the scope of the designation. |
| Gonzalez, Eric | 8/19/2015 | 179:7-25 | | 178:5-179:1 | |
| Gonzalez, Eric | 8/19/2015 | 180:3-181:17 | Irrelevant (FRE 401/403) after 180:8 | | Relevant to high phone rates at facility |
| Gonzalez, Eric | 8/19/2015 | 182:8-183:22 | Irrelevant (FRE 401/403) | | Relevant to high phone rates at facility |
| Gonzalez, Eric | 8/19/2015 | 187:8-188:8 | | | |
| Gonzalez, Eric | 8/19/2015 | 192:1-16 | | | |
| Gonzalez, Eric | 8/19/2015 | 192:21-193:12 | Lack of personal knowlede (FRE 602); Irrelevant (FRE 401/403) | | Relevant to high phone rates at facility; Witness was designated as 30(b)(6) and testifying on behalf of company in connection with designated topics and not in personal capacity |
| Gonzalez, Eric | 8/19/2015 | 198:6-199:22 | | | |
| Gonzalez, Eric | 8/19/2015 | 200:10-12 | | | |
| Gonzalez, Eric | 8/19/2015 | 210:3-211:15 | | | |
| Gonzalez, Eric | 8/19/2015 | 212:1-14 | | | |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Gonzalez, Eric | 8/19/2015 | 219:1-220:15 | Irrelevant (FRE 401/403); hearsay (FRE 802) | | Relevant to showing alternative features available; Testimony relates to negotiating process and is not offered to prove truth of the matter asserted |
| Gonzalez, Eric | 8/19/2015 | 224:4-9 | Irrelevant (FRE 401/403) | | Relevant to showing alternative features available, and how RFPs are negotiated, which affects pricing/rates/commissions |
| Gonzalez, Eric | 8/19/2015 | 224:22-226:19 | Irrelevant (FRE 401/403) | | Relevant to showing alternative features available, and how RFPs are negotiated, which affects pricing/rates/commissions |
| Gonzalez, Eric | 8/19/2015 | 237:14-24 | | | |
| Gonzalez, Eric | 8/19/2015 | 249:15-253:12 | | | |
| Gonzalez, Eric | 8/19/2015 | 265:19-266:5 | Hearsay (FRE 802); lack of personal knowledge (FRE 602) | | Not introduced to prove truth of the matter asserted; Witness was designated as 30(b)(6) and testifying on behalf of company in connection with designated topics and not in personal capacity |
| Gonzalez, Eric | 8/19/2015 | 267:3-268:24 | | | |
| Gonzalez, Eric | 8/19/2015 | 269:21-270:18 | | | |
| Gonzalez, Eric | 8/19/2015 | 271:1-8 | | | |
| Gonzalez, Eric | 8/19/2015 | 277:8-278:3 | | | |
| Gonzalez, Eric | 8/19/2015 | 278:7-279:2 | Lack of personal knowlege (FRE 602) | | Witness was designated as 30(b)(6) and testifying on behalf of company in connection with designated topics and not in personal capacity |
| Gonzalez, Eric | 8/19/2015 | 279:24-280:4 | | | |
| Gonzalez, Eric | 8/19/2015 | 280:22-281:5 | | | |
| Gonzalez, Eric | 8/19/2015 | 288:1-289:25 | | | |
| Gonzalez, Eric | 8/19/2015 | 284:22-285:1 | | | |
| Halls, Roberta | 12/2/2014 | 9:3-11:15 | | | |
| Halls, Roberta | 12/2/2014 | 13:4-16:18 | Irrelevant (FRE 401/403) | | Relevant to establish foundation as an ICE employee familiar with phone access policies |
| Halls, Roberta | 12/2/2014 | 17:5-10 | Foundation | | Witness was familiar with the document and established foundation |
| Halls, Roberta | 12/2/2014 | 18:22-19:11 | | | |
| Halls, Roberta | 12/2/2014 | 20:20-21:5 | | | |
| Halls, Roberta | 12/2/2014 | 23:1-24:3 | | | |
| Halls, Roberta | 12/2/2014 | 26:22-27:3 | | | |
| Halls, Roberta | 12/2/2014 | 29:9-14 | | | |
| Halls, Roberta | 12/2/2014 | 29:24-30:7 | | | |
| Halls, Roberta | 12/2/2014 | 34:16-35:2 | | | |
| Halls, Roberta | 12/2/2014 | 35:15-21 | | | |
| Halls, Roberta | 12/2/2014 | 42:8-16 | | | |
| Halls, Roberta | 12/2/2014 | 46:23-47:4 | | | |
| Halls, Roberta | 12/2/2014 | 49:16-51:10 | Irrelevant (FRE 401/403) | | Relevant to potential phone options |
| Halls, Roberta | 12/2/2014 | 51:20-52:1 | | | |
| Halls, Roberta | 12/2/2014 | 55:22-56:9 | | | |
| Halls, Roberta | 12/2/2014 | 56:10-56:24 | Irrelevant (FRE 401/403) | | Relevant to potential phone options |
| Halls, Roberta | 12/2/2014 | 59:15-19 | | | |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Halls, Roberta | 12/2/2014 | 67:24-68:4 | | | |
| Halls, Roberta | 12/2/2014 | 75:1-76:23 | Irrelevant (FRE 401/403) | 74:7-13 | Relevant to potential phone options |
| Halls, Roberta | 12/2/2014 | 78:13-19 | Foundation | | Witness was familiar with the document and established foundation |
| Halls, Roberta | 12/2/2014 | 81:22-23 | Irrelevant (FRE 401/403) | | Relevant to potential phone options |
| Halls, Roberta | 12/2/2014 | 84:7-85:6 | Foundation; Irrelevant (FRE 401/403) | | Relevant to phone standards at ICE facilities; Witness testified as to familiarity with document; Witness was designated as 30(b)(6) and testifying on behalf of company in connection with designated topics and not in personal capacity |
| Halls, Roberta | 12/2/2014 | 85:20-24 | Irrelevant (FRE 401/403) | | Relevant to phone standards at ICE facilities |
| Halls, Roberta | 12/2/2014 | 85:25-86:6 | Irrelevant (FRE 401/403) | | Relevant to phone standards at ICE facilities |
| Halls, Roberta | 12/2/2014 | 86:17-87:4 | Irrelevant (FRE 401/403) | | Relevant to phone standards at ICE facilities |
| Halls, Roberta | 12/2/2014 | 87:20-89:1 | Irrelevant (FRE 401/403) | | Relevant to phone standards at ICE facilities |
| Halls, Roberta | 12/2/2014 | 90:19-91:14 | | | |
| Halls, Roberta | 12/2/2014 | 92:2-6 | | | |
| Halls, Roberta | 12/2/2014 | 96:22-97:14 | | | |
| Halls, Roberta | 12/2/2014 | 105:23-106:15 | | | |
| J.H. | 3/23/2016 | 6:6-8 | Relevance | 27:12-19 | Waived objection by not asserting at deposition, as per agreement between counsel. Relevant to show witness's lack of legal education; 27:20-28:3 should also be designated for completeness. |
| J.H. | 3/23/2016 | 6:19-7:7 | | 7:11-13 | |
| J.H. | 3/23/2016 | 7:14-25 | | 7:11-13 | |
| J.H. | 3/23/2016 | 8:16-18 | | | |
| J.H. | 3/23/2016 | 8:23-9:8 | | 9:9-19; 10:12-17, 80:11-81:5, 81:14-15, 84:16-85:4, 85:12-86:16, Ex. 337, 87:2-5 | Foundation objection for 86:7-8 (see objection at 86:9-10) and 86:12-14, 16-17 (see objection at 86:15, 86:18-23) |
| J.H. | 3/23/2016 | 9:20-10:1 | | 9:9-19; 10:12-17, 80:11-81:5, 81:14-15, 84:16-85:4, 85:12-86:16, Ex. 337, 87:2-5 | Foundation objection for 86:7-8 (see objection at 86:9-10) and 86:12-14, 16-17 (see objection at 86:15, 86:18-23) |
| J.H. | 3/23/2016 | 11:3-7 | | 11:8-21, 102:21-103:25, 104:5-104:11 | 104:12-16 designated for completeness. |
| J.H. | 3/23/2016 | 11:22-12:8 | | 102:21-103:25, 104:5-104:11 | 104:12-16 designated for completeness. |
| J.H. | 3/23/2016 | 12:15-13:2 | | 13:3-5, 72:10-24, 73:12-14, 74:1-76:7, 77:4-11 | Relevance objection for 74:17-76:7 (see objection at 76:8-77:3); Relevance objection for 77:4-11 (see objection at 77:12). |
| J.H. | 3/23/2016 | 13:6-20 | | | |
| J.H. | 3/23/2016 | 14:2-12 | Leading | 13:21-24 | Waived objection by not asserting at deposition. Not leading. |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| J.H. | 3/23/2016 | 14:24-15:15 | | 98:24-99:14, 60:25-61:18, 94:21-95:8, 35:20-25, 92:18-22 | |
| J.H. | 3/23/2016 | 16:1-25 | | 17:1-6, 71:15-73:14, 74:1-76:7, 77:4-11, 11:24-113:8, 113:14-114:8, 20:7-15 | Relevance objection for 74:17-76:7 (see objection at 76:8-77:3); Relevance objection for 77:4-11 (see objection at 77:12). |
| J.H. | 3/23/2016 | 17:25-18:20 | | 17:1-6, 71:15-73:14, 74:1-76:7, 77:4-11, 11:24-113:8, 113:14-114:8, 105:12-23, 106:15-107:5, 20:7-15 | Relevance objection for 74:17-76:7 (see objection at 76:8-77:3); Relevance objection for 77:4-11 (see objection at 77:12); 108:16-22 as redirect testimony. |
| J.H. | 3/23/2016 | 19:2-7 | | 105:12-23, 106:15-107:5 | 108:16-22 as redirect testimony. |
| J.H. | 3/23/2016 | 22:10-20 | | 98:24-99:14, 60:25-61:18, 94:21-95:8, 35:20-25, 59:6-14, 92:18-22 | |
| J.H. | 3/23/2016 | 23:2-3, 6-8 (starting at "Because my…) | Speculation, witness lacks personal knowledge | 23:4-5, 98:24-99:14, 60:25-61:18, 94:21-95:8 | Foundation established at 98:24-99:24 (describing able to reach criminal lawyer offices from the law library phone, but not the housing unit phone). |
| J.H. | 3/23/2016 | 23:10-18 | | 23:19-24, 71:15-73:14, 89:24-91:21, 12:9-14 | 23:25-24:10 designated for completeness. |
| J.H. | 3/23/2016 | 24:8-10 | Relevance | | Waived objection by not asserting at deposition, as per agreement between counsel. Relevant to show ties to country. |
| J.H. | 3/23/2016 | 24:21-25:9 | | 25:12-20, 100:21-101:20, 101:24-102:11, 102:17-21, 126:9-127:10 | 25:21-26:1 designated for completeness. |
| J.H. | 3/23/2016 | 27:2-8 | | 26:18-23; 27:9-19, 72:10-24, 73:12-14, 74:1-76:7, 77:4-11 | Relevance objection for 74:17-76:7 (see objection at 76:8-77:3); Relevance objection for 77:4-11 (see objection at 77:12); 26:24-27:1 and 27:20-28:3 designated for completeness. |
| J.H. | 3/23/2016 | 28:4-12 | Speculation, witness lacks personal knowledge | 28:13-14, 98:24-99:14, 60:25-61:18, 94:21-95:8, 35:20-25, 92:18-22 | Foundation for personal knowledge established at 98:24-99:24 (describing being able to reach criminal lawyer offices from the law library phone, but not the housing unit phone). |
| J.H. | 3/23/2016 | 28:19-29:7 | | 28:16-18, 102:21-103:25, 104:5-11 | 104:12-16 designated for completeness. |
| J.H. | 3/23/2016 | 29:20-30:6 | | | |
| J.H. | 3/23/2016 | 30:22-31:15 | | 102:21-103:25, 104:5-11 | 104:12-16 designated for completeness. |
| J.H. | 3/23/2016 | 31:20-23 | | 31:24-32:4, 102:21-103:25, 104:5-11 | 104:12-16 designated for completeness. |
| J.H. | 3/23/2016 | 32:5-33:14 | | 71:15-73:14, 74:1-76:7, 77:4-11, 111:24-113:8, 113:14-114:8, 106:15-107:5, 89:24-91:21, 12:9-14, 39:18-20, 122:23-123:19 | Relevance objection for 74:17-76:7 (see objection at 76:8-77:3); Relevance objection for 77:4-11 (see objection at 77:12); Foundation objection for 90:14-15 (see objection at 90:16) ; 39:21-24 should be designated for completeness; 108:16-19 designated as redirect testimony. |
| J.H. | 3/23/2016 | 34:5-17 | | | |
| J.H. | 3/23/2016 | 34:22-25 | | | |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| J.H. | 3/23/2016 | 35:5-12 | | 35:1-4, 35:20-25 | |
| J.H. | 3/23/2016 | 36:1-37:7 | | 35:20-25, 13:3-5, 72:10-24, 73:12-14, 74:1-76:7, 77:4-11, 102:21-103:25, 104:5-104:11 | Relevance objection for 74:17-76:7 (see objection at 76:8-77:3); Relevance objection for 77:4-11 (see objection at 77:12); 104:12-16 designated for completeness. |
| J.H. | 3/23/2016 | 38:3-5 | | 38:6-10; 39:18-20, 109:13-22, 115:3-5, 115:20-22, 116:6-117:24 | 39:21-24 and 115:23-116:1 designated for completeness. |
| J.H. | 3/23/2016 | 38:14-17 | | 38:6-10; 39:18-20, 109:13-22, 115:3-5, 115:20-22, 116:6-117:24 | 39:21-24 and 115:23-116:1 designated for completeness. |
| J.H. | 3/23/2016 | 39:4-13 | | 38:6-10; 39:18-20, 109:13-22, 115:3-5, 115:20-22, 116:6-117:24, 111:24-113:8, 113:14-114:8 | 39:21-24 and 115:23-116:1 designated for completeness. |
| J.H. | 3/23/2016 | 39:25-40:21 | | 38:6-10; 39:18-20, 109:13-22, 115:3-5, 115:20-22, 116:6-117:24 | 39:21-24 and 115:23-116:1 designated for completeness. |
| J.H. | 3/23/2016 | 41:22-42:14 | | 60:25-61:18, 12:9-14, 89:24-91:21 | Foundation objection for 90:14-15 (see objection at 90:16). |
| J.H. | 3/23/2016 | 43:12-22 | | 42:15-43:9; 44:6-10, 119:12-120:13, Ex. 338, 120:23-122:11, Ex. 339, 129:19-130:4, 122:23-123:19 | 43:10-11 and 120:14-22 should also be included for completeness |
| J.H. | 3/23/2016 | 44:11-25 | | 42:15-43:9; 44:6-10, 119:12-120:13, Ex. 338, 120:23-122:11, Ex. 339, 129:19-130:4, 122:23-123:19 | 43:10-11 and 120:14-22 for completeness |
| J.H. | 3/23/2016 | 45:3-15 (starting at "How many") | | 42:15-43:9; 44:6-10, 119:12-120:13, Ex. 338, 120:23-122:11, Ex. 339, 129:19-130:4, 122:23-123:19 | 43:10-11 and 120:14-22 for completeness |
| J.H. | 3/23/2016 | 45:24-48:12 (starting at "what is the") | | 27:12-19; 43:3-9; 44:6-10, 119:12-120:13, Ex. 338, 120:23-122:11, Ex. 339, 129:19-130:4, 122:23-123:19, 72:10-24, 73:12-14, 74:1-76:7, 77:4-11, 100:21-101:20, 101:24-102:11, 102:17-20 | 27:20-28:3, 43:10-11, 120:14-22 for completeness;  Relevance objection for 74:17-76:7 (see objection at 76:8-77:3); Relevance objection for 77:4-11 (see objection at 77:12); 101:21-23 should also be designated for completeness. |
| J.H. | 3/23/2016 | 48:20-49:5 | | 89:24-91:21, 12:9-14 | Foundation objection for 90:14-15 (see objection at 90:16). |
| J.H. | 3/23/2016 | 49:11-50:2 | | 111:24-113:8, 113:14-114:8 | |
| J.H. | 3/23/2016 | 50:11-51:24 | | 111:24-113:8, 113:14-114:8, 39:18-20, 109:13-22, 115:3-5, 115:20-22, 116:6-117:24, 52:3-10, 123:24-125:6 | 39:21-24, 115:16-19, and 115:23-116:1 designated for completeness |
| J.H. | 3/23/2016 | 52:3-10 | | | |
| J.H. | 3/23/2016 | 52:14-23 | | 52:3-10, 123:24-125:6 | |
| J.H. | 3/23/2016 | 53:5-54:3 | Speculation, witness lacks personal knowledge | 123:24-125:6 | Foundation established at 53:25-54:3. |
| J.H. | 3/23/2016 | 54:23-55:16 | | | |
| J.H. | 3/23/2016 | 56:5-7 | Relevance | 62:3-13 | Waived objection by not asserting at deposition, as per agreement between counsel. Relevant regarding any assertions by Defendants regarding security risks of permitting detainees to dial telephone themselves. |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| J.H. | 3/23/2016 | 57:7-58:20 | | 58:21-59:2, 60:25-61:18 | 59:3-5 designated for completeness. |
| J.H. | 3/23/2016 | 60:2-6 | | 105:12-23, 106:15-107:5 | 108:16-22 designated as redirect testimony. |
| J.H. | 3/23/2016 | 60:13-24 | | 105:12-23, 106:15-107:5 | 108:16-22 designated as redirect testimony. |
| J.H. | 3/23/2016 | 62:14-22 | Speculation, witness lacks personal knowledge | 62:23-63:3, 123:24-125:6 | Waived objection by not asserting at deposition, as per agreement between counsel. Foundation established at 123:24-124-5. |
| J.H. | 3/23/2016 | 63:4-17 | | 119:12-120:13, Ex. 338, 120:23-122:11, Ex. 339, 129:19-130:4, 122:23-123:19, 42:15-43:9, 44:6-10 | 120:14-22 and 43:10-11 designated for completeness. |
| J.H. | 3/23/2016 | 63:24-64:9 | | 119:12-120:13, Ex. 338, 120:23-122:11, Ex. 339, 129:19-130:4, 122:23-123:19, 42:15-43:9, 44:6-10 | 120:14-22 and 43:10-11 designated for completeness. |
| J.H. | 3/23/2016 | 64:16-65:24 | | 65:25-66:5, 71:15-73:14, 74:1-76:7, 77:4-11, 12:9-14, 89:24-91:21 | Relevance objection for 74:17-76:7 (see objection at 76:8-77:3); Relevance objection for 77:4-11 (see objection at 77:12); Foundation objection for 90:14-15 (see objection at 90:16). |
| J.H. | 3/23/2016 | 70:1-4 | Relevance | | Waived objection by not asserting at deposition, as per agreement between counsel. Relevant to due process rights and removal case against J.H.; shows ties to country. |
| J.H. | 3/23/2016 | 70:10-17 | | | |
| J.H. | 3/23/2016 | 73:15-25 | 73:20-25 -Hearsay as to what his lawyer told him | 71:15-73:14, 74:1-76:7, 77:4-11 | Waived objection by not asserting at deposition, as per agreement between counsel. Not hearsay because not offered for the truth, and goes to J.H.'s state of mind in accepting plea agreement. Relevance objection for 74:17-76:7 (see objection at 76:8-77:3); Relevance objection for 77:4-11 (see objection at 77:12). |
| J.H. | 3/23/2016 | 91:22-92:3 | | 94:7-10 | |
| J.H. | 3/23/2016 | 92:18-93:2 | | 93:3-8, 94:7-10, 60:25-61:18, 94:21-95:8, 35:20-25 | |
| J.H. | 3/23/2016 | 97:16-98:2 | | 105:12-23, 106:15-107:5 | 108:16-22 designated as redirect testimony. |
| J.H. | 3/23/2016 | 98:24-99:7 | | 99:8-14 | |
| J.H. | 3/23/2016 | 99:15-24 | | 99:8-14 | |
| J.H. | 3/23/2016 | 100:14-101:3 | | 101:4-20, 101:24-102:11, 102:17-20 | 101:21-23 designated for completeness |
| J.H. | 3/23/2016 | 102:12-16 | | 101:4-20, 101:24-102:11, 102:17-20 | 101:21-23 designated for completeness |
| J.H. | 3/23/2016 | 103:20-22, 24-25 | | 102:21-103:19, 104:5-11 | 104:12-16 designated for completeness. |
| J.H. | 3/23/2016 | 104:2-4 | | 102:21-103:19, 104:5-11 | 104:12-16 designated for completeness. |
| J.H. | 3/23/2016 | 105:12-106:5 | | 106:15-107:5 | 108:16-22 designated as redirect testimony. |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| J.H. | 3/23/2016 | 108:20-22 | | 106:15-107:5 | 108:16-22 designated as redirect testimony. |
| J.H. | 3/23/2016 | 109:2-12 | | 106:15-107:5 | 108:16-22 designated as redirect testimony. |
| J.H. | 3/23/2016 | 109:23-110:1 | | 110:21-111:3, 111:24-113:8, 113:14-114:8 | |
| J.H. | 3/23/2016 | 110:12-20 | | 110:21-111:3, 111:24-113:8 | |
| J.H. | 3/23/2016 | 111:4-23 | | 110:21-111:3, 111:24-113:8, 113:14-114:8 | |
| J.H. | 3/23/2016 | 119:1-16 and Exh. 338 | | 119:17-120:13 | 120:14-22 designated for completeness. |
| J.H. | 3/23/2016 | 121:15-122:22 and Exh. 339 | | 120:23-121:14, 122:23-123:19, 129:19-130:4, 42:15-43:9, 44:6-10 | 120:14-22 and 43:10-11 designated for completeness. |
| J.H. | 3/23/2016 | 123:24-124:5 | | 123:8-19, 124:6-9, 124:21-125:6 | |
| J.H. | 3/23/2016 | 124:10-20 | | 123:8-19, 124:6-9, 124:21-125:6 | |
| J.H. | 3/23/2016 | 127:11-13 | | 127:14-17 | |
| J.H. | 3/23/2016 | 127:18-129:2 | | 126:11-127:10, 127:14-17 | |
| J.H. | 3/23/2016 | 130:5-7 | | 129:19-130:4, 122:16-19, 122:23-123:19, 42:15-43:9, 44:6-10 | 43:10-11 designated for completeness. |
| Landy, Kevin | 11/19/2014 | 11:19-13:22 | | 95:6-14 | FRE 106 Incomplete designation |
| Landy, Kevin | 11/19/2014 | 8:16-11:13 | | | |
| Landy, Kevin | 11/19/2014 | 14:5-15:5 | | | |
| Landy, Kevin | 11/19/2014 | 16:3-16:8 | | | |
| Landy, Kevin | 11/19/2014 | 25:4-16 | | | |
| Landy, Kevin | 11/19/2014 | 28:4-7 | | | |
| Landy, Kevin | 11/19/2014 | 39:15-41:19 | | | |
| Landy, Kevin | 11/19/2014 | 43:10-44:4 | | | |
| Landy, Kevin | 11/19/2014 | 51:20-53:4 | Irrelevant (FRE 401/403) | 52:4-53:4 | Relevant to phone standards at ICE facilities |
| Landy, Kevin | 11/19/2014 | 53:15-54:12 | Confusing (FRE 403) | 54:13-18 | Relevant to phone standards at ICE facilities; Witness clearly articulated testimony |
| Landy, Kevin | 11/19/2014 | 57:1-12 | | 58:4-59:1; 59:13-60:6; 60:16-61:5 | FRCP 32(a)(6) - Outside of the scope of the designation. |
| Landy, Kevin | 11/19/2014 | 67:12-69:15 | | | |
| Landy, Kevin | 11/19/2014 | 70:7-71:19 | Irrelevant (FRE 401/403) | | Relevant to phone standards at ICE facilities |
| Landy, Kevin | 11/19/2014 | 79:15-20 | Irrelevant (FRE 401/403) | | Relevant to phone standards at ICE facilities |
| Landy, Kevin | 11/19/2014 | 86:15-88:8 | Irrelevant (FRE 401/403) | | Relevant to phone standards at ICE facilities |
| Landy, Kevin | 11/19/2014 | 98:9-102:9 | Irrelevant (FRE 401/403) | | Relevant to relationship between ICE and Facilities |
| Landy, Kevin | 11/19/2014 | 111:18-113:8 | Irrelevant (FRE 401/403) | | Relevant to phone standards and rates |
| Landy, Kevin | 11/19/2014 | 113:9-114:7 | Irrelevant (FRE 401/403); outside scope of R. 30(b)(6) testimony - based on personal knowledge | | Relevant to phone rates; 30(b)(6) witness may testify based on personal knowledge |
| Landy, Kevin | 11/19/2014 | 134:1-136:12 | Irrelevant (FRE 401/403); lack of personal knowledge (FRE 602) | | Related to phone rates; Witness was designated as 30(b)(6) and testifying on behalf of company in connection wtih designated topics and not in personal capacity |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Landy, Kevin | 11/19/2014 | 136:13-137:10 | | 137:11-138:2 | FRCP 32(a)(6) - Outside of the scope of the designation. |
| Landy, Kevin | 11/19/2014 | 138:16-139:6 | Irrelevant (FRE 401/403) | | Relevant to phone standards at facilities; Establishing foundation |
| Landy, Kevin | 11/19/2014 | 139:7-139:15 | Irrelevant (FRE 401/403) | | Relevant to phone standards at facilities; Establishing foundation |
| Landy, Kevin | 11/19/2014 | 139:16-139:22 | Irrelevant (FRE 401/403) | | Relevant to phone standards at facilities; Establishing foundation |
| Landy, Kevin | 11/19/2014 | 140:1-141:4 | Irrelevant (FRE 401/403) | | Relevant to phone standards at facilities |
| Landy, Kevin | 11/19/2014 | 144:6-145:8 | Irrelevant (FRE 401/403) | | Relevant to phone standards at facilities |
| Landy, Kevin | 11/19/2014 | 146:15-148:16 | Irrelevant (FRE 401/403); lack of personal knowledge (FRE 602) | 150:14-22 | Relevant to phone standards at facilities; Witness was designated as 30(b)(6) and testifying on behalf of company in connection with designated topics and not in personal capacity |
| Landy, Kevin | 11/19/2014 | 148:17-149:16 | Irrelevant (FRE 401/403) | 149:17-22 | Relevant to phone standards at facilities |
| Landy, Kevin | 11/19/2014 | 161:21-162:8 | | | |
| Landy, Kevin | 11/19/2014 | 162:9-18 | Irrelevant (FRE 401/403) | | Relevant to Talton Platform and phone rates at facilities |
| Landy, Kevin | 11/19/2014 | 162:19-163:13 | Irrelevant (FRE 401/403) | | Relevant to Talton Platform and phone rates at facilities |
| Landy, Kevin | 11/19/2014 | 171:7-9 | | | |
| Landy, Kevin | 11/19/2014 | 173:22-174:4 | | | |
| Landy, Kevin | 11/19/2014 | 174:16-19 | | | |
| Landy, Kevin | 11/19/2014 | 171:18-172:14 | Lack of personal knowlesge (FRE 602) | 181:12-22 | Witness was designated as 30(b)(6) and testifying on behalf of company in connection with designated topics and not in personal capacity |
| Landy, Kevin | 11/19/2014 | 179:17-181:6 | | 175:10-176:7; 176:17-177:21 | |
| Landy, Kevin | 11/19/2014 | 189:9-192:2 | Lack of personal knowlesge (FRE 602) | | Witness was designated as 30(b)(6) and testifying on behalf of company in connection with designated topics and not in personal capacity |
| Landy, Kevin | 11/19/2014 | 195:3-15 | Irrelevant (FRE 401/403) | 195:22-196:17 | Related to phone and message procedures at facilities |
| Landy, Kevin | 11/19/2014 | 196:22-197:12 | Irrelevant (FRE 401/403) | 195:22-196:17 | Related to phone and message procedures at facilities |
| Landy, Kevin | 11/19/2014 | 198:17-200:10 | Lack of personal knowledge (FRE 602) | 201:12-16 | Witness was designated as 30(b)(6) and testifying on behalf of company in connection with designated topics and not in personal capacity |
| Landy, Kevin | 11/19/2014 | 206:18-207:8 | Irrelevant (FRE 401/403) | | Relevant to phone standards at facilities |
| McDaniel, Kevin | 6/10/2015 | 6:5-7:9 | | | |
| McDaniel, Kevin | 6/10/2015 | 19:11-20:16 | 20:25-21:18 Relevance; 22:11-17 Vaugue | | Relevant to phone standards at facilities; objections to the form of the question are waived unless raised during deposition |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| McDaniel, Kevin | 6/10/2015 | 20:25-22:24 | 20:25-21:18 Relevance; 22:11-17 Vaugue | | Relevant to phone standards at facilities; objections to the form of the question are waived unless raised during deposition |
| McDaniel, Kevin | 6/10/2015 | 24:2-23 | | | |
| McDaniel, Kevin | 6/10/2015 | 24:24-25:6 | FRE 602, Relevance | | Relevant to phone standards |
| McDaniel, Kevin | 6/10/2015 | 25:19-26-13 | FRE 602, Relevance | | 25:19-26:13; Relevant to phone standards |
| McDaniel, Kevin | 6/10/2015 | 27:19-31:23 | | | |
| McDaniel, Kevin | 6/10/2015 | 32:14-36:10 | 35:13-19 Inadmissible hearsay | 38:2-14 | Party admission |
| McDaniel, Kevin | 6/10/2015 | 37:2-38:1 | 37:6-12 Inadmissible hearsay | 36:23-37:1 | Party admission; not offered for ther truth of the matter asserted |
| McDaniel, Kevin | 6/10/2015 | 39:4-44:10 | 41:15-18 Inadmissible hearsay; 41:24-43:6 Vague; 43:17-44:7 Mistates prior testimony | | Party admission; examiner rephrased question after vagueness objeciton and deponent understood and answered; question does not misstate prior testimony |
| McDaniel, Kevin | 6/10/2015 | 47:16-48:18 | | | |
| McDaniel, Kevin | 6/10/2015 | 59:13-62:4 | 59:21-60:5, 60:25-61:4, 61:17-21 Inadmissible hearsay | 58:23-59:12 | 59:21-60:5 - Party admission regarding procedures, not hearsay; 60:25-61:4 & 61:17-21 - Offered to show fact of knowledge and frequency of complaints and not for the truth of the matter asserted |
| McDaniel, Kevin | 6/10/2015 | 64:17-65:16 | 64:22-65:16 Inadmissible hearsay | 123:3-4; 73:11-17; 105:19-106:3; 109:23-110:4 | **RESPONSE TO OBJ.:** Offered to show fact of knowledge and frequency of complaints and not for the truth of the matter asserted; 105:24-106:3; 123:3-4: FRCP 32(a)(6) - Outside of the scope of the designation. |
| McDaniel, Kevin | 6/10/2015 | 74:9-24 | | | |
| McDaniel, Kevin | 6/10/2015 | 75:9-76-25 | | | |
| McDaniel, Kevin | 6/10/2015 | 80:8-13 | | | |
| McDaniel, Kevin | 6/10/2015 | 81:14-87:17 | 81:14-82:2, 83:12-21, 85:11-14 FRE 602, Relevance; 82:3-83:11, 83:22-84:1, 84:17-86:22, 87:12-17 Relevance | 73:11-17; 105:19-106:3 | Relevant to phone standards at facility |
| McDaniel, Kevin | 6/10/2015 | 102:7-104:2 | Relevance | | Relevant to phone policies and practices at facilities |
| McDaniel, Kevin | 6/10/2015 | 110:9-111:10 | 110:9-12, 110:16-18, 111:7-10 FRE 602 | 73:11-17; 105:19-106:3 | **RESPONSE TO OBJ.:** Offered to prove lack of knowledge; FRCP 32(a)(6) - Outside of the scope of the designation. |
| McDaniel, Kevin | 6/10/2015 | 124-5-125:6 | 124:5-12, 124:16-20 Inadmissible hearsay | | Offered to show fact of knowledge and frequency of complaints and lack of consistent implementation of ICE procedures and not for the truth of the matter asserted |
| McDaniel, Kevin | 6/10/2015 | 125:22-127:20 | | | |
| McDaniel, Kevin | 6/10/2015 | 130:2-133:7 | 130:2-9 Inadmissible hearsay | | Offered to show fact of knowledge and frequency of complaints and not for the truth of |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| McDaniel, Kevin | 6/10/2015 | 137:16-140:24 | 138:14-16 Inadmissible hearsay | | Business records exception; public records exception; not offered for truth of matter asserted |
| McDaniel, Kevin | 6/10/2015 | 144:17-146:19 | 144:23-145:3, 145:14-22 Inadmissible hearsay; 143:13-144:8 FRE 602 | | Business Records Exception; Public Records Exception; Offered to show knowledge of detainees' difficulty receiving access to phones and not for the truth of the matter asserted;  fact of knowledge and frequency of complaints and not for the truth of the matter asserted;  143:13-144:8 - Witness testified based on personal knowledge |
| Meyer, Craig | 5/21/2015 | 7:8-10 | | | |
| Meyer, Craig | 5/21/2015 | 12:9-13:24 | | | |
| Meyer, Craig | 5/21/2015 | 14:08-17:19 | | | |
| Meyer, Craig | 5/21/2015 | 18:11-19:11 | | | |
| Meyer, Craig | 5/21/2015 | 21:2-5 | | 21:13-22 | |
| Meyer, Craig | 5/21/2015 | 22:2-23:15 | | 23:16-19 | |
| Meyer, Craig | 5/21/2015 | 27:13-2 | Incomplete designation. Speculation to the extent the designation was intended to include 27:13-27:24 | | 27:13-28:2; Witness testified based on personal knowledge |
| Meyer, Craig | 5/21/2015 | 33:20-34:7 | Relevance, FRE 602 | | Party Admission; offered to show information presented to detainees and not for truth of matter asserted; Offered to show knowledge of ICE procedures and Facilities and not for the truth of the matter asserted; Related to phone policies and practices; Witness testified based on personal knowledge |
| Meyer, Craig | 5/21/2015 | 36:2-6 | Relevance, FRE 602 | | Party Admission; offered to show information presented to detainees and not for truth of matter asserted; Offered to show knowledge of ICE procedures and Facilities and not for the truth of the matter asserted; Related to phone policies and practices; Witness testified based on personal knowledge |
| Meyer, Craig | 5/21/2015 | 38:2-41:5 | Relevance, FRE 602 | | Party Admission; offered to show information presented to detainees and not for truth of matter asserted; Offered to show knowledge of ICE procedures and Facilities and not for the truth of the matter asserted; Related to phone policies and practices; Witness testified based on personal knowledge |
| Meyer, Craig | 5/21/2015 | 43:20-44:16 | | | |
| Meyer, Craig | 5/21/2015 | 44:17-23 | | | |
| Meyer, Craig | 5/21/2015 | 46:9-47:6 | 46:9-15 Relevance | | Establishing foundation |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Meyer, Craig | 5/21/2015 | 48:9-14 | | | |
| Meyer, Craig | 5/21/2015 | 48:15-54:5 | 51:9-23 Inadmissible hearsay; 52:3-53:3 Inadmissible hearsay, FRE 602 | | Offered to show knowledge of ICE procedures and Facilities and not for the truth of the matter asserted; Offered to show knowledge of lack of consistency implementing ICE procedures; topics of discussion with facilities, and not for the truth of the matter asserted; Witness testified based on personal knowledge |
| Meyer, Craig | 5/21/2015 | 55:15-57:9 | 56:22-57:9 Speculation, FRE 602 | | Witness testified based on personal knowledge |
| Meyer, Craig | 5/21/2015 | 58:5-24 | Relevance | | Establishing foundation |
| Meyer, Craig | 5/21/2015 | 60:4-61:11 | 60:22-61:11 Inadmissible hearsay | | Party admission; not offered for truth of the matter asserted, |
| Meyer, Craig | 5/21/2015 | 63:5-18 | | | |
| Meyer, Craig | 5/21/2015 | 66:19-68:17 | | 86:20-87:3 | |
| Meyer, Craig | 5/21/2015 | 69:23-70:21 | 70:16-21 Relevance, FRE 602 | | Related to telephone policies and practices; Witness testified based on personal knowledge |
| Meyer, Craig | 5/21/2015 | 73:8-10 | | | |
| Meyer, Craig | 5/21/2015 | 75:10-14 | | | |
| Meyer, Craig | 5/21/2015 | 75:15-79:8 | 75:21-76:10 Foundation, Standards speak for themselves; 76:11-17 FRE 602, Relevance; 76:22-77:18, 77:25-78:2. 78:8-20 Foundation, Standards speak for themselves | 144:11-24; 145:3-13 | **RESPONSE TO OBJ.:** Witness testimony based on personal knowledge; Related to phone standards<br><br>FRCP 32(a)(6) - Outside of the scope of the designation. |
| Meyer, Craig | 5/21/2015 | 80:3-6 | | | |
| Meyer, Craig | 5/21/2015 | 80:7-83:3 | 80:13-20, 81:3-18, 82:4-16 FRE 602, Relevance | 83:4-8 | Related to phone access; Witness testfied based on personal knowledge |
| Meyer, Craig | 5/21/2015 | 85:15-19 | FRE 602, Relevance | 86:20-87:3 | **RESPONSE TO OBJ.:** Related to phone access; Witness testfied based on personal knowledge;<br><br>FRCP 32(a)(6) - Outside of the scope of the designation. |
| Meyer, Craig | 5/21/2015 | 88:15-89:13 | 88:15-89:5 FRE 602, Relevance | | Related to phone access; Witness testfied based on personal knowledge |
| Meyer, Craig | 5/21/2015 | 94:2-10 | | 89:17-90:5; 90:16-19; 90:24-91:12; 93:13-19 | 89:17-90:5: speculative |
| Meyer, Craig | 5/21/2015 | 95:4-7 | | 89:17-90:5; 90:16-19; 90:24-91:12; 93:13-19 | 89:17-90:5: speculative |
| Meyer, Craig | 5/21/2015 | 98:2-99:12 | | 99:23-100:1 | |
| Meyer, Craig | 5/21/2015 | 100:2-101:17 | 100:2-25 Inadmissible hearsay; 100:23-25 FRE 602, Relevance; 101:8-17 FRE 602, Relevance | 99:23-100:1; 89:17-90:5; 90:16-19; 90:24-91:12; 93:13-19 | **RESPONSE TO OBJ.:** Offered to show knowledge of lack of consistency implementing ICE procedures and not for the truth of the matter asserted; Witness testified based on personal knowledge; Related to phone policies and practices;<br><br>89:17-90:5: speculative |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Meyer, Craig | 5/21/2015 | 101:18-102:14 | 101:18-102:1, 102:5-13 FRE 602, Relevance | | Related to phone access; Witness testfied based on personal knowledge |
| Meyer, Craig | 5/21/2015 | 102:15-102:19 | | | |
| Meyer, Craig | 5/21/2015 | 105:17-19 | | | |
| Meyer, Craig | 5/21/2015 | 106:4-12 | FRE 602, Relevance | | Related to phone access; Witness testfied based on personal knowledge |
| Meyer, Craig | 5/21/2015 | 106:18-107:1 | Objection to the extent this calls for a legal conclusion | 107:2-8 | Witness testified based on personal opinion regarding phone access; privacy of phones does not call for legal conclusion |
| Meyer, Craig | 5/21/2015 | 108:23-109:6 | 109:2-6 FRE 602, Relevance | | Related to phone access; Witness testfied based on personal knowledge |
| Meyer, Craig | 5/21/2015 | 109:19-111:11 | FRE 602, Inadmissible hearsay | 109:7-18; 113:13-114:9 | Party admission; Offered to show knowledge and frequency of complaints and not for the truth of the matter asserted, in the alternative |
| Meyer, Craig | 5/21/2015 | 113:6-12 | Inadmissible hearsay | 113:13-114:9 | Party admission, not hearsay |
| Meyer, Craig | 5/21/2015 | 114:10-21 | | | |
| Meyer, Craig | 5/21/2015 | 115:21-118:9 | 115:25-116:14 FRE 602, Relevance; 116:15-21 Inadmissible hearsay | | Related to phone access; Witness testfied based on personal knowledge; Establishing foundation; Party admission within a party admission, Offered to show lack of consistency implementing ICE procedures and not for the truth of the matter asserted, in the alternative |
| Meyer, Craig | 5/21/2015 | 119:25-120:5 | | | |
| Meyer, Craig | 5/21/2015 | 122:9-125:8 | FRE 602, Inadmissible hearsay | | Offered to show knowledge of lack of consistency implementing ICE procedures and not for the truth of the matter asserted |
| Meyer, Craig | 5/21/2015 | 125:16-128:10 | 125:16-127:18 FRE 602, Inadmissible hearsay; 127:22-24 FRE 602, Relevance | | Offered to show knowledge of lack of consistency implementing ICE procedures and not for the truth of the matter asserted; Witness testified based on personal knowledge; Related to phone access |
| Meyer, Craig | 5/21/2015 | 129:4-18 | Inadmissible hearsay, FRE 602, Relevance | | Party admission; Offered to show knowledge of lack of consistency implementing ICE procedures and not for the truth of the matter asserted; Witness testified based on personal knowledge; Related to phone access |
| Meyer, Craig | 5/21/2015 | 130:14-133:22 | 131:17-133:22 Relevance | 130:10-13 | Related to phone access |
| Meyer, Craig | 5/21/2015 | 134:19-135:5 | | | |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Meyer, Craig | 5/21/2015 | 135:6-137:22 | 135:3-5 FRE 602, Relevance; 136:15-137:12 Inadmissible hearsay, FRE 602, Relevance | 130:10-13 | Related to phone access; Witness testified based on personal knowledge; Establishing foundation; Offered to show knowledge of lack of consistency implementing ICE procedures and not for the truth of the matter asserted |
| Meyer, Craig | 5/21/2015 | 139:8-11 | Relevance | | Related to phone access |
| Meyer, Craig | 5/21/2015 | 141:12-21 | Relevance | | Related to phone access |
| Meyer, Craig | 5/21/2015 | 143:3-11 | FRE 602, Relevance | | Related to phone access; Witness testified based on personal knowledge |
| Meyer, Craig | 5/21/2015 | 146:4-14 | | | |
| Meyer, Craig | 5/21/2015 | 146:15-149:23 | FRE 602, Relevance | | Related to phone rates |
| Meyer, Craig | 5/21/2015 | 149:24-150:25 | FRE 602, Relevance | | Related to phone capabilities |
| Meyer, Craig | 5/21/2015 | 151:1-152:1 | 151:17-152:1 Foundation | | testimony stablishes lack of knowledge |
| Meyer, Craig | 5/21/2015 | 154:12-159:20 | 154:23-156:4, 156:11-20, 159:4-20 FRE 602, Relevance; 157:19-25 Foundation, Assumes facts not in evidence; 158:20-159:3 Inadmissible hearsay | | Offered to show lack of knowledge;  Related to phone access; Party admission , Offered to show knowledge and frequency of complaints and not for the truth of the matter asserted; objections to form of quesiton not raised during deposition are waived |
| Meyer, Craig | 5/21/2015 | 160:3-164:6 | 162:19-163:4 Inadmissible hearsay; 164:2-9, 163:15-164:23 FRE 602, Relevance; 164:19-23 Foundation | | Party admission; Business Record, Public Records Exception; Witness testified based on personal knowledge; Related to phone access; 164:19-23 Offered to establish lack of knowledge |
| Meyer, Craig | 5/21/2015 | 164:25-165:3 | 162:19-163:4 Inadmissible hearsay; 164:2-9, 163:15-164:23 FRE 602, Relevance; 164:19-23 Foundation | | Party admission; Business Record, Public Records Exception; Witness testified based on personal knowledge; Related to phone access; 164:19-23 Offered to establish lack of knowledge |
| Meyer, Craig | 5/21/2015 | 165:4-16 | | | |
| Meyer, Craig | 5/21/2015 | 166:17-25 | | | |
| Meyer, Craig | 5/21/2015 | 167:9-21 | 167:9-21 FRE 602, Relevance, Vague as to time | | Related to phone policies and practices; Offered to establish lack of knowledge |
| Meyer, Craig | 5/21/2015 | 167:22-168:25 | | | |
| Meyer, Craig | 5/21/2015 | 169:3-170:25 | | | |
| Meyer, Craig | 5/21/2015 | 172:2-12 | 172:2-12 Foundation | | Party admission; Witness testified based on personal knowledge; Related to phone standards |
| Meyer, Craig | 5/21/2015 | 178:4-8 | | | |
| Meyer, Craig | 5/21/2015 | 182:21-185:23 | | | |
| Philbin, Brendan | 7/30/2015 | 1:1-25 | | | |
| Philbin, Brendan | 7/30/2015 | 6:1-22 | | | |
| Philbin, Brendan | 7/30/2015 | 9:17-11:19 | | | |
| Philbin, Brendan | 7/30/2015 | 12:1-5 | | 12:6-12 | |
| Philbin, Brendan | 7/30/2015 | 12:15-22 | | | |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Philbin, Brendan | 7/30/2015 | 13:1-5 | | 13:6-17 | |
| Philbin, Brendan | 7/30/2015 | 13:18-22 | | | |
| Philbin, Brendan | 7/30/2015 | 14:24-15:1 | | | |
| Philbin, Brendan | 7/30/2015 | 15:13-21 | | | |
| Philbin, Brendan | 7/30/2015 | 20:16-21:12 | | | |
| Philbin, Brendan | 7/30/2015 | 22:5-15 | Relevance | | Establishes deponent's knowledge about bid process, provision of phone services and phone features |
| Philbin, Brendan | 7/30/2015 | 26:9-24 | Relevance | | Establishes deponent's knowledge about bid process, provision of phone services and phone features/billing alternatives |
| Philbin, Brendan | 7/30/2015 | 40:16-23 | Relevance | | Relevant to the provision of phone services and payment for phone services/rates and commissions. |
| Philbin, Brendan | 7/30/2015 | 41:4-24 | FRE 602, Relevance | | Relevant to the provision of phone services and payment for phone services/rates and commissions. Witness was designated as 30(b)(6) and testifying on behalf of company in connection with designated topics and not in personal capacity |
| Philbin, Brendan | 7/30/2015 | 43:14-44:9 | | | |
| Philbin, Brendan | 7/30/2015 | 49:17-50:7 | Vaugue, Relevance | | Objections to the form of the question waived by failure to raise during deposition; Question is not vague and was understood by witness; testimony is relevant to show feasibility/burden of making changes to phone system/features. |
| Philbin, Brendan | 7/30/2015 | 51:3-52:3 | 51:3-4 Foundation | | Defendants' objection relates to a question and not witness testimony; any objections to the form of the question were waived unless raised during deposition |
| Philbin, Brendan | 7/30/2015 | 53:10-54:3 | | | |
| Philbin, Brendan | 7/30/2015 | 54:15-22 | | | |
| Philbin, Brendan | 7/30/2015 | 55:2-18 | | | |
| Philbin, Brendan | 7/30/2015 | 56:7-57:1 | | | |
| Philbin, Brendan | 7/30/2015 | 71:10-72:1 | | | |
| Philbin, Brendan | 7/30/2015 | 77:7-18 | | | |
| Philbin, Brendan | 7/30/2015 | 77:21-78:12 | 78:5-12 Foundation, FRE 602, Calls for speculation | | Witness was designated as 30(b)(6) and testifying on behalf of company in connection with designated topics and not in personal capacity; objections to the form of the question were waived unless raised during deposition. Witness understood and responded based on his experience in the industry |
| Philbin, Brendan | 7/30/2015 | 78:19-79:5 | | 79:6-80:14 | |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Philbin, Brendan | 7/30/2015 | 81:10-23 | | | |
| Philbin, Brendan | 7/30/2015 | 86:14-24 | | | |
| Philbin, Brendan | 7/30/2015 | 87:1-18 | | | |
| Philbin, Brendan | 7/30/2015 | 91:4-12 | | | |
| Philbin, Brendan | 7/30/2015 | 95:20-96:18 | 95:20 Hearsay | | Not offered for truth of the matter asserted--just providing context and a basis for the question about phone features/limitations |
| Philbin, Brendan | 7/30/2015 | 96:25-97:6 | | | |
| Philbin, Brendan | 7/30/2015 | 98:4-11 | | 99:1-5, 104:3-7 | |
| Philbin, Brendan | 7/30/2015 | 101:11-13 | | | |
| Philbin, Brendan | 7/30/2015 | 102:9-13 | | | |
| Philbin, Brendan | 7/30/2015 | 120:24-121:24 | | | |
| Philbin, Brendan | 7/30/2015 | 123:24-125:15 | 123:24-125:15 Relevance; 124:9-125:10 Foundation, FRE 602 | 126:8-15, 127:20-128:3, 128:14-129:6 | Relevant to showing alternate forms of communication between inmates and counsel. Witness was designated as 30(b)(6) and testifying on behalf of company in connection with designated topics and not in personal capacity. Witness also has personal knowledge of products/services and their advantages/purposes. Counterdesignation should include 125:19-126:6 for completeness and context. |
| Philbin, Brendan | 7/30/2015 | 129:8-130:24 | 130:3-130:24 Foundation, FRE 602, Relevance | | Relevant to showing alternate forms of communication between inmates and counsel. Witness was designated as 30(b)(6) and testifying on behalf of company in connection with designated topics and not in personal capacity. Witness also has personal knowledge of products/services and their advantages/purposes. |
| Philbin, Brendan | 7/30/2015 | 131:21-132:13 | | | |
| Philbin, Brendan | 7/30/2015 | 146:24-148:2 | | | |
| Philbin, Brendan | 7/30/2015 | 165:1-168:3 | | | |
| Philbin, Brendan | 7/30/2015 | 173:6-23 | | | |
| Philbin, Brendan | 7/30/2015 | 195:14-197:8 | 195:14-196:4 Foundation, Relevance; 195:25-196:4 Inadmissible hearsay, Relevance | | Agreement between ICS and Sacramento County to provide inmate phone services is obviously relevant to Plaintiffs' claims; Witness was designated as 30(b)(6) and testifying on behalf of company in connection with designated topics and not in personal capacity.  Witness signed the contract on behalf of ICS. |
| Philbin, Brendan | 7/30/2015 | 201:12-25 | | 200:18-201:10 | |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Philbin, Brendan | 7/30/2015 | 202:15-203:24 | 203:8-24 Foundation, FRE 602, Calls for speculation, Relevance | | Witness testimony (including 202:1-14) establishes foundation. Witness was designated as 30(b)(6) and testifying on behalf of company in connection with designated topics and not in personal capacity. Testimony is relevant to phone rates at facilities; objections to form of question are waived if not raised during deposition |
| Philbin, Brendan | 7/30/2015 | 204:1-22 | | | |
| Philbin, Brendan | 7/30/2015 | 209:13-18 | Relevance | | Relevant to discussing the phone services, functions and features that exist and that may be implemented to the extent they aren't currently implemented |
| Philbin, Brendan | 7/30/2015 | 222:17-223:17 | | | |
| Philbin, Brendan | 7/30/2015 | 235:3-236:12 | 235:8-236:12 Relevance | 208:4-8 | **RESPONSE TO OBJ.:** Directly related to phone rates which are relevant to plaintiffs' allegations about commissions and financial incentives to counties being related to rates, charges and fees; FRCP 32(a)(6) - Outside of the scope of the designation. |
| Philbin, Brendan | 7/30/2015 | 237:23-238:5 | | 238:7-14 | |
| Philbin, Brendan | 7/30/2015 | 238:16-239:11 | | | |
| Philbin, Brendan | 7/30/2015 | 239:13-240:10 | | | |
| Philbin, Brendan | 7/30/2015 | 240:14-24 | Relevance | | Relevant to discussing the phone services, functions and features that exist and that may be implemented to the extent they aren't currently implemented, and any burden associated with them |
| Philbin, Brendan | 7/30/2015 | 241:1-7 | Relevance | | Relevant to discussing the phone services, functions and features that exist and that may be implemented to the extent they aren't currently implemented, and any burden associated with them |
| Philbin, Brendan | 7/30/2015 | 242:11-243:15 | | 243:16-21 | |
| Philbin, Brendan | 7/30/2015 | 246:1-247:21 | | | |
| Talton, Julius | 11/17/2015 | 9:5-10 | | | |
| Talton, Julius | 11/17/2015 | 10:9-25 | | | |
| Talton, Julius | 11/17/2015 | 11:6-12:15 | | | |
| Talton, Julius | 11/17/2015 | 13:18-14:4 | | | |
| Talton, Julius | 11/17/2015 | 15:8-17 | | | |
| Talton, Julius | 11/17/2015 | 17:13-18:18 | | | |
| Talton, Julius | 11/17/2015 | 22:19-24:11 | | 24:12-16 | |
| Talton, Julius | 11/17/2015 | 38:4-39:7 | | | |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Talton, Julius | 11/17/2015 | 42:5-44:5 | | 64:13-65:20; 67:23-68:19 | FRCP 32(a)(6) - Outside of the scope of the designation; 64:13-65:20: speculative; 67:23-68:19 incomplete designation (FRE 106); misleading (FRE 403); improper lay opinion (FRE 701). |
| Talton, Julius | 11/17/2015 | 45:2-21 | | | |
| Talton, Julius | 11/17/2015 | 62:18-23 | | | |
| Talton, Julius | 11/17/2015 | 63:11-23 | | | |
| Talton, Julius | 11/17/2015 | 86:16-90::6 | | | |
| Talton, Julius | 11/17/2015 | 112:7-113:25 | | | |
| Talton, Julius | 11/17/2015 | 114:19-22 | | | |
| Talton, Julius | 11/17/2015 | 116:19-117:23 | | | |
| Talton, Julius | 11/17/2015 | 142:2-143:7 | Relevance | | Cited testimony relates to in part to the operation of the free call platform |
| Talton, Julius | 11/17/2015 | 180:2-183:7 | | | |
| Talton, Julius | 11/17/2015 | 187:22-190:7 | | | |
| Talton, Julius | 11/17/2015 | 193:18-194:3 | Relevance | | Cited testimony relates in part to operation of the free call platform, the cost of phone calls in detention, and the affect commissions have on that cost |
| Talton, Julius | 11/17/2015 | 194:23-198:6 | Relevance | | Cited testimony relates in part to operation of the free call platform, the cost of phone calls in detention, and the affect commissions have on that cost |
| Talton, Julius | 11/17/2015 | 199:5-200:11 | Relevance | | Cited testimony relates in part to operation of the free call platform, the cost of phone calls in detention, and the affect commissions have on that cost |
| Talton, Julius | 11/17/2015 | 201:2-21 | Relevance | | Cited testimony relates in part to operation of the free call platform, the cost of phone calls in detention, and the affect commissions have on that cost |
| Talton, Julius | 11/17/2015 | 202:13-10 | Relevance | | Cited testimony relates in part to operation of the free call platform, the cost of phone calls in detention, and the affect commissions have on that cost |
| Talton, Julius | 11/17/2015 | 203:11-205:7 | Relevance | | Cited testimony relates in part to operation of the free call platform, the cost of phone calls in detention, and the affect commissions have on that cost |
| Talton, Julius | 11/17/2015 | 205:19-206:21 | Relevance | | Cited testimony relates to in part to the cost of calls in detention, which is a fact at issue in this case |
| Talton, Julius | 11/17/2015 | 207:4-208:25 | Relevance | | Cited testimony relates to in part to the cost of calls in detention and the state of repair of the phones |
| Talton, Julius | 11/17/2015 | 210:15-213:3 | Relevance | | Cited testimony relates to in part to the cost of calls in detention |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Talton, Julius | 11/17/2015 | 213:10-21 | Relevance | | Cited testimony relates to in part to the affect commissions have on the cost of calls in detention |
| Trinidad, John | 6/25/2015 | 11:17-12:4 | | | |
| Trinidad, John | 6/25/2015 | 25:12-26:11 | 26:9-11:Relevance FRE 401/403 (incomplete designation; CAP Supervisor undefined; no apparent relationship to issues relevant to lawsuit) | | Deponent's background is relevant to provide foundation for subsequent testimony. If testimony is incomplete, Defendants should counter-designate. Plaintiffs agree to expand designation to 26:15 |
| Trinidad, John | 6/25/2015 | 30:24-31:15 | | 31:20-33:5; 35:20-36:5; 63:15-64:13; 64:24-66:8; 69:3-14 | 31:20-33:5: lacks foundation, speculative (FRE 602); 35:20-36:5: relevance (FRE 401/403), incomplete designation (FRE 106); 65:17-66:8, 69:3-14: FRCP 32(a)(6) - Outside of the scope of the designation, relevance (FRE401/403) |
| Trinidad, John | 6/25/2015 | 33:22-34:21 | | 31:20-33:5; 35:20-36:5; 63:15-64:13; 64:24-66:8; 69:3-14 | 31:20-33:5: lacks foundation, speculative (FRE 602); 35:20-36:5: relevance (FRE 401/403), incomplete designation (FRE 106); 65:17-66:8, 69:3-14: FRCP 32(a)(6) - Outside of the scope of the designation, relevance (FRE401/403) |
| Trinidad, John | 6/25/2015 | 41:3-46:3 | 42:2: Relevance FRE 401/403 (relates to property access rather than telephone access; no apparent relationship to claims alleged); 42:3-43:19: Relevance FRE 401/403 (property access prior to class period does not relate to telephone access in detention; Foundation FRE 602 (witness lacks personal knowledge as to booking practices during time frame); 43:20-46:3: Relevance FRE 401/403 (relates to property access rather than telephone access; no apparent relationship to claims alleged) | 38:17-25 | 41:14-42:2 - Cited testimony is relevant to access to property in order to get "phone number[s]," 42:3-43:19 - Deponent was asked "Is there a process," i.e., present-tense, and deponent testified as to present process; Witness based his testimony on personal knowledge and experience 43:20-46:3 - Cited testimony is relevant to access to property in order to get phone numbers. |
| Trinidad, John | 6/25/2015 | 46:5-47:3 | | 47:4-12 | |
| Trinidad, John | 6/25/2015 | 50:21-54:13 | 52:13-53:25: FRE 602 (goes beyond scope of witness's personal knowledge) | 31:20-33:5; 35:20-36:5; 63:15-64:13; 64:24-66:8; 69:3-14 | **RESPONSE TO OBJ.:** Witness testified based on personal knowledge; 31:20-33:5: lacks foundation, speculative (FRE 602), FRCP 32(a)(6) - Outside of the scope of the designation; 35:20-36:5: relevance (FRE 401/403), incomplete designation (FRE 106), FRCP 32(a)(6) - Outside of the scope of the designation; 65:17-66:8, 69:3-14: FRCP 32(a)(6) - Outside of the scope of the designation, relevance (FRE401/403) |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Trinidad, John | 6/25/2015 | 54:17-55:14 | Relevance FRE 401/403 (training does not have bearing on any relevant issue; unduly prejudicial) | | FRE 401:  The referenced training relates to "detention standards," which include phone-access standards; No basis for undue prejudice objection as testimony is highly relevant to Plaintiffs' claims |
| Trinidad, John | 6/25/2015 | 55:15-58:22 | 57:16-58:22: Relevance FRE 401/403 (does not have bearing on any relevant issue; unduly prejudicial) | | FRE 401:  The referenced training relates in part to jail operations and phone access; No basis for undue prejudice objection as testimony is highly relevant to Plaintiffs' claims |
| Trinidad, John | 6/25/2015 | 59:24-60:15 | Relevance FRE 401/403 (does not have any bearing on any relevant issue; unduly prejudicial) | | FRE 401:  The referenced training relates in part to jail operations and phone access; No basis for undue prejudice objection as testimony is highly relevant to Plaintiffs' claims; offered to show lack of knowledge |
| Trinidad, John | 6/25/2015 | 61:12-62:5 | FRE 602 (lack of personal knowledge); Relvance FRE 401/403 (does not have any bearing on any relevant issue; unduly prejudicial) | | FRE 401:  Relevant to showing deponent's knowledge of telephone access standards; No basis for undue prejudice objection as testimony is highly relevant to Plaintiffs' claims FRE 602: deponent testified based on personal knowledge; offered to show lack of knowledge |
| Trinidad, John | 6/25/2015 | 69:24-71:8 | 70:10-21, 71:5-7: Relevance FRE 401/403 (no information about telephone access conditions; unduly prejudicial) | | Relevant to show knowledge of jail operations and phone access; No basis for undue prejudice objection as testimony is highly relevant to Plaintiffs' claims; offered to show lack of knowledge |
| Trinidad, John | 6/25/2015 | 73:7-23 | 73:7-16: Relevance FRE 401/403 (no information about telephone access conditions; unduly prjeudicial) | | Relevant to show deponent's understanding of detainees; no basis for undue prejudice as testimony is highly relevant to Plaintiffs' claims; offered to show lack of knowledge |
| Trinidad, John | 6/25/2015 | 74:8-75:14 | | | |
| Trinidad, John | 6/25/2015 | 81:24-82:13 | 82:9-13: FRE 602 (lack of personal knowledge/calls for speculation) | 89:12-90:1 | Witness testified based on personal knowledge; offered to show lack of knowledge Outside the scope of original designation |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Trinidad, John | 6/25/2015 | 87:1-88:9 | 87:1-6: Relevance FRE 401/403 (incomplete designation/lack of context); 87:23-88:9: FRE 602/701 (lack of personal knowledge; improper lay opinion) | 86:16-25; 89:12-90:1 | Agree to expand designation to 86:16-88:9; FRE 401/403 - Relevant to show witness's understanding of the phones in the facility; FRE 602/701 - Witness testified based on personal knowledge; offered to show lack of knowledge 89:12-90:1: Outside the scope of original designation |
| Trinidad, John | 6/25/2015 | 94:13-23 | 94:13-16: Relevance FRE 401/403 (incomplete designation/no indication of which housing unit phone referring to) | 94:2-6 | Agree to expand designation to 94:2-23; relevant to show witness's understanding of physical phone access |
| Trinidad, John | 6/25/2015 | 98:3-100:10 | 98:3-99:10: FRE 602 (witness lacks personal knowledge regarding precise practices regarding use of phones); Relevance FRE 401/403 (incomplete designation; no explanation of housing unit) 99:14-100:2: FRE 403 (object to characterization as "such a restrictive setting"; legal argument and unduly prejudicial) | 97:13-21 | Witness testified based on personal knowledge; offered to show lack of knowledge; relevant to show witness's understanding of physical phone access |
| Trinidad, John | 6/25/2015 | 103:9-104:1 | Relevance FRE 401/403 (lacks context; no explanation of housing unit); 103:9-13: FRE 602 (witness lacks knowledge of schedule) | 102:15-19; 103:5-8; 104:5-8 | Agree to expand designation; relevant to show witness's understanding of physical phone access; Witness testified based on personal knowledge; offered to show lack of knowledge |
| Trinidad, John | 6/25/2015 | 109:20-111:2 | 109:20-111:2: Relevance FRE 401/403 (named Plaintiffs lack standing to raise claims regarding notice to detainees who do not speak English or Spanish) | 109:5-8 | Relevant to show phone access and accommodation for non-English/Spanish class members Lack of foundation (FRE 602); FRCP 32(a)(6) - Outside of the scope of the designation |
| Trinidad, John | 6/25/2015 | 111:3-25 | 111:3-21: FRE 602 (witness lacks knowledge regarding topics of questioning); Relevance FRE 401/403 (witness's knowledge is not relevant to claims/unduly prejudicial) | | Relevant to showing deponent's knowledge of phone capabilities and issues; No basis for undue prejudice objection as testimony is highly relevant to Plaintiffs' claims; Witness testified based on personal knowledge; offered to show lack of knowledge |
| | | 113:2-114:2 | FRE 602 (witness lacks knowledge regarding topics of questioning); Relevance FRE 401/403 (witness's knowledge is not relevant to claims/unduly prejudicial) | | Relevant to showing deponent's knowledge of phone capabilities and issues; No basis for undue prejudice objection as testimony is highly relevant to Plaintiffs' claims; Deponent responded based on his personal knowledge; testimony speaks for itself |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Trinidad, John | 6/25/2015 | 117:19-119:21 | 119:4-21: FRE 602 (witness lacks knowledge regarding topics of questioning); Relevance FRE 401/403 (witness's knowledge is not relevant to claims/unduly prejudicial) | 116:7-12; 121:7-122:13 | Relevant to showing deponent's knowledge of phone capabilities and issues; No basis for undue prejudice objection as testimony is highly relevant to Plaintiffs' claims; Witness testified based on personal knowledge; offered to show lack of knowledge |
| Trinidad, John | 6/25/2015 | 121:9-16 | 121:9-13: Relevance FRE 401/403 (witness's training on phone rooms is not relevant to claims/unduly prejudicial) 121:13-16: FRE 602 (witness lacks knowledge regarding topics of questioning); Relevance FRE 401/403 (witness's knowledge is not relevant to claims/unduly prejudicial) | 121:7-122:13 | 121:9-13: relevant to show defendants addressing phone access issues; 121:13-16: Witness testified based on personal knowledge; offered to show lack of knowledge; relevant to show understanding of phone access |
| Trinidad, John | 6/25/2015 | 123:15-125:6 | 123:19-125:6: Relevance FRE 401/403 (named Plaintiffs lack standing to raise claims regarding notice or access to detainees who do not speak English or Spanish or who are hearing impaired). 123:15-5: FRE 602 (witness lacks knowledge regarding topics of questioning); Relevance FRE 401/403 (witness's knowledge is not relevant to claims/unduly prejudicial) | | 123:19-25 : FRE 401/403 - Relevant to show phone access and accommodation for non-English/Spanish class members Assume this should be 123:15-25: Witness testified based on personal knowledge; offered to show lack of knowledge; relevant to show understanding of phone access in facility; no basis for undue prejudice as testimony highly relevant to Plaintiffs' claims; offered to show lack of knowledge |
| Trinidad, John | 6/25/2015 | 126:7-127:16 | 127:2-16: FRE 602 (witness lacks knowledge regarding topics of questioning); Relevance FRE 401/403 (witness's knowledge is not relevant to claims/unduly prejudicial) | | Relevant to showing responses to phone access issues; No basis for undue prejudice objection as testimony is highly relevant to Plaintiffs' claims; Witness testified based on personal knowledge; offered to show lack of knowledge |
| Trinidad, John | 6/25/2015 | 127:21-131:22 | | | |
| Trinidad, John | 6/25/2015 | 132:24-133:6 | | 133:7-15 | |
| Trinidad, John | 6/25/2015 | 139:15-141:7 | | | |
| Trinidad, John | 6/25/2015 | 142:3-11 | | | |
| Trinidad, John | 6/25/2015 | 143:3-146:11 | Object to Ex. 102 under FRE 602/FRE 901 to extent includes forms not completed/authored by witness. | | Business Records Exception; Public Records Exception; used for demonstrative purposes; no personal knowledge needed |
| Trinidad, John | 6/25/2015 | 147:15-148:21 | 147:15-21: FRE 602 (witness lacks knowledge regarding topics of questioning); Relevance FRE 401/403 (witness's knowledge is not relevant to claims/unduly prejudicial) | | Relevant to showing understanding of phone access issues; No basis for undue prejudice objection as testimony is highly relevant to Plaintiffs' claims; Witness testified based on personal knowledge; offered to show lack of knowledge |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Trinidad, John | 6/25/2015 | 153:22-156:1 | 153:24-154:6: Relevance 401 (attorney colloquy) | | Included for ease of designation. Standalone designation to 153:22-23 and 154:7-156:1 is not as clear |
| Trinidad, John | 6/25/2015 | 158:14-159:13 | FRE 602 (witness lacks knowledge regarding topics of questioning); Relevance FRE 401/403 (witness's knowledge is not relevant to claims/unduly prejudicial). 159:4-13: FRE 701 & FRE 401/403 (improper hypothetical/improper lay opinion) | 160:12-15 | Relevant to showing understanding of phone access issues; No basis for undue prejudice objection as testimony is highly relevant to Plaintiffs' claims; Witness testified based on personal knowledge; offered to show lack of knowledge |
| Trinidad, John | 6/25/2015 | 161:17-162:7 | FRE 602 (witness lacks knowledge regarding topics of questioning); Relevance FRE 401/403 (witness's experience+C728 is not relevant to claims/unduly prejudicial). | | Relevant to showing understanding of phone access issues; No basis for undue prejudice objection as testimony is highly relevant to Plaintiffs' claims; Witness testified based on personal knowledge; offered to show lack of knowledge |
| Trinidad, John | 6/25/2015 | 173:9-174:10 | 173:9-19: Hearsay FRE 802 (references document not in evidence for truth of the matter asserted regarding apparent grievance); FRE 602 (witness lacks personal knowledge regarding apparent grievance) Ex 103 - Hearsay. | | FRE 802 - not offered for the truth of the matter asserted but to show witness's and defendants' state of mind regarding apparent grievance; FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge |
| Trinidad, John | 6/25/2015 | 177:20-178:25 | 173:9-19: Hearsay FRE 802 (references document not in evidence for truth of the matter asserted regarding apparent grievances); FRE 602 (witness lacks personal knowledge regarding apparent grievances) Ex 103 - Hearsay. | | Assume "173:9-19" is just carryover from previous objection. FRE 802 - not offered for the truth of the matter asserted in the grievances but to show witness's and defendants' state of mind regarding apparent grievances; FRE 602 - testimony speaks for itself; Witness testified based on personal knowledge; offered to show lack of knowledge |
| Trinidad, John | 6/25/2015 | 186:3-10 | | | |
| Trinidad, John | 6/25/2015 | 187:10-11 | | | |
| Trinidad, John | 6/25/2015 | 189:2-6 | | | |
| Trinidad, John | 6/25/2015 | 191:3-13 | | 190:13-191:2; 192:1-25 | |
| Trinidad, John | 6/25/2015 | 193:3-12 | FRE 602, Relevance | 190:13-191:2; 210:24-211:12 | FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show responses to changes to policies and procedures<br><br>210:24-211:12: FRCP 32(a)(6) - Outside of the scope of the designation, lack of foundation, speculation (FRE 602) |
| Trinidad, John | 6/25/2015 | 196:15-197:20 | | 196:8-14; 197:21-25 | |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Trinidad, John | 6/25/2015 | 200:9-24 | FRE 602, Relevance | | FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show responses to changes to policies and procedures |
| Trinidad, John | 6/25/2015 | 201:19-24 | | | |
| Trinidad, John | 6/25/2015 | 202:13-204:10 | 202:13-21 Foundation, FRE 602, Relevance; 203:21-23 Inadmissible hearsay; 204:3-10 Foundation, Calls for speculation, Inadmissible hearsay | | Exhibit 106 not offered into evidence; FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; relevant to show witness's state of mind as to visitation responsibilities.  Hearsay - document not offered for the truth but rather to show defendants' state of mind on receiving such complaints |
| Trinidad, John | 6/25/2015 | 204:13-205:25 | 204:13-205:25 Foundation, FRE 602; 205:1-7 Inadmissible hearsay | | Business Records Exception; Public Records Exception; offered to show defendants' state of mind as to grievances received; ; FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge |
| Trinidad, John | 6/25/2015 | 208:21-25 | FRE 602, Relevance | | FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show defendants' understanding of phone access |
| Trinidad, John | 6/25/2015 | 209:14-210:9 | 209:22-25, 210:6-9 FRE 602, Relevance; 210:1-9 Relevance | | FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show defendants' understanding of phone access |
| Trinidad, John | 6/25/2015 | 210:14-23 | FRE 602, Relevance | | FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show defendants' understanding of phone access |
| Trinidad, John | 6/25/2015 | 211:18-21 | | | |
| Trinidad, John | 6/25/2015 | 213:8-214:15 | 214:12-15 Foundation, Assumes facts not in evidence, Calls for speculation | | FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show defendants' understanding of phone access |
| Trinidad, John | 6/25/2015 | 216:1-11 | FRE 602, Relevance | | FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show defendants' understanding of phone access |
| Trinidad, John | 6/25/2015 | 216:25-218:19 | | 219:8-13 | |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Trinidad, John | 6/25/2015 | 221:2-222:16 | 221:14-25 Foundation, FRE 602, Relevance | | FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show defendants' understanding of phone access |
| Trinidad, John | 6/25/2015 | 222:19-223:20 | 222:24-223:20 Foundation, FRE 602, Relevance | | FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show defendants' understanding of phone access |
| Trinidad, John | 6/25/2015 | 225:21-226:19 | 225:21 - 226:6 Foundation, FRE 602, Relevance | | FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show defendants' understanding of phone access |
| Trinidad, John | 6/25/2015 | 227:9-24 | 227:9-16 FRE 602, Relevance | | FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show defendants' understanding of phone access |
| Trinidad, John | 6/25/2015 | 228:7-12 | | 228:3-6 | |
| Trinidad, John | 6/25/2015 | 231:4-232:4 | | | |
| Trinidad, John | 6/25/2015 | 233:15-235:8 | 234:2-18 FRE 602, Calls for speculation | | FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show defendants' understanding of phone access |
| Trinidad, John | 6/25/2015 | 235:20-236:3 | 235:5-8 FRE 602, Relevance | | FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show defendants' understanding of phone access |
| Trinidad, John | 6/25/2015 | 236:20-238:5 | 237:9-13 Inadmissible hearsay; 237:22-238:1 FRE 602, Relevance | | Business Records Exception; Public Records Exception; not offered for the truth of the matter but to show defendants' state of mind. Witness was clearly familiar with the document or similar documents; FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show defendants' understanding of phone access |
| Trinidad, John | 6/25/2015 | 238:12-19 | | | |
| Trinidad, John | 6/25/2015 | 239:7-240:6 | 239:7-17 Foundation, Assumes facts not in evidence, Calls for speculation; 239:25-240:6 Relevance; 240:3-6 FRE 602, Relevance | | FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show defendants' understanding of phone access |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Trinidad, John | 6/25/2015 | 240:23-242:10 | 240:23-242:5 Foundation, FRE 602, Calls for speculation; 241:7-11 Inadmissible hearsay | | Business Records Exception; Public Records Exception; not offered for the truth of the matter but to show defendants' state of mind. Witness was clearly familiar with the document or similar documents; FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show defendants' understanding of phone access |
| Trinidad, John | 6/25/2015 | 242:13-245:10 | 242:22-243:2, 243:11-16 Inadmissible hearsay; 243:7-244:4 FRE 602, Relevance; 244:5- 244:21 Foundation, Calls for Speculation; 244:23-245:10 Foundation | | Business Records Exception; Public Records Exception; not offered for the truth of the matter but to show defendants' state of mind. Witness was clearly familiar with the document or similar documents; FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show defendants' understanding of phone access |
| Trinidad, John | 6/25/2015 | 248:21-249:15 | 249:4-15 Inadmissible hearsay, FRE 602, Relevance | | Business Records Exception; Public Records Exception; not offered for the truth of the matter but to show defendants' state of mind. Witness was clearly familiar with the document or similar documents; FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show defendants' understanding of phone access |
| Trinidad, John | 6/25/2015 | 251:9-252:12 | FRE 602, Relevance | | FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show defendants' understanding of phone access |
| Trinidad, John | 6/25/2015 | 257:13-258:4 | FRE 602, Relevance | | FRE 602 - Witness testified based on personal knowledge; offered to show lack of knowledge; Relevant to show defendants' understanding of phone access |
| V.V. | 7/30/2015 | 10:12-11:4 | Relevance re: 10:12-10:24 | | Testimony is necessary for completeness (FRE 106). |
| V.V. | 7/30/2015 | 23:12-21 | | 26:18-27:9; 55:11-56:1 | Relevance, unduly prejudicial (FRE 401/403); 55:11-56:1: FRCP 32(a)(6) - Outside of the scope of the designation |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| V.V. | 7/30/2015 | 35:5-7 | Relevance - conditions of phones a Dublin prison not at issue | 26:18-27:9 | **RESPONSE TO OBJ.:** Offered to show other types of phone access and possible accommodations and alternatives; Relevance, unduly prejudicial (FRE 401/403), FRCP 32(a)(6) - Outside of the scope of the designation |
| V.V. | 7/30/2015 | 39:17-40:1 | | 33:9-34:4; 36:15-37:2; 38:18-25; 39:8-16; 41:18-42:21; 43:7-25; 44:18-45:3 | |
| V.V. | 7/30/2015 | 40:10-18 | | | |
| V.V. | 7/30/2015 | 49:11-18 | | 49:7-10, 49:19-24; 50:4-51:9; 51:17-52:13 | |
| V.V. | 7/30/2015 | 61:11-63:1 | Hearsay re: 62:21-63:1 | 41:18-42:21; 43:7-25; 44:18-45:3; 50:4-51:9; 51:17-52:13; 59:1-61:10 | Offered not for the truth but to show V.V.'s state of mind |
| V.V. | 7/30/2015 | 66:5-14 | | 66:17-67:1 | Lack of foundation |
| V.V. | 7/30/2015 | 82:19-85:2 | | 90:7-22; 113:13-19 | |
| V.V. | 7/30/2015 | 87:5-21 | | 41:8-42:21; 43:7-25; 44:18-45:3; 87:22-24 | |
| V.V. | 7/30/2015 | 92:15-93:14 | | 92:4-14 | |
| V.V. | 7/30/2015 | 95:19-96:10 | | 94:2-95:18 | |
| V.V. | 7/30/2015 | 100:3-7 | | | |
| V.V. | 7/30/2015 | 101:17-102:3 | | 101:4-16; 113:13-19 | |
| V.V. | 7/30/2015 | 107:2-8 | | 107:9-18 | |
| V.V. | 7/30/2015 | 107:19-108:20 | | | |
| V.V. | 7/30/2015 | 108:21-110:19 | | 56:19-57:4 | FRCP 32(a)(6) - Outside of the scope of the designation |
| V.V. | 7/30/2015 | 110:20-111:8 | | | |
| V.V. | 7/30/2015 | 122:11-123:17 | Hearsay re: 122:19-21; | 56:25-57:4; 123:18-125:22; 157:12-21 | Testimony is necessary for completeness (FRE 106), and is not being offered for the truth of the matter asserted.  Testimony provides context as to the deponent's admissible answer concerning her personal experience, 123:8-14.  Propose 122:11-125:22, which encompasses both. 56:25-57:4: FRCP 32(a)(6) - Outside of the scope of the designation |
| V.V. | 7/30/2015 | 126:7-19 | | 126:20-127:3 | Okay. |
| V.V. | 7/30/2015 | 128:3-16 | Hearsay at 128:6 ("My class members, yes.") | 128:17-20 | Testimony is necessary for completeness (FRE 106). |
| V.V. | 7/30/2015 | 139:25-144:21 | | | |
| V.V. | 7/30/2015 | 154:3-154:18 | Hearsay at 154:6-18 | | Testimony as to witness's observations (154:13-20) is not hearsay; offered to show V.V.'s state of mind; testimony is necessary for completeness (FRE 106). |
| Vaughn, Michael | 2/18/2015 | 11:5-30:19 | | 137:5-18; 168:2-15 | 168:2-15:  incomplete (FRE 401/403) |
| Vaughn, Michael | 2/18/2015 | 30:21-31:14 | | 81:11-19; 168:2-15; 168:20-169:1; 218:19-219:14 | FRCP 32(a)(6) - Outside of the scope of the designation; 168:2-15: incomplete (FRE 401/403) |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Vaughn, Michael | 2/18/2015 | 33:14-34:1 | 33:14-17 Foundation, Assumes facts not in evidence | | Witness testified based on personal knowledge; Objections to form of question waived if not raised during deposition |
| Vaughn, Michael | 2/18/2015 | 39:14-22 | | | |
| Vaughn, Michael | 2/18/2015 | 39:23-40:14 | | 31:20-32:12 | |
| Vaughn, Michael | 2/18/2015 | 45:24-46:4 | 45:24-46:4 FRE 602, Relevance | | Related to Defendants' efforts to comply with detention standards |
| Vaughn, Michael | 2/18/2015 | 50:19-51:8 | Foundation, Relevance | | Witness identifies document; Relevant to establish foundation for document |
| Vaughn, Michael | 2/18/2015 | 55:5-22 | 55:5-11 Foundation; 55:5-22 Relevance; 55:13-22 Inadmissible hearsay | | Witness testified based on personal knowledge; Related to detainee phone access; Party admission, not hearsay. |
| Vaughn, Michael | 2/18/2015 | 57:16-59:9 | 57:16-59:9 Relevance; 58:9-16, 58:23-24, 59:4-6 Inadmissible hearsay, Document speaks for itself | | Party admission relevant to show ICE compliance with telephone standards |
| Vaughn, Michael | 2/18/2015 | 62:22-65:6 | 62:22-63:5 Foundation, Calls for speculation, Argumentative; 64:22-25 Mistates prior testimony | 65:14-18; 66:14-17; 81:11-19; 168:2-15; 168:20-169:1; 218:19-219:14 | **RESPONSE TO OBJ.:** Witness testified based on personal knowledge; Objections to form of question waived if not raised during deposition; 81:11-19; 168:2-15; 168:20-169:1; 218:19-219:14: FRCP 32(a)(6) - Outside of the scope of the designation; 168:2-15:  incomplete (FRE 401/403) |
| Vaughn, Michael | 2/18/2015 | 66:23-67:9 | FRE 602, Calls for speculation, Relevance | | Witness testifying based on personal knowledge; Objections to form of question waived if not raised during deposition |
| Vaughn, Michael | 2/18/2015 | 71:15-72:3 | Foundation, FRE 602, Assumes facts not in evidence | | Witness testified based on personal knowledge |
| Vaughn, Michael | 2/18/2015 | 72:16-73:4 | 72:16-22 FRE 602, Relevance; 72:23-73:4 Vague as to time period | | Witness testifying based on personal knowledge |
| Vaughn, Michael | 2/18/2015 | 73:13-74:7 | 73:13-74:2 Foundation, Vaugue | 137:5-18; 168:2-15 | Witness testifying based on personal knowledge 168:2-15: Incomplete designation (FRE 401/403) |
| Vaughn, Michael | 2/18/2015 | 75:21-76:5 | FRE 602, Standards speak for themselves | | Witness testifying based on personal knowledge |
| Vaughn, Michael | 2/18/2015 | 80:17-81:6 | FRE 602, Relevance | | Witness testifying based on personal knowledge; Related to ICE phone standards |
| Vaughn, Michael | 2/18/2015 | 83:23-84:1 | | | |
| Vaughn, Michael | 2/18/2015 | 84:2-5 | FRE 602, Relevance | | Offered to show lack of knowledge; Related to phone cost and policies |
| Vaughn, Michael | 2/18/2015 | 86:9-89:14 | 87:23-25 Hearsay, Document speaks for itself; 89:7-11 Inadmissible hearsay | 81:11-19; 168:2-15 | Party admission; Business record; Party admission |
| Vaughn, Michael | 2/18/2015 | 103:5-104:17 | 104:5-17 Relevance | | Related to ICE phone standards |
| Vaughn, Michael | 2/18/2015 | 105:5-12 | | 137:5-18; 168:2-15 | 168:2-15: Incomplete designation (FRE 401/403) |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Vaughn, Michael | 2/18/2015 | 105:13-106:13 | 106:1-3 FRE 602, Relevance | 108:7-10 | Witness testifying based on personal knowledge; Related to phone system |
| Vaughn, Michael | 2/18/2015 | 107:13-20 | 107:18-20 FRE 602, Relevance | 108:7-10 | Witness testifying based on personal knowledge; Related to ICE phone policies and practices |
| Vaughn, Michael | 2/18/2015 | 112:6-23 | 112:6-8, 112:19-23 FRE 602, Relevance | | Witness testifying based on personal knowledge; Related to phone cost |
| Vaughn, Michael | 2/18/2015 | 115:7-11 | | | |
| Vaughn, Michael | 2/18/2015 | 116:13-15 | | | |
| Vaughn, Michael | 2/18/2015 | 117:3-119:2 | 117:3-24 Relevance | | Related to ICE phone policies and practices |
| Vaughn, Michael | 2/18/2015 | 122:19-21 | 122:19-21 FRE 602, Relevance | | Wtiness testifying based on personal knowledge; Related to ICE phone policies and practices |
| Vaughn, Michael | 2/18/2015 | 122:22-25 | 122:22-123:15 FRE 602, Relevance | | Wtiness testifying based on personal knowledge; Related to ICE phone policies and practices |
| Vaughn, Michael | 2/18/2015 | 123:1-15 | | | |
| Vaughn, Michael | 2/18/2015 | 129:24-130:14 | | | |
| Vaughn, Michael | 2/18/2015 | 131:1-10 | 130:3-131:20 Outside the scope of witness's testimony as R. 30(b)(6) witness, Hearsay, Relevance; 131:16-17 Inadmissible hearsay | | Testimony outside of scope of 30(b)(6) permissible under N.D. Cal law; Party admission; Related to ICE phone standards; Offered to prove potential phone options, not for truth of the matter asserted |
| Vaughn, Michael | 2/18/2015 | 131:11-132:1 | | | |
| Vaughn, Michael | 2/18/2015 | 142:22-143:20 | | | |
| Vaughn, Michael | 2/18/2015 | 145:3-20 | | | |
| Vaughn, Michael | 2/18/2015 | 155:3-22 | Relevance | | Related to detainee phone access and ICE phone standards |
| Vaughn, Michael | 2/18/2015 | 157:21-158:2 | 157:21-24 Foundation, Calls for facts not in evidence | | Witness testifying based on personal knowledge; Objections to form of question waived if not raised during deposition |
| Vaughn, Michael | 2/18/2015 | 160:1-17 | 160:1-17 Relevance; 160:4-6 Inadmissible hearsay | | Related to phone cost and ICE phone capabilities; Party admission |
| Vaughn, Michael | 2/18/2015 | 173:11-16 | FRE 602, Relevance | 84:9-18; 84:25-85:8; 173:22-174:4 | **RESPONSE TO OBJ.:** Witness testifying based on personal knowledge; Related to phone cost and detainee phone access; 84:9-18, 84:25-85:8: FRCP 32(a)(6) - Outside of the scope of the designation; 84:9-18, 84:25-85:8, 173:22-174:4: Incomplete designation (FRE 401/403) |
| Vaughn, Michael | 2/18/2015 | 183:1-184:3 | 183:1-184:3 Relevance; 183:1-9 Mistates prior testimony | | Related to ICE phone standards; Witness tesitfying based on personal knowledge |
| Vaughn, Michael | 2/18/2015 | 184:11-20 | Relevance | | Related to ICE phone standards |
| Vaughn, Michael | 2/18/2015 | 186:23-188:20 | Relevance | | Related to ICE phone standards |

**APPENDIX 4: Amended Deposition Designations, Objections and Counter Designations**

| Witness Name | Date of Deposition | Plaintiff Page:Line Affirmative Designations | Defendants' Objections | Defendants' Page:Line Counter Designations | Plaintiffs' Responses to Defendants' Objections and/or Counter-Designations |
|---|---|---|---|---|---|
| Vaughn, Michael | 2/18/2015 | 193:3-196:2 | 193:3-196:2 Outside the scope of witness's testimony as R. 30(b)(6) witness, Outside the relevant time period, Hearsay, Relevance, Foundation, Document speaks for itself; 194:18-195:3 Foundation, Assumes facts not in evidence; 194:25-196:2 FRE 602 | | Testimony outside of scope of 30(b)(6) permissible under N.D. Cal law; Party admission; Related to ICE phone standards; Offered to prove potential phone options, not for truth of the matter asserted; Witness testifying based on personal knowledge |
| Vaughn, Michael | 2/18/2015 | 197:23-198:13 | | | |
| Vaughn, Michael | 2/18/2015 | 198:23-201:1 | | | |
| Vaughn, Michael | 2/18/2015 | 202:4-203:13 | 202:4-14 Foundation, Assumes facts not in evidence | 203:14-17; 177:18-23; 178:3-12 | **RESPONSE TO OBJ.:** Witness testifying based on personal knowledge; <br><br>177:18-23: speculation; lack of personal knowledge (FRE 602); 178:3-13: incomplete designation (FRE 401/403) |
| Vaughn, Michael | 2/18/2015 | 206:15-21 | Foundation, Calls for speculation | | Witness testifying based on personal knowledge; Objections to form of question waived if not raised during deposition |
| Vaughn, Michael | 2/18/2015 | 207:18-208:12 | 208:11-12 Relevance; 208:23-209:2 FRE 602, Relevance | | Related to access to phones at facilities |
| Vaughn, Michael | 2/18/2015 | 208:14-209:2 | | | |
| Vaughn, Michael | 2/18/2015 | 211:6-212:17 | | | |
| Vaughn, Michael | 2/18/2015 | 213:15-214:19 | Scope, Relevance, FRE 602, Calls for speculation | | Testimony outside of scope of 30(b)(6) permissible under N.D. Cal law; Related to phone access; Witness testifying based on personal knowledge; Objections to form of question waived if not raised during deposition |
| Vaughn, Michael | 2/18/2015 | 217:5-217:18 | Relevance | | Related to ICE phone standards and detainee phone access |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Defendants' Page:Line Affirmative Designations | Plaintiffs' Objections | Plaintiffs' Page:Line Counter Designations | Defendants' Responses to Plaintiffs' Objections and/or Counter-Designations | Defendants' Page:Line Counter Designations |
|---|---|---|---|---|---|---|
| Astorga-Cervantes, Jose | 2/13/2015 | 6:1-2 | | | | |
| Astorga-Cervantes, Jose | 2/13/2015 | 15:14–16:1 | | | | |
| Astorga-Cervantes, Jose | 2/13/2015 | 16:5-6 | | | | |
| Astorga-Cervantes, Jose | 2/13/2015 | 16:25–18:15 | | | | |
| Astorga-Cervantes, Jose | 2/13/2015 | 18:19–19:24 | | | | |
| Astorga-Cervantes, Jose | 2/13/2015 | 21:16–22:17 | | | | |
| Astorga-Cervantes, Jose | 2/13/2015 | 24:13–25:1 | | | | |
| Astorga-Cervantes, Jose | 2/13/2015 | 30:6-19 | | | | |
| Astorga-Cervantes, Jose | 2/13/2015 | 40:6–43:4 | | | | |
| Astorga-Cervantes, Jose | 2/13/2015 | 48:10-19 | | | | |
| Astorga-Cervantes, Jose | 2/13/2015 | 68:8-18 | FRE 106 | 67:18-68:7; 68:19-23 | **Response:** This does not appear to be an objection to the text, but a justification for counter-designation. **Objection (as to 68:19-23):** FRE 801/802 hearsay, counter-designated testimony has no bearing on whether Plaintiff was able to make free calls, does not correct or complete context of testimony, and thus does not fall within the scope of FRE 106 or FRCP 32(a)(6). | |
| Astorga-Cervantes, Jose | 2/13/2015 | 79:16-18 | | | | |
| Astorga-Cervantes, Jose | 2/13/2015 | 87:24–88:5 | | | | |
| Gonzalez, Eric | 8/19/2015 | 7:25–8:4 | | | | |
| Gonzalez, Eric | 8/19/2015 | 17:4-17 | | | | |
| Gonzalez, Eric | 8/19/2015 | 239:23–240:4 & Ex. 218 | | | | |
| Gonzalez, Eric | 8/19/2015 | 240:12–243:12 & Ex. 218 | FRE 106 | 240:12-243:22 & Ex. 218 | **Response:** This does not appear to be an objection to the text, but a justification for counter-designation. | |
| Gonzalez, Eric | 8/19/2015 | 245:23(beginning with "This is")–247:7 & Ex. 219 | FRE 106 | 245:23-247:14 & Ex. 219 | **Response:** This does not appear to be an objection to the text, but a justification for counter-designation. | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 5:12-23 | | | | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 27:17(beginning with "in your")-20 | | | | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 35:17-22 | | | | |

| Witness Name | Date of Deposition | Defendants' Page:Line Affirmative Designations | Plaintiffs' Objections | Plaintiffs' Page:Line Counter Designations | Defendants' Responses to Plaintiffs' Objections and/or Counter-Designations | Defendants' Page:Line Counter Designations |
|---|---|---|---|---|---|---|
| Lyon, Jr., Audley Barrington | 2/11/2015 | 37:3-20 | FRE 106 | 38:6-39:14 | **Response:** This does not appear to be an objection to the text, but a justification for counter-designation. **Objection:** FRE 801/802 hearsay, because counter-designated testimony has no relationship to what Mr. Lyon reported to immigration judge regarding inability to find counsel, does not correct or complete context of testimony, and does not fall within the scope of FRE 106 or FRCP 32(a)(6). | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 55:5–56:5 & Ex. 36 | | | | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 56:23–58:19 | FRE 106 FRE 403 Misleading/ Confusion of issues FRE 602 Foundation | 55:19-22; 111:15-112:1 | **Response:** Plaintiff's receipt of document that looked like detainee handbook highly probative of notice to detainees. **Objection (as to 55:19-22):** FRE 403 needlessly cumulative, already designated. **Objection (as to 111:22-12:1):** FRE 801/802 hearsay, counter-designated testimony has no relationship to what Mr. Lyon received in terms of the ICE detainee national handbook, does not correct or complete context of testimony, and thus does not fall within the scope of FRE 106 or FRCP 32(a)(6). | |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Defendants' Page:Line Affirmative Designations | Plaintiffs' Objections | Plaintiffs' Page:Line Counter Designations | Defendants' Responses to Plaintiffs' Objections and/or Counter-Designations | Defendants' Page:Line Counter Designations |
|---|---|---|---|---|---|---|
| Lyon, Jr., Audley Barrington | 2/11/2015 | 58:24–59:12 | FRE 106 FRE 403 Misleading/ Confusion of issues FRE 602 Foundation | 55:19-22; 111:112:1 **[Defts' Note: assumed to be 111:15-112:1]** | **Response:** Plaintiff's receipt of document that looked like detainee handbook highly probative of notice to detainees. **Objection (as to 55:19-22):** FRE 403 needlessly cumulative, already designated. **Objection (as to 111:22-12:1):** FRE 801/802 hearsay, counter-designated testimony has no relationship to what Mr. Lyon received in terms of the ICE detainee national handbook, does not correct or complete context of testimony, and thus does not fall within the scope of FRE 106 or FRCP 32(a)(6). | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 59:15-17 | | 111:15-112:19 | | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 60:2-5 | FRE 106 FRE 403 Misleading/ Vague | 60:6-13; 65:2-67:8 | **Response:** Any objection to form of question for vagueness has been waived as not asserted at deposition; Plaintiff's perception of lack of restrictions on use of phones is highly probative of telephone access. **Objection (as to 60:6-13):** counter-designated testimony does not relate to "current" restrictions, does not correct or complete context of testimony, and thus does not fall within scope of FRE 106 or FRCP 32(a)(6); FRE 403 vague as objected to by counsel; FRE 403 incomplete designation, misleading/unduly prejudicial. **Objection (as to 65:2-67:8):** FRE 403 incomplete designation/misleading. | (as to 60:6-13): 60:19-61:2; (as to 65:2-67:8): 62:24-63:3; 67:9-12. |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 60:19-22 | | | | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 60:24–61:2 | | | | |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Defendants' Page:Line Affirmative Designations | Plaintiffs' Objections | Plaintiffs' Page:Line Counter Designations | Defendants' Responses to Plaintiffs' Objections and/or Counter-Designations | Defendants' Page:Line Counter Designations |
|---|---|---|---|---|---|---|
| Lyon, Jr., Audley Barrington | 2/11/2015 | 63:6–64:22 | FRE 106 | 66:14-24 | **Response:** This does not appear to be an objection to the text, but a justification for counter-designation. **Objection:** FRE 403 incomplete designation, misleading/unduly prejudicial. | 62:24-63:3; 67:9-12 |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 65:20–66:1 (ending at "No.") | | | | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 71:8-21 | | | | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 73:8(beginning with "I think you")-15 | | | | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 73:17-23 | | | | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 75:15-21 | | | | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 84:12(beginning with "So beginning in")-15 | | | | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 84:17-23 | | | | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 94:2-5 | | | | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 94:13-14 | | | | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 94:18 | | | | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 94:20–95:23 | | | | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 96:6-9 | | | | |
| Lyon, Jr., Audley Barrington | 2/11/2015 | 98:11-14 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 6:23–7:3 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 7:21–8:10 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 8:13-25 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 18:25–19:1 | FRE 402/403 Relevance/ Prejudice | | **Response:** Testimony is probative of several relevant facts; relates to alternate causation/lack of causation/lack of risk of erroneous deprivation because Plaintiff's prior re-entries show limited availability of relief and flight risk; relates to security risks due to characteristics of detainee population, which includes those who have illegally re-entered country and have administratively final removal orders and present flight risks. Testimony also admissible as to attack of credibility under FRE 607, 608. | |

| Witness Name | Date of Deposition | Defendants' Page:Line Affirmative Designations | Plaintiffs' Objections | Plaintiffs' Page:Line Counter Designations | Defendants' Responses to Plaintiffs' Objections and/or Counter-Designations | Defendants' Page:Line Counter Designations |
|---|---|---|---|---|---|---|
| Neria-Garcia, Nancy | 11/10/2015 | 19:4–20:6 | FRE 402/403 Relevance/ Prejudice | | **Response:** Testimony is probative of several relevant facts; relates to alternate causation/lack of causation/ lack of risk of erroneous deprivation because Plaintiff's prior re-entries show limited availability of relief and flight risk; relates to security risks due to characteristics of detainee population, which includes those who have illegally re-entered country and have administratively final removal orders and present flight risks. Testimony also admissible as to attack of credibility under FRE 607, 608. | |
| Neria-Garcia, Nancy | 11/10/2015 | 20:8-21 | FRE 402/403 Relevance/ Prejudice | | **Response:** Testimony is probative of several relevant facts; relates to alternate causation/lack of causation/ lack of risk of erroneous deprivation because Plaintiff's prior re-entries show limited availability of relief and flight risk; relates to security risks due to characteristics of detainee population, which includes those who have illegally re-entered country and have administratively final removal orders and present flight risks. Testimony also admissible as to attack of credibility under FRE 607, 608. | |
| Neria-Garcia, Nancy | 11/10/2015 | 24:13(beginning with "So")-20 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 26:6–27:6 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 28:8-15 | | | | |

| Witness Name | Date of Deposition | Defendants' Page:Line Affirmative Designations | Plaintiffs' Objections | Plaintiffs' Page:Line Counter Designations | Defendants' Responses to Plaintiffs' Objections and/or Counter-Designations | Defendants' Page:Line Counter Designations |
|---|---|---|---|---|---|---|
| Neria-Garcia, Nancy | 11/10/2015 | 33:23–34:7 | FRE 106 | 34:8-9, 18-24; 35:9-36:8 | **Response:** This does not appear to be an objection to the text, but a justification for counter-designation. **Objection:** FRE 401/403, confusion of the issues/unduly prejudicial, counter-designated testimony (in contrast to designated testimony, which clearly asks about speed dials) does not apparently relate to pro bono platform speed dials; incomplete designation; FRE 602, witness lacks knowledge as to why her telephone calls did not connect. | (if objection to counter overruled): 36:19-25 |
| Neria-Garcia, Nancy | 11/10/2015 | 38:21-23 | FRE 106 | 34:8-9, 18-24; 35:9-36:8 | **Response:** This does not appear to be an objection to the text, but a justification for counter-designation. **Objection:** FRE 401/403, confusion of the issues/unduly prejudicial, counter-designated testimony (in contrast to designated testimony, which clearly asks about speed dials) does not apparently relate to pro bono platform speed dials; incomplete designation; FRE 602, witness lacks knowledge as to why her telephone calls did not connect. | (if objection to counter overruled): 36:19-25 |
| Neria-Garcia, Nancy | 11/10/2015 | 67:4-8 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 81:12(beginning with "do you")-20 | FRE 106 | 83:7-11 | **Response:** This does not appear to be an objection to the text, but a justification for counter-designation. | |

APPENDIX 4: Amended Deposition Designations, Objections
and Counter Designations

| Witness Name | Date of Deposition | Defendants' Page:Line Affirmative Designations | Plaintiffs' Objections | Plaintiffs' Page:Line Counter Designations | Defendants' Responses to Plaintiffs' Objections and/or Counter-Designations | Defendants' Page:Line Counter Designations |
|---|---|---|---|---|---|---|
| Neria-Garcia, Nancy | 11/10/2015 | 82:2(beginning with "Do you")-4 | FRE 106 | 83:12-14 | **Response:** This does not appear to be an objection to the text, but a justification for counter-designation. | |
| Neria-Garcia, Nancy | 11/10/2015 | 82:7-8 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 82:25–83:6 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 84:19-25 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 85:14-22 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 86:10-12 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 92:18(beginning with "do you")-21 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 93:9-13 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 94:7-9 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 97:1-8 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 97:20(beginning with "Do you")-25 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 98:6(beginning with "Do you")-9 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 115:8-21 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 116:5-15 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 116:23–117:3 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 117:4-11 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 120:11(beginning with "while you")-15 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 125:6–126:1 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 126:3-9 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 133:8(beginning with "While at")-12 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 133:16-25 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 139:18-20 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 141:13-18 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 143:18-20 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 145:12(beginning with "How many")-20 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 162:6-11 & Ex. 242 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 162:15–163:3 & Ex. 242 | | | | |
| Neria-Garcia, Nancy | 11/10/2015 | 163:19–164:9 & Ex. 242 | | | | |