ROBERT P. VARIAN (SBN 107459)
CHARLES J. HA (*pro hac vice*)
DAVID KEENAN (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759
Email:  rvarian@orrick.com

*Attorneys for Plaintiffs*
[Additional Counsel appear on signature page]

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
COLIN A. KISOR
Deputy Director
ELIZABETH J. STEVENS
Assistant Director
KATHERINE J. SHINNERS
BRIAN C. WARD
JENNIFER A. BOWEN
LAUREN C. BINGHAM
Trial Attorneys,
Office of Immigration Litigation
U.S. Department of Justice – Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-8259
Facsimile: (202) 305-7000
Email: Katherine.J.Shinners@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et. al., <br><br> Defendants. | Case No.:  13-cv-05878 EMC <br><br> **JOINT STIPULATION REGARDING REDACTION OF WITNESS NAMES EXCEPT INITIALS; [P~~ROPO~~SED] ORDER** <br><br> **[PURSUANT TO CIVIL L.R. 7-12]** <br><br> CLASS ACTION |

The Parties to this action hereby agree to the following regarding the redaction of the names and identifying characteristics of certain class members and third parties in this litigation with respect to proposed trial materials, to protect privacy as permitted by Federal Rule of Civil Procedure 5.2(e). WHEREAS:

Some Plaintiff class members are seeking or have sought relief or protection from removal based on fear of persecution and in their home countries or based on other grounds that could subject them to retaliation here or abroad;

Plaintiff class members seeking relief or protection may have privacy interests arising from statute or regulatory guidance. *See, e.g.*, 8 U.S.C. § 1367(a)(2); 8 C.F.R. §§ 208.6, 1208.6 (regulations protecting an asylum-seeker's right to confidentiality);

Plaintiffs seek to present class members' testimony at trial, and the parties contemplate the use of exhibits identifying class members and their relations, including testimony and exhibits that may include references to statutorily protected claims for relief or sensitive facts that create concern regarding harassment and retaliation;

The Parties agree that protecting Plaintiff class members from potential harm related to disclosure of their identities and the subject matter of their immigration cases can be achieved without prejudice to Defendants by (1) redacting the names and other identifying information of non-named class members and their relations from exhibits and (2) substituting initials of class member witnesses' full names in the parties' briefs, exhibits, and other references to testifying class members during trial; and

The Parties recognize that the Court and testifying witnesses would be aided in their ability to interpret exhibits if unredacted copies of proposed trial exhibits are made available for use at trial; only the redacted versions of the exhibits, however, would be published to the courtroom or entered into the public record in light of the privacy concerns noted above. NOW THEREFORE, the Parties stipulate that:

1. Papers and evidence published at trial or otherwise filed in the public record will be redacted to avoid disclosure of the names of non-named class members and their relations and other identifying information for those class members and relations;

2. Documents that relate to specific non-named class members will include the initials of class member witnesses who are not named representatives as needed to allow the public to understand the relationship between testifying class members and the documents that reference them;

3. The names of Plaintiff class representatives will not be redacted;

4. Prior to trial, Plaintiffs will file under seal a reference list of non-named class member witnesses' full names and Alien Registration Numbers and corresponding initials, pursuant to Fed. R. Civ. P. 5.2(g); and

5. The Parties will provide unredacted versions of the papers and evidence filed in the public record in accordance with paragraph 1 to the Court and to witnesses, as necessary to allow the Court and witnesses to verify that exhibits from which class member names are redacted or which are redacted to show only the initials of a class member relate to the class member at issue.

THE PARTIES SO STIPULATE, THROUGH THEIR COUNSEL OF RECORD.

Dated:  April 28, 2016          VAN DER HOUT, BRIGAGLIANO, & NIGHTINGALE, LLP

                                By:     /s/ Megan Sallomi
                                        MEGAN SALLOMI (SBN 300580)
                                        MARC VAN DER HOUT (SBN 80778)
                                        180 Sutter Street
                                        San Francisco, CA 94104
                                        Telephone:  (415) 981-3000
                                        Facsimile:  (415) 981-3003
                                        Email:  msal@vblaw.com

                                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                        ROBERT P. VARIAN (SBN 107459)
                                        CHARLES J. HA (*pro hac vice*)
                                        DAVID KEENAN (*pro hac vice*)

-2-

*Lyon, et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No.: 13-cv-05878 EMC
JOINT STIPULATION REGARDING REDACTION OF NAMES EXCEPT FOR INITIALS AND [PROPOSED] ORDER

```
                JUDY KWAN (SBN 273930)
                ALEXIS YEE-GARCIA (SBN 277204)

         AMERICAN CIVIL LIBERTIES UNION
         FOUNDATION OF NORTHERN CALIFORNIA

                JULIA HARUMI MASS (SBN 189649)
                ANGÉLICA SALCEDA (SBN 296152)
                MICHAEL T. RISHER (SBN 191627)
                39 Drumm Street
                San Francisco, CA 94111
                Telephone: (415) 621-2493
                Facsimile: (415) 255-8437
                Email: jmass@aclunc.org

         AMERICAN CIVIL LIBERTIES UNION
         NATIONAL PRISON PROJECT

                CARL TAKEI (SBN 256229)
                915 15th Street N.W., 7th Floor
                Washington, DC 20005
                Telephone:  (202) 393-4930
                Facsimile:  (202) 393-4931
                Email:  ctakei@aclu.org

                    Attorneys for Plaintiffs
```

Dated: April 28, 2016          OFFICE OF IMMIGRATION LITIGATION,
                               CIVIL DIVISION
                               U.S. DEPARTMENT OF JUSTICE

                                   BENJAMIN C. MIZER
                                   Principal Deputy Assistant Attorney General

                                   WILLIAM C. PEACHEY
                                   Director, District Court Section

                                   COLIN A. KISOR
                                   Deputy Director, District Court Section

                                   ELIZABETH J. STEVENS
                                   Assistant Director, District Court Section

                                   By:  */s/ Katherine J. Shinners*_____
                                   KATHERINE J. SHINNERS
                                   BRIAN C. WARD

-3-

*Lyon, et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No.: 13-cv-05878 EMC
JOINT STIPULATION REGARDING REDACTION OF NAMES EXCEPT FOR INITIALS AND
[PROPOSED] ORDER

JENNIFER A. BOWEN
LAUREN C. BINGHAM
Trial Attorneys, District Court Section
P.O Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-8259
Email: Katherine.J.Shinners@usdoj.gov

*Attorneys for Defendants*

[PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 5/4/16                                   _____
                                                HONORABLE EDWARD M. CHEN



IT IS SO ORDERED
Judge Edward M. Chen

## CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES

I, Megan Sallomi, am the ECF user whose ID and password are being used to file this Joint Stipulation of Redaction of Witness Names Except Initials and Proposed Order (ECF NO. 231). In compliance with General Order 45, X.B., I hereby certify that each of the other signatories has concurred in the filing of this document and has authorized the use of his/her electronic signature.

Dated:   April 28, 2016              */s/ Megan Sallomi*_____
                                     MEGAN SALLOMI (SBN 300580)
                                     VAN DER HOUT, BRIGAGLIANO, & NIGHTINGALE
                                     180 Sutter Street
                                     San Francisco, CA 94104
                                     Telephone:  (415) 981-3000
                                     Facsimile:  (415) 981-3003
                                     Email:  msal@vblaw.com

-5-

*Lyon, et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No.: 13-cv-05878 EMC
JOINT STIPULATION REGARDING REDACTION OF NAMES EXCEPT FOR INITIALS AND [PROPOSED] ORDER