ROBERT P. VARIAN (SBN 107459)
CHARLES J. HA (*pro hac vice*)
DAVID KEENAN (*pro hac vice*)
ALEXIS YEE-GARCIA (SBN 277204)
EMILY BROWN (SBN 308010)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759
Email: rvarian@orrick.com

Attorneys for Plaintiffs

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
JULIA HARUMI MASS (SBN 189649)
MICHAEL T. RISHER (SBN 191627)
ANGELICA SALCEDA (SBN 296152)
39 Drumm Street
San Francisco, CA  94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org

[additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Case No.: 13-cv-05878-EMC<br><br>**REQUEST FOR PERMISSION TO BRING EQUIPMENT TO TRIAL AND [PR~~OPO~~SED] ORDER GRANTING REQUEST**<br><br>Date:        May 23, 2016<br>Time:       8:30 a.m.<br>Courtroom: 5<br>Judge:      Hon. Edward M. Chen |

**REQUEST FOR PERMISSION TO BRING EQUIPMENT TO TRIAL**

Plaintiffs Audley Barrington Lyon, Jr., et. al ("Plaintiffs") respectfully request permission, pursuant to General Order No. 58, to bring the following equipment into the courthouse, specifically Courtroom 5, and to possess and use that equipment in the courtroom during trial, scheduled to begin May 23, 2016 at 8:30 a.m. and conclude June 13, 2016 at 2:00 p.m. Plaintiffs also request permission to bring in other equipment such as rolling carts and a printer for use in the breakout room Plaintiffs have reserved during trial.

The specific electronic devices and other equipment Plaintiffs seek to bring into the courthouse are as follows:

1. Two Dell Latitude E5550 Laptops
2. Two Power Bricks for Laptops
3. One 1x2 Distribution Amplifier
4. One 17-Inch Monitor
5. One Dell E Series Docking Station
6. One WolfVision (Elmo) Overhead Projector
7. One Small HP Printer/Scanner
8. One Small Anchor Speaker
9. One Cap Controller Audio Cable
10. Two External USB Hard Drives
11. One Projecto Stand for Elmo
12. One Tech Table for Technologist
13. Six VGA Cables
14. Two DVI Cables
15. One Power Point Remote Control Clicker
16. Two USB Thumbdrives
17. One Portable DVD-Burner
18. One MiFi Broadband Card

19. Two Binder Carts

20. Two Remin Tri-Kart 800 Luggage Carts

21. Fifteen Foam Boards

Respectfully submitted,

Dated: May 9, 2016           By:           */s/ Emily Brown*
ROBERT P. VARIAN (SBN 107459)
CHARLES J. HA (pro hac vice)
DAVID KEENAN (pro hac vice)
EMILY BROWN (SBN 308010)
ALEXIS YEE-GARCIA (SBN 277204)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
Email: rvarian@orrick.com

JULIA HARUMI MASS (SBN 189649)
ANGÉLICA SALCEDA (SBN 296152)
CHRISTINE P. SUN (SBN 218701)
MICHAEL T. RISHER (SBN 191627)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org

AMERICAN CIVIL LIBERTIES UNION
NATIONAL PRISON PROJECT
CARL TAKEI (SBN 256229)
915 15th Street, N.W., 7th Floor
Washington, DC 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ctakei@aclu.org

MEGAN SALLOMI (SBN 300580)
MARC VAN DER HOUT (SBN 80778)
VAN DER HOUT, BRIGAGLIANO, &
NIGHTINGALE, LLP
180 Sutter Street, Suite 500
San Francisco, CA 94104-4029
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: msal@vblaw.com

*Attorneys for Plaintiffs*

# [~~PROPOSED~~] ORDER

The foregoing request is approved, and IT IS SO ORDERED.

Date: _5/10/2016_____    _____
Honorable Edward M. Chen
Judge of the United States District Court

