UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDLEY BARRINGTON LYON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Case No.  13-cv-05878-EMC<br><br>**ORDER RE TRIAL SCHEDULE** |

Having reviewed the parties' voluminous deposition designations, the Court has determined that it will not permit mixed deposition/live testimony, but will permit live testimony only (unless a witness is unavailable). The Court will therefore extend the trial time to **28 hours** for Plaintiffs and **25 hours** for Defendants, for a total of **53 hours**.  The trial, which is currently scheduled from May 23, 2016 to June 13, 2016, will be extended if necessary to the week of June 20, 2016 after a one week recess.

The parties must file revised deposition designations (in light of this order) by **5:00 p.m., Monday, May 16, 2016**.  At that time, the parties should e-mail an electronic, Microsoft Word version of the revised deposition designations to the Courtroom Deputy at emccrd@cand.uscourts.gov.  The parties must also submit **two hard copies** of the deposition pages that they are designating, which must be received by the Court by **Monday**, **May 16, 2016**.

**IT IS SO ORDERED**.

Dated: May 13, 2016

_____
EDWARD M. CHEN
United States District Judge