ROBERT P. VARIAN (SBN 107459)
CHARLES J. HA (*pro hac vice*)
DAVID KEENAN (*pro hac vice*)
ALEXIS YEE-GARCIA (SBN 277204)
EMILY BROWN  (SBN 308010)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759
Email:  rvarian@orrick.com

JULIA HARUMI MASS (SBN 189649)
ANGÉLICA SALCEDA (SBN 296152)
CHRISTINE P. SUN (SBN 218701)
MICHAEL T. RISHER (SBN 191627)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org

*Attorneys for Plaintiffs*

[Additional Counsel appear on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., et. al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et. al.,<br><br>Defendants. | Case No. 13-cv-05878 EMC<br><br>**JOINT STIPULATION REGARDING SCHEDULE FOR FILING OF SETTLEMENT AGREEMENT AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT; [PROPOSED] ORDER** |

1  The parties respectfully submit this joint stipulation and proposed order concerning the schedule for submitting their settlement agreement for preliminary approval.

Trial in this case was scheduled for May 23, 2016. On May 16, 2016, the parties reached an agreement in principle to settle the case, and the Court vacated the trial date. *See* ECF No. 256. The Parties have been diligently working to finalize their Settlement Agreement, which includes as Exhibits a proposed Final Order and proposed Preliminary and Final Notices to the Class. Plaintiffs also plan to file an unopposed Motion for Preliminary Approval of the Settlement Agreement.

In order to finalize the language and details of the Settlement Agreement and Exhibits, obtain approval from Plaintiff Class Representatives and Defendants' representatives, and provide the Court with thorough briefing for the preliminary approval motion, the Parties propose the following schedule:

- June 13, 2016:  Plaintiffs file unopposed motion for preliminary approval of settlement agreement along with executed settlement agreement.
- June 30, 2016:  Hearing on Plaintiffs' motion for preliminary approval of settlement agreement.

| | | |
|---|---|---|
| 1 | Dated: June 1, 2016 | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| 2 | | |
| 3 | | By:    /s/ *Robert P. Varian*_____<br>ROBERT P. VARIAN (SBN 107459) |
| 4 | | |
| 5 | Dated: June 1, 2016 | AMERICAN CIVIL LIBERTIES UNION<br>   FOUNDATION OF NORTHERN<br>   CALIFORNIA |
| 6 | | |
| 7 | | By:    /s/ *Julia Harumi Mass*_____<br>JULIA HARUMI MASS (SBN 189649)<br>ANGÉLICA SALCEDA (SBN 296152)<br>CHRISTINE P. SUN (SBN 218701)<br>MICHAEL T. RISHER (SBN 191627)<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437<br>Email: jmass@aclunc.org |
| 13 | | |
| 14 | Dated: June 1, 2016 | AMERICAN CIVIL LIBERTIES UNION<br>   NATIONAL PRISON PROJECT |
| 15 | | |
| 16 | | By:    /s/ *Carl Takei*_____<br>CARL TAKEI (SBN 256229)<br>915 15th Street, N.W., 7th Floor<br>Washington, DC 20005<br>Telephone: (202) 393-4930<br>Facsimile: (202) 393-4931<br>Email: ctakei@aclu.org |
| 20 | | |
| 21 | Dated: June 1, 2016 | VAN DER HOUT, BRIGAGLIANO, &<br>   NIGHTINGALE, LLP |
| 22 | | |
| 23 | | By:    /s/ *Megan Sallomi*_____<br>MEGAN SALLOMI (SBN 300580)<br>MARC VAN DER HOUT (SBN 80778)<br>180 Sutter Street, Suite 500<br>San Francisco, CA 94104-4029<br>Telephone: (415) 981-3000<br>Facsimile: (415) 981-3003<br>Email: msal@vblaw.com |
| 27 | | |
| 28 | | *Attorneys for Plaintiffs* |

| | |
|---|---|
| Dated: June 1, 2016 | DISTRICT COURT SECTION<br>OFFICE OF IMMIGRATION LITIGATION<br>CIVIL DIVISION<br>U.S. DEPARTMENT OF JUSTICE<br><br>BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director<br><br>ELIZABETH J. STEVENS<br>Assistant Director<br><br>By:   ___/s/ *Katherine J. Shinners*_____<br>       KATHERINE J. SHINNERS<br>       BRIAN C. WARD<br>       JENNIFER A. BOWEN<br>       COLIN KISOR<br>       Trial Attorneys<br>       P.O. Box 868, Ben Franklin Station<br>       Washington, D.C. 20044<br>       Telephone: (202) 598-8259<br>       Facsimile (202) 305-7000<br>       Email: Katherine.J.Shinners@usdoj.gov<br><br>*Attorneys for Defendants* |

**[PROP~~O~~SED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: ___6/3/16_____        _____
                              Hon. Edward M. Chen
                              United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(United States District Court, Northern District of California seal)

**ATTESTATION OF CONCURRENCE IN JOINT FILING**
**Pursuant to Local Rule 5-1 (i)(3)**

I, Julia Harumi Mass, hereby attest that the other signatories listed here have concurred in the filing of this document.

Dated: June 1, 2016         By:     ___/s/ *Julia Harumi Mass*_____
                                    JULIA HARUMI MASS (SBN 189649)

**CERTIFICATE OF SERVICE**
No: 3:13-cv-05878 EMC

I hereby certify that on June 1, 2016, a true and correct copy of the foregoing Joint Stipulation Regarding Schedule for Filing Settlement Agreement and Motion for Preliminary Approval was served with the Clerk of the Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to all attorney of record through the Court's CM'ECF system.

Dated: June 1, 2016         By:     ___/s/ *Julia Harumi Mass*_____
                                    JULIA HARUMI MASS (SBN 189649)