1
2
3
4
5
6
7
8

ROBERT P. VARIAN (SBN 107459)
CHARLES J. HA (*pro hac vice*)
DAVID KEENAN (*pro hac vice*)
ALEXIS YEE-GARCIA (SBN 277204)
EMILY BROWN (SBN 308010)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759
Email: rvarian@orrick.com
Attorneys for Plaintiffs

9
10
11
12
13
14

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
JULIA HARUMI MASS (SBN 189649)
MICHAEL T. RISHER (SBN 191627)
ANGELICA SALCEDA (SBN 296152)
39 Drumm Street
San Francisco, CA  94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org

15

[additional counsel appear on following page]

16
17
18
19
20

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

21
22
23
24
25
26
27

AUDLEY BARRINGTON LYON, JR., et al.,
on behalf of themselves and all others
similarly situated,

                    Plaintiffs,

          v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, et al.,

                    Defendants.

Case No.:  13-cv-05878-EMC

**DECLARATION OF ROBERT P.
VARIAN IN SUPPORT OF MOTION
FOR AWARD OF REASONABLE
ATTORNEYS' FEES**

Date:         August 4, 2016
Time:         1:30 p.m.
Courtroom: 5
Judge:        Hon. Edward M. Chen

28

1

AMERICAN CIVIL LIBERTIES UNION
NATIONAL PRISON PROJECT

2

CARL TAKEI (SBN 256229)

3

915 15th Street N.W., 7th Floor
Washington, DC 20005

4

Telephone:  (202) 393-4930
Facsimile:  (202) 393-4931

5

Email:  ctakei@aclu.org

6

VAN DER HOUT, BRIGAGLIANO, & NIGHTINGALE, LLP

7

MEGAN SALLOMI (SBN 300580)
MARC VAN DER HOUT (SBN 80778)

8

180 Sutter Street, Suite 500
San Francisco, CA  94104

9

Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003

10

Email: Msal@vblaw.com

11

Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, ROBERT P. VARIAN, declare and state as follows:

1.     I am duly licensed to practice law in the State of California and am a partner at Orrick, Herrington & Sutcliffe LLP ("Orrick").  I am counsel of record for Plaintiffs in the above-entitled action.

2.     The facts contained in this declaration are known personally to me and if called upon to testify as a witness thereto, I could and would competently do so under oath.  This declaration is submitted in support of Plaintiffs' Motion for Award of Reasonable Attorneys' Fees.

3.     I have been one of the primary attorneys working on this case since it was filed.  I have been a member of the California bar since 1983 and have substantial experience litigating complex civil cases.

4.     Orrick's policy and standard business practice with respect to recording billable time is for each legal staff member on a daily basis to record the time that he or she spends on a particular task, in increments of one-tenths of an hour. Each time-keeper enters those hours into the Carpe Diem program, Orrick's computerized billing system. The time information set forth below is calculated from these Carpe Diem records, which were compiled at my request.

5.     For the calendar year 2013, Orrick attorneys spent 188.1 hours in prosecuting this matter.  For the calendar year 2014, Orrick attorneys spent 737.6 hours in prosecuting this matter. For the calendar year 2015, Orrick attorneys and paraprofessionals spent 2,235.8 hours in prosecuting this matter.  From January 1, 2016 to June 10, 2016, Orrick attorneys and paraprofessionals spent 2,026.6 hours in prosecuting this matter. However, I have exercised billing judgment to reduce the number of hours for which Orrick seeks compensation for attorney time, and excluded a total of 1,138.8 hours in calculating the lodestar below.

6.     The lodestar calculations use EAJA-capped rates rather than market rates. The list of billers and amounts below uses the rates published by the United States Courts for the Ninth Circuit at http://www.ca9.uscourts.gov/content/view.php?pk_id=0000000039, namely $187.02 per hour for 2013, $190.06 per hour for 2014, $190.28 per hour for 2015, and $190.28 per hour

for 2016.  The EAJA-capped rates are substantially lower than market rates charged by large law firms like Orrick for the San Francisco, California area.  Based on the conservative decision to calculate Orrick's lodestar based on EAJA-capped rates, rather than the market rates that could be justified based the special expertise of my colleagues, Charles Ha, David Keenan, Chris Siebens, Christine Smith, Alexis Yee-Garcia, and Judy Kwan, and myself, the value of the work Orrick performed on this case totals $28,597 for 2013, $111,351 for 2014, $329,570 for 2015, and $301,450 for 2016, for a total of $770,968.

| Biller | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|
| Robert Varian | $13,241 | $27,844 | $19,694 | $17,258 |
| Charles Ha | -- | $4,668 | $51,242 | $63,420 |
| David Keenan | -- | $9,218 | $34,973 | $24,375 |
| Chris Siebens | -- | -- | $46,419 | $2,011 |
| Christine Smith | $9,884 | $37,012 | $8,924 | -- |
| Alexis Yee-Garcia | $5,472 | $25,637 | $25,640 | $34,911 |
| Judy Kwan | -- | $2,781 | $48,363 | $34,964 |
| Matt Kugizaki | -- | $4,191 | $60,031 | -- |
| Emily Brown | -- | -- | $19,473 | $55,902 |
| Manu Salas | -- | -- | $14,811 | $68,609 |

      7.     The costs Class Counsel have incurred are made up largely of travel expenses, trial preparation expenses, filing fees, copying and printing charges, expert witness consultations and fees, and other expenses directly related to the prosecution of the lawsuit. Orrick incurred $228,278.52 of these out-of-pocket costs.

2

DECLARATION OF ROBERT P. VARIAN ISO
PLAINTIFFS' MOTION FOR AWARD OF
REASONABLE ATTORNEYS' FEES
CASE NO.: 13-CV-05878 EMC

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of June, 2016 at San Francisco, California.

      */s/ Robert P. Varian*

      Robert P. Varian