# EXHIBIT B

1 BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
2 WILLIAM C. PEACHEY
Director, District Court Section
3 COLIN A. KISOR
Deputy Director, District Court Section
4 ELIZABETH J. STEVENS
Assistant Director, District Court Section
5 LAUREN C. BINGHAM
6 KATHERINE J. SHINNERS
BRIAN C. WARD
7 JENNIFER A. BOWEN
VICTOR M. MERCADO-SANTANA
8 Trial Attorneys
9 Office of Immigration Litigation
Civil Division
10 U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
11 Washington, D.C. 20044
Telephone: (202) 616-4458
12 Email: Lauren.C.Bingham@usdoj.gov
13 *Attorneys for Defendants*

14

15                     UNITED STATES DISTRICT COURT
16            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
17

18 AUDLEY BARRINGTON LYON, JR., *et        )
al.*,                                       )   No. 3:13-cv-05878-EMC
19                                          )
              Plaintiffs,                   )   **DECLARATION OF**
20                                          )
       vs.                                  )   **Dana Fishburn**
21                                          )
22 U.S. IMMIGRATION & CUSTOMS               )
ENFORCEMENT, *et al.*,                      )
23                                          )
24            Defendants.                   )   Judge:        Hon. Edward M. Chen
                                            )

25

26      I, DANA FISHBURN declare and state as follows:

27      1.  I am an officer with the U.S. Immigration and Customs Enforcement (ICE),

28          Enforcement and Removal Operations, Sacramento, California.

2. The facts contained in this declaration are known personally to me and if called upon to testify as a witness thereto, I could and would competently do so under oath.

3. As a part of my job, I regularly visit Yuba County Jail, usually four to five days a week.

4. The Settlement Agreement and Exhibits were posted in common areas of housing units at the Yuba County Jail on or before July 18, 2016.

5. The English, Spanish, Arabic, Chinese, French, Punjabi, Somali and Vietnamese translations of the Class Notice were posted in common areas of housing units at Yuba County Jail on or before July 18, 2016.

6. The postings will remain in place until the Court issues an order approving or rejecting the Settlement.

7. Individual copies of the notices were not provided to detainees housed in medical or holding as detainees housed in those units are not restricted from common areas during waking hours, where notices are posted.

8. Individual copies of the notices were not provided to detainees in segregation because those detainees have access to the common rooms for one hour per day during waking hours, where the notices are posted.

9. As of September 12, 2016, Defendants and facility staff are now handing out individual copies of the notices to detainees held in segregation, medical, holding and other specialized units with restricted access to common areas during facility waking hours. Copies will continue to be distributed as necessary as new detainees come into these units until the Court issues an order approving or rejecting the settlement.

Declaration of Dana Fishburn
13-cv-5878-EMC                               2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2016

_____
Dana Fishburn