BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
COLIN A. KISOR
Deputy Director, District Court Section
ELIZABETH J. STEVENS
Assistant Director, District Court Section
LAUREN C. BINGHAM
KATHERINE J. SHINNERS
BRIAN C. WARD
JENNIFER A. BOWEN
VICTOR M. MERCADO-SANTANA
Trial Attorneys
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4458
Email: Lauren.C.Bingham@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | No. 3:13-cv-05878-EMC <br><br> **DECLARATION OF** <br><br> **Dana Fishburn** <br><br><br> Judge:   Hon. Edward M. Chen |

I, DANA FISHBURN declare and state as follows:

1. I am an Assistant Field Office Director with the U.S. Immigration and Customs Enforcement (ICE), Sacramento Area.

Declaration of Dana Fishburn
13-cv-5878-EMC                                             1

2. Previously, I was an agent with ICE, in Sacramento, California.

3. The facts contained in this declaration are known personally to me and if called upon to testify as a witness thereto, I could and would competently do so under oath.

4. As a part of my previous job as an agent, I regularly visited Yuba County Jail, usually four to five days a week, until September 22, 2016.

5. In my previous declaration in this case, dated September 14, 2016, I stated that the Settlement Agreement and Exhibits were posted in common areas of the housing units at Yuba County Jail.

6. The Settlement Agreement, and the Notices, were posted in those areas. However, I thought that the Class Notices, in the different languages, were the Exhibits to the Settlement Agreement. I have since learned there are additional Exhibits to the Settlement Agreement that were not posted at Yuba County Jail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2016

*[signature]*

Dana Fishburn